ATTACHMENT ONE
(Contract No. 7239-AA-NS-l-HT Page One)

GOVERNMENT OF THE DISTRICT OF COLUMBIA

CONTRACT FOR GOODS AND/OR SERVICES

Page No. 1 of 2

DEPARTMENT:
Department of Administrative Services

ADDRESS: 441 4th Street, NW. - Suite S700
Washington, DC 20001

CONTRACT NO. 7239-AA-NS-1-HT

USING AGENCY OR AGENCIES DEPARTMENT OF Corrections

CAPTION HOUSING OF INMATES

## TERMS AND CONDITIONS

Subject to the terms and conditions set forth herein, the
Government of the District of Columbia, (hereinafter, the
District), and Correction Corporation of America, a Delaware corporation,
(hereinafter, the Contractor), hereby contract for the services
of the Contractor in the manner and for the consideration
prescribed herein.

ARTICLE 1.   SCOPE OF WORK

The Contractor shall provide confinement, care, treatment and
rehabilitation for an estimated 1700 inmates transferred by the
District to the Contractor.   Inmates. shall be housed at the
Contractor's correctional facilities located at Youngstown, Ohio
and Florence, Arizona (Contractor's Facilities).   The Contractor
shall not transfer any of the District's inmates from the
Contractor's Facilities to any other appropriately classified
facility without the express written approval of the District
of Columbia Department of Corrections (DCDC).

CONTRACTOR: *(Contractor shall not commence performance
until the District has signed this document.*

Corrections Corporation of America
Contractor's Name
By:
Signature of Authorized Representative
Director

Title

Date 2-14-97

102 Woodmont Blvd., Suite 800
Mailing Address of Contractor
Nashville, Tennessee  37205

(615) 292-3100
Telephone No.        Fax No.

CASE FILE        CONTRACTOR

ACCEPTANCE BY THE DISTRICT:

Contracting Officer

Date

*The information contained in the boxes below is for District use only
and, in the event of a discrepancy between this information and the
terms of the contract, the contract terms shall control.*

$  172,573,347.00
Contract Amount

PERIOD OF CONTRACT:
From Five (5) years
To  from date of award

PSD        USING AGENCY