ATTACHMENT TWO
(Contract #7239-AA-NS-1-HT page seven)



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

CONTRACT FOR GOODS AND/OR SERVICES

(CONTINUATION)

Page No. 7 of 22 pages

CONTRACT NO. 7239-AA-NS-1-HT

CAPTION HOUSING OF INMATES

---

and photographs and fingerprints. Upon the receipt of the transfer package, the Contractor shall have five (5) days to review the transfer package. If the Contractor objects to the transfer of an inmate(s) the Contractor shall notify DCDC of its objection and attempt to resolve the issue within ten (10) days from the receipt of the transfer package. If the objection is a classification issue it shall be resolve based on DCDC classification system. In the event there is no mutual agreement on the issue within the ten (10) day frame DCDC will make the final decision regarding the those issues.

ARTICLE 4 - DELIVERY OF INMATE

The Contractor will transport, at its expense, the inmates to the Contractor's Facilities. At the time of transport, DCDC will submit duly authenticated copies of commitments and any other official papers or documents, not already submitted in the pre-transfer application, authorizing detention, case file materials, and medical records.

ARTICLE 5 - TRANSFER OF FUNDS

The Contractor shall establish and maintain a system to account for inmate funds in accordance with DCDC Policies and ACA Standards. The Contractor shall credit to the inmates' accounts all funds due the inmate either from the Contractor or DCDC. Upon return of the inmate to the custody of DCDC, the Contractor shall transfer, within fifteen (15) calendar days, to DCDC, the balance remaining in the inmate's account. This shall include any monies owed to the inmate by the Contractor at the time of the transfer.

ARTICLE 6 - LAWS AND REGULATIONS

The Contractor shall at all times perform its duties under this contract in accordance all applicable federal, state, and local laws and regulations, including protection of the confidentiality of all applicant/recipient records, papers documents, tapes or any other materials that have been or may hereafter be established which relate to this contract.

CASE FILE