ATTACHMENT THREE
(Contract #7349-AA-03-1-HT Page R12)

7349-AA-03-1-HT                                                    Exhibit "D"

C.1.2.7.6   The Contractor, shall, in all of these instances of services being rendered outside of the Contractor's facility be responsible for paying the hospital bill(s) then submit documentation to DCDC for reimbursement. Al necessary custodial supervision shall be provided by the Contractor during inmate(s) stay in the hospital.

C.1.2.7.7   The Contractor shall take all necessary precautions to assure the safekeeping of the inmate while the inmate is absent from the Contractor's facility.
The Contractor shall provide necessary custodial supervision.

C.1.2.8   **FOOD SERVICE**

The Contractor shall provide food services for all inmates in compliance with applicable ACA Standards. The Contractor shall prepare meals for inmates on regular diets so as to provide a minimum of 3000 calories per day. The Contractor shall provide supplemental diets, as prescribed by physicians or dieticians, to inmates with HIV/AIDS, and inmates with other medical conditions requiring supplements to the regular diet. Food shall not be withheld for disciplina reasons. Restricted or special diets, prescribed by recognized medical or religious authority, will be provi as required. Food service personnel will be responsible for knife, key and tool control, safety standards and sanitation procedures. A professional pest control comp shall be retained to provide fumigation and exterminatio services on at least a monthly basis.

C.1.2.9   **SANITATION**

The Contractor shall ensure that all inmates are living under healthy, sanitary conditions in accordance with all laws, regulations, DCDC Policies and ACA Standards applicable to the Contractor.

C.1.2.10   **DELIVERY OF INMATE**

The Contractor will transport in compliance with ACA Standards, at its expense, the inmates from each facilit housing District inmates to the Contractor's facilities. At the time of transport, DCDC will submit duly