ATTACHMENT FOUR
(Contract #7349-AA-03-1-HT Page R13)

authenticated copies of commitments and any other officia
papers or documents, not already submitted in the
pre-transfer application, authorizing detention, case fil
materials, and medical records.

C.1.2.11    **TRANSFER OF FUNDS**

The Contractor shall establish and maintain a system to
account for inmate funds in accordance with DCDC Policies
and ACA Standards. The Contractor shall credit to the
inmates' accounts all funds due the inmate either from th
Contractor or DCDC. Upon return of the inmate to the
custody of DCDC, the Contractor shall transfer, within
fifteen (15) calendar days, to DCDC, the balance remainir
in the inmate's account. This shall include any monies
owed to the inmate by the Contractor at the time of the
transfer.

C.1.2.12    <u>**RECORDS AND REPORTS**</u>

C.1.2.12.1  The Contractor shall prepare and maintain all necessary
and pertinent records, including name, DCDC number,
birthday, the date and the place in which the inmate was
transferred to the Contractor, the date of inmate
return/release to DCDC, and the inmate's medical/
psychiatric records, classification/housing status, and
educational/vocational activities during his/her stay in
the Contractor's facility. When releasing an inmate to
the custody of DCDC, the Contractor shall forward all
associated records of such inmate to DCDC.

C.1.12.2    Within fifteen (15) days following the transfer of an
inmate to one of Contractor's facilities, the Contractor
shall furnish an admission summary and classification stu
report outlining the inmate's custody level, housing
assignment, medical/psychiatric, education, and vocationa
findings and indicating the institutional program which t
Contractor recommends.

C.1.12.3    The Contractor shall provide quarterly reports on all
District inmates confined in the Contractor's facilities.
This report must contain by inmate, a summary of each
inmate's housing, custody status, disciplinary actions(s)
mental/physical health, and vocational/academic activitie