ATTACHMENT FIVE
(Contract #7349-AA-03-1-HT Page R28)

7349-AA-03-1-HT

package." If the objection is a classification issue it shal be resolved in accordance with DCDC's classification system In the event there is no mutual agreement between the Contractor and DCDC on the objection within the ten (10) day time frame, DCDC's decision regarding the objection shall govern.

**H.9  LAWS AND REGULATIONS**

H.9.1   The Contractor shall at all times perform its duties under this contract in accordance all applicable federal, state, and local laws and regulations, including protection of the confidentiality of all applicant recipient records, papers documents, tapes or any other materials that have been or ma hereafter be established which relate to this contract.

**H.10  USE OF FORCE**

H.10.1  The Contractor's employees shall be authorized to carry and use weapons only in accordance with federal laws and the la and regulations in effect in the state in which the Contractor's facility is located.

H.10.2  The Contractor's employees shall be authorized to use non deadly force as the circumstances require and then only in accordance with federal laws and the laws and regulations in effect in the state in which the Contractor's facility is located.

H.10.3  The Contractor's employees shall use deadly force only in accordance with federal law and the laws and regulations in the state in which Contractor's facility is located.

**H.11  REMOVAL FROM INSTITUTION**

H.11.1  No DCDC inmate shall be removed from the Contractor's facility, without prior written authorization from DCDC, except for medical/psychiatric emergencies or man made or natural disasters or other conditions presenting imminent danger to the safety of the inmate. In the case of such removal, the Contractor shall inform DCDC of the whereabouts of the inmate as soon as possible but no later than eight (8 hours of said removal via telephone followed by a written notification within three (3) working days, of such removal.