Roy Thomas
Reg. No. 11340-007
USP- Big Sandy
P. O. Box 2068
Inez, KY 41224

October 18, 2005

Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001-2866

Re: THOMAS v. DISTRICT OF COLUMBIA, et al.,
    Civil Action No. 05-1374(RMC)

Dear Clerk:

   On today's date I received in the regular mail, a copy of Defendant District of Columbia's Motion To Dismiss the Complaint. The attorney for the government certified mailing the copy on the 11th of this month, which would make a reply due by October 21, 2005.

   Out of an abundance of caution, I write to inform the Court of these circumstances and to make certain that my right to file an opposition is extended to cover a ten day period, after receipt of the dispositive motion by me. With ten days to reply, my reply motion is due by October 28, 2005.

   I would greatly appreciate it if you would treat this letter as a motion to effectuate the desired result of tolling the time for a reply herein. I will serve a copy of this communication upon counsel for the government as set out in this letter/motion.

   Finally, I would greatly appreciate it if you would send me a copy of the docket entries in this case since the filing of the original complaint. I have enclosed a self-addressed stamped envelope to facilitate this request. Thank you for your assistance in this matter.

Clerk of the Court
October 18, 2005
Page Two of Two

Sincerely,

*Roy Thomas*
Roy Thomas
Reg. No. 11340-007

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I served a copy of the foregoing letter/motion upon counsel for the defendant District of Columbia by placing a copy thereof in the legal mailbox of this prison, postage prepaid, addressed to: Michael P. Bruckheim, Esq., Assistant Attorney General, For the District of Columbia, 441 Fourth Street, N.W., 6th Floor South, Washington, D. C. 20001, this __ day of October, 2005.

*Roy Thomas*
Roy Thomas
Reg. No. 11340-007
USP- Big Sandy
P. O. Box 2068
Inez, KY 41224

    Executed this __ day of October, 2005, at Inez, KY, pursuant to 28 U.S.C. §1746.

*Roy Thomas*
ROY THOMAS