```
                                        Roy Thomas
                                        Reg. No. 11340-007
                                        USP- Big Sandy
                                        P. O. Box 2068
                                        Inez, KY 41224
```

October 18, 2005

Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001-2866

Re: THOMAS v. DISTRICT OF COLUMBIA, et al.,
    Civil Action No. 05-1374(RMC)

Dear Clerk:

   On today's date I received in the regular mail, a copy of Defendant District of Columbia's Motion To Dismiss the Complaint. The attorney for the government certified mailing the copy on the 11th of this month, which would make a reply due by October 21, 2005.

   Out of an abundance of caution, I write to inform the Court of these circumstances and to make certain that my right to file an opposition is extended to cover a ten day period, after receipt of the dispositive motion by me. With ten days to reply, my reply motion is due by October 28, 2005.

   I would greatly appreciate it if you would treat this letter as a motion to effectuate the desired result of tolling the time for a reply herein. I will serve a copy of this communication upon counsel for the government as set out in this letter/motion.

   Finally, I would greatly appreciate it if you would send me a copy of the docket entries in this case since the filing of the original complaint. I have enclosed a self-addressed stamped envelope to facilitate this request. Thank you for your assistance in this matter.

Clerk of the Court
October 18, 2005
Page Two of Two

Sincerely,

*Roy Thomas*
Roy Thomas
Reg. No. 11340-007

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing letter/motion upon counsel for the defendant District of Columbia by placing a copy thereof in the legal mailbox of this prison, postage prepaid, addressed to: Michael P. Bruckheim, Esq., Assistant Attorney General, For the District of Columbia, 441 Fourth Street, N.W., 6th Floor South, Washington, D. C. 20001, this 19th day of October, 2005.

*Roy Thomas*
Roy Thomas
Reg. No. 11340-007
USP- Big Sandy
P. O. Box 2068
Inez, KY 41224

Executed this 19th day of October, 2005, at Inez, KY, pursuant to 28 U.S.C. §1746.

*Roy Thomas*
ROY THOMAS