IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL MALIK ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action 05-1374 (RMC) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| ) | |

## DEMAND FOR JURY TRIAL OF DEFENDANTS, CORRECTIONS CORPORATION OF AMERICA AND TRANSCOR

Defendants, Corrections Corporation of America ("CCA") and Transcor America (hereinafter "Defendants"), Pursuant to Rule 38, FED.R.CIV.P., Defendant, Corrections Corporation of America, through counsel, request a trial by jury of all triable issues in the above-captioned matter.

Dated this 7th day of February 2006.

Respectfully submitted,

  s/ Daniel P. Struck
Daniel P. Struck (D.C. Bar No. CO0037)
Timothy J. Bojanowski (D.C. Bar No. OH0014)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811

        Kevin L. Newsome (D.C. Bar No. 439206)
        Rebecca E. Kuehn (D.C. Bar No. 447481)
        LeClair Ryan, A Professional Corporation
        225 Reinekers Lane
        Suite 700
        Alexandria, Virginia 22314
        Telephone: (703) 647-5928
        Facsimile: (703) 647-5978 (direct)

Filed Electronically this 7th day of February 2006.

Copy of the foregoing mailed even date to:

Ismail Abdul Malik aka Roy Thomas, #11340-007
Big Sandy United States Penitentiary
P. O. Box 1058
Inez, Kentucky 41224
Plaintiff *Pro Se*

    s/   Carol S. Madden