# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>**Plaintiff,**<br><br>v.<br><br>**District of Columbia, Corrections Corporation of America, and TransCor,**<br><br>**Defendants.** | **Civil Action No. 1:05-cv-1374 (RMC)** |

## MOTION FOR COURT ORDER ALLOWING DEPOSITION OF INCARCERATED INMATE

Pursuant to Rule 30(a)(2), Federal Rules of Civil Procedure, Defendants request this Court enter an order allowing the deposition of Plaintiff Ismail Abdul Malik, a/k/a Roy Thomas, an incarcerated individual, to be taken. The deposition of Ismail Abdul Malik, a/k/a Roy Thomas is vital to the defense of this action and is being secured for purposes of reasonable discovery.

WHEREFORE, Defendants respectfully request this Court enter its Order allowing Defendant to depose Plaintiff Ismail Abdul Malik, a/k/a Roy Thomas, inmate #11340-007, at the United States Penitentiary Big Sandy in Inez, Kentucky, either in person or telephonically.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1664031.1

Dated this 6th day of October 2006.         By: _____
                                            Daniel P. Struck, Bar No. 012377
                                            Timothy J. Bojanowski, Bar No. OH0014
                                            JONES, SKELTON & HOCHULI, P.L.C.
                                            2901 North Central Avenue, Suite 800
                                            Phoenix, Arizona  85012
                                            Telephone:  (602) 263-1700
                                            Facsimile:   (602) 263-1784

                                            *Attorneys for Defendants Corrections*
                                            *Corporation of America & TransCor*

                                            _____
                                            Kelvin L. Newsome
                                            LECLAIR RYAN, A PROFESSIONAL
                                            CORPORATION
                                            225 Reinekers Lane, Suite 700
                                            Alexandria, Virginia 22314
                                            Telephone: (703) 647-5933
                                            Facsimile: (703) 647-5983

**FILED** Electronically this 6th day of October 2006.

**COPY** of the foregoing *mailed* even date to:

Ismail Abdul Malik, #11340-007
a/k/a Roy Thomas
**UNITED STATES PENITENTIARY BIG SANDY**
Post Office Box 2068
Inez, Kentucky 41224
*Plaintiff Pro Se*


         s/Dianne Clark
_____

1664031.1

## PROPOSED ORDER GRANTING MOTION FOR COURT ORDER ALLOWING DEPOSITION OF INCARCERATED INMATE

  IT IS ORDERED, granting Defendants' request for leave of Court to depose Ismail Abdul Malik a, a/k/a Roy Thomas who is a prisoner incarcerated at the United States Penitentiary Big Sandy in Inez, Kentucky, 1197 Airport Road, Inez, Kentucky 41224 no later than January 31, 2007.

Dated: _____ By _____
              Honorable Rosemary M. Collyer