UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISMAIL ABDUL MALIK,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1374 (RMC) |

## ORDER

It is hereby

**ORDERED** that defendants' unopposed motion [#18] to depose plaintiff, Ismail Abdul Malik (a/k/a Roy Thomas), Fed. Reg. #11340-007, who currently is incarcerated at United States Penitentiary Big Sandy, 1197 Airport Road, Inez, Kentucky 41224, is GRANTED. The deposition may be either in person or by telephone. The deposition shall be transcribed and may be videotaped.

**SO ORDERED**.

/s/
ROSEMARY M. COLLYER
United States District Judge

Date: November 6, 2006