UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL MALIK,                              :
                                           :
    Plaintiff,                             :
                                           :
v.                                         :
                                           :   Civil Action No: 05-1374 (RMC)
DISTRICT OF COLUMBIA, *et al.*,            :
                                           :
    Defendants.                            :
_____:

**DEFENDANTS DISTRICT OF COLUMBIA'S RULE 26(a)(1) DISCLOSURES**

    Defendant District of Columbia ("defendant"), by and through counsel, and pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, hereby disclose the following information.

**I.  INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS**

    1.    Plaintiff Ismail Malik
           Fed. Reg. #11340-007
           Big Sandy U.S.P.
           POB 2068
           Inez, KY 41224

Mr. Malik is the plaintiff in this action.  Mr. Malik has information relevant to the incident that is the subject of this litigation, as well as his claimed damages.

    2.    Employees of co-defendants Corrections Corporation of America and
           Transcor
           c/o Daniel Struck, Esq.
           JONES, SKELTON & HOCHULI
           2901 North Central Avenue
           Suite 800
           Phoenix, AZ 85012

These individuals may have information relevant to the incident that is the subject of this litigation.

Defendant reserves the right to supplement these disclosures with the names of any witnesses whose identities are learned during the course of this litigation.

**II.  DOCUMENTS AND OTHER TANGIBLE EVIDENCE RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS**

1) Operations and Management Agreement between the District of Columbia and the Corrections Corporation of America.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEOGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Sec.  IV


_____/s/_____
MICHAEL BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  Michael.Bruckheim@dc.gov