# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>　　　　　　**Plaintiff,**<br><br>　　**v.**<br><br>**District of Columbia, Corrections Corporation of America, and TransCor,**<br><br>　　　　　　**Defendants.** | **Civil Action No. 1:05-cv-1374 (RMC)** |

## NOTICE OF SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that Daniel P. Struck and Timothy J. Bojanowski of the law firm of Jones, Skelton & Hochuli, 2901 North Central Avenue, Suite 800, Phoenix, Arizona 85012, enters their appearance and substitutes as counsel for Defendant, District of Columbia for all purposes. Consent has been obtained by and through Assistant Attorney General Michael Bruckheim to allow the substitution of counsel.

WHEREFORE, the Defendants request the Court allow the substitution of counsel.

Dated: January 11, 2007

　　　　　　　　　　　　　　　　　　　　s/Timothy J. Bojanowski
　　　　　　　　　　　　　　　　　　　　Daniel P. Struck, (D.C. Bar No. CO0037)
　　　　　　　　　　　　　　　　　　　　Timothy J. Bojanowski, (D.C. Bar No. OH0014)
　　　　　　　　　　　　　　　　　　　　JONES, SKELTON & HOCHULI, P.L.C.
　　　　　　　　　　　　　　　　　　　　2901 North Central Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona  85012
　　　　　　　　　　　　　　　　　　　　Telephone: (602) 263-7324
　　　　　　　　　　　　　　　　　　　　Facsimile: (602) 263-7387

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants District of Columbia, Corrections Corporation of America, and TransCor*

1727833.1

        Mariana Bravo, (D.C. Bar No. 473809)
        CARR MALONEY, PC
        1615 L Street, NW, Suite 500
        Washington, DC 20036
        Telephone: (202) 315-5500
        Facsimile: (202) 310-5555

        *Attorneys for Defendants District of Columbia, Corrections Corporation of America, and TransCor*

**FILED** Electronically this 11th day of January 2007.

**COPY** of the foregoing *mailed* even date to:

Michael Bruckheim, Esq.
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, D.C. 20001

Ismail Abdul Malik, #11340-007
a/k/a Roy Thomas
**UNITED STATES PENITENTIARY BIG SANDY**
Post Office Box 2068
Inez, Kentucky 41224
*Plaintiff Pro Se*

      s/Dianne Clark
_____

- 2 -