# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**District of Columbia,** *et al.*,<br><br>　　　　　　　　**Defendants.** | **Civil Action No. 1:05-cv-1374 (RMC)** |

## ORDER

Upon motion of Corrections Corporation of America and TransCor for Judgment on the Pleadings or, in the Alternative, for Summary Judgment and for good cause shown therein, it is this _____ day of _____, 2007:

**ORDERED,** that Defendants' Motion be and the same hereby is granted, and it if further;

**ORDERED,** that all claims against defendants Corrections Corporation of America and TransCor hereby are **dismissed with prejudice.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Judge Rosemary M. Collyer

cc:　　Ismail Abdul Malik, #11340-007
　　　　a/k/a Roy Thomas
　　　　**UNITED STATES PENITENTIARY BIG SANDY**
　　　　Post Office Box 2068
　　　　Inez, Kentucky 41224

　　　　Daniel P. Struck, Esq.
　　　　Timothy J. Bojanowski, Esq.
　　　　**JONES, SKELTON & HOCHULI, P.L.C**.
　　　　2901 North Central Avenue, Suite 800
　　　　Phoenix, Arizona 85012

　　　　Mariana Bravo, Esq.
　　　　**CARR MALONEY, PC**
　　　　1615 L Street, NW, Suite 500
　　　　Washington, DC 20036

1704885.1