# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ismail Abdul Malik, a/k/a Roy Thomas,

    Plaintiff,

v.

District of Columbia, *et al.*

    Defendants.

Civil Action No. 1:05-cv-1374 (RMC)

## AFFIDAVIT OF VICKI BATSON

I, VICKI BATSON, being first duly sworn upon my oath, depose and state that:

1. I have been employed by TransCor America, L.L.P. as a Legal Assistant since 2000.

2. I have reviewed Plaintiff's Complaint in this litigation and have personal knowledge of the facts stated herein, and make this Affidavit in Sport of Defendants Corrections Corporation of America and TransCor's Motion For Judgment on the Pleadings or, in the Alternative, for Summary Judgment.

3. As a Legal Assistant, I am familiar with all TransCor America policies and procedures.

4. Michael Corlew was the Director of Quality Assurance at TransCor at all times mentioned in Plaintiff's Complaint. He ended his employment relationship with TransCor on February 2, 2003.

5. TransCor has an informal grievance policy, whereby inmates or detainees who have complaints about the conditions of transport are encouraged to send a written complaint to the Quality Assurance Department (at the time of Plaintiff's transport) or the Managing Director of Operations (currently). The TransCor employee who receives the complaint then initiates an investigation into the complaint.

1704671.1

6. I have thoroughly reviewed the files of the Quality Assurance department for the period beginning July 1, 2001. That search reveals that no complaint letter or statement was received from Ismail Malik a/k/a Roy Thomas relating to the conditions of his transport from Youngstown, Ohio to Florence, Arizona in July 2001.

7. I verified the results of my search by reviewing the transport investigation files. No investigation was initiated in response to any complaint or situation arising during Inmate Malik's transportation to Florence, Arizona.

8. I hereby attest that inmate Ishmael Malik a/k/a Roy Thomas failed to submit a complaint to TransCor regarding his transportation to Florence, Arizona and failed to properly exhaust all administrative remedies.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Vicki Batson

State of Tennessee )
)
County of Davidson )

Subscribed and sworn to before me this 28th day of December 2006.

_____
Notary Public

My Commission Expires:

My Commission Expires November 22, 2010



1704671.1