# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>　　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**District of Columbia, Corrections Corporation of America, and TransCor,**<br><br>　　　　　　　　　**Defendants.** | **Civil Action No. 1:05-cv-1374 (RMC)** |

### DEFENDATNS CORRECTION CORPORAITON OF AMERICA AND TRANCOR'S NOTICE OF ERRATA

On February 12, 2007, Defendants Correction Corporation of America and TransCor, by and through counsel undersigned, filed their Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment and Notice Re: Defendants Corrections Corporation Of American and TransCor's Statement of Uncontroverted Material Facts In Support of Their Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment [See PACER Docket Nos. 24 and 25, respectively]. The attachments to Exhibit 1 of the Statement of Uncontroverted Material Facts were inadvertently not attached to the Affidavit of Carl Richey. Attached hereto as Appendix A are the attachments to the Affidavit of Carl Richey.

Dated: February 14, 2007

s/Timothy J. Bojanowski
Daniel P. Struck, (D.C. Bar No. CO0037)
Timothy J. Bojanowski, (D.C. Bar No. OH0014)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7324
Facsimile: (602) 263-7387
*Attorneys for Defendants District of Columbia, Corrections Corporation of America, and TransCor*

Mariana Bravo, (D.C. Bar No. 473809)
Colleen Durbin, (D.C. Bar No. 473809)
CARR MALONEY, PC
1615 L Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 315-5500
Facsimile: (202) 310-5555
*Attorneys for Defendants District of Columbia, Corrections Corporation of America, and TransCor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February 2007, a true an accurate copy of the foregoing Defendants Corrections Corporation of America and TransCor's Notice of Errata, was sent via first-class mail, postage-prepaid, to:

Ismail Abdul Malik, #11340-007
a/k/a Roy Thomas
**UNITED STATES PENITENTIARY BIG SANDY**
Post Office Box 2068
Inez, Kentucky 41224
*Plaintiff Pro Se*

s/Dianne Clark

- 2 -

1743753.1