# APPENDIX A

# Attachment A

Form 14-5A - For Official Use Only
Grievance No.: 01-6326

# CCA INMATE/RESIDENT GRIEVANCE FORM

NAME: ABdul Malik Ismail
Last Name First Middle Initial

NUMBER: 232011

HOUSING ASSIGNMENT: Laundry Porter

CONTRACT WHICH YOU ARE DETAINED BY: Central Arizona Detiontion Center

**STATE GRIEVANCE**

(Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

On and about 7/1/01 I was transferred from Northeast Ohio Correctional center to C.C.A Central Arizona Detention Center. I was handcuffed and shackled for more than 42 hours, which caused severe swelling and pain in my hands and feet, I was also unable to defecate for more than 15 hours, because a member of the expedition team informed me that it was unlawful for him to uncuff me, so I could defecate

**Requested Action**

I would like to the address and phone number of the Corrections Corporation of America main office, in pursuit of me filing a Civil Action. Thank you.

Ismail Abdul Malik 7/12/01
Inmate/Resident's Signature Date Submitted

**GRIEVANCE OFFICER'S REPORT:**

Your complaint will be looked into

M Sheeshman 7-16-01

White – Staff Yellow – File Pink – Inmate



**CORRECTIONS CORPORATION OF AMERICA**
**CENTRAL ARIZONA DETENTION CENTER**

**TO:**

**FROM:** M. SHERMAN AND C. RICHEY GRIEVANCE AND COMPLIANCE COORDINATORS

**DATE:** 7/18/01

**RE:** TRANSCOR TRANSPORT GRIEVANCE

---

You recently filed a grievance regarding some complaints you had with your transportation to CADC from the Northeast Ohio facility on June 2 2001. Transcor, not CADC staff, provided the transportation. This issue is out of this facilities control. Below is an address and the name of a contact for Transcor. You may send a letter with your complaints to Mr. Corlen at this address. We are unable to further process your grievance on this issue.

Mr. Corlew Quality Assurance
Transcor
646 Melrose Ave.
Nashville Tn 37211

**Form 14-5A - For Official Use Only**
**Grievance No.:** 0/0326

## GRIEVANCE OFFICER'S DECISION

Carl E Ruby
Grievance Officer's Signature

Date: 7/18/01

Ismail Abdul Malik
Inmate/Resident Signature

Date: 7-27-01

**APPEAL:** Yes: ✓ No:

**STATE REASON(S) FOR APPEAL:** ON 7-27-01 I was sent a grivance officer's decision in regards transportation grievance #01-0326 that I filed on 7-12-01. Me and 35 other inmates were used to use the restroom, we were handcuffed and shackled, which caused my body parts to swell weeks, we were forced to inhale cigarette smoke by the officer's / inmates that smoked, the smoking caused ire hazard and unsafe environment. These complaints took place in a 42 to 45 hour non stop s ride, from N.E.O.C.C. to C.A.D.C.

## WARDEN/ADMINISTRATOR'S RESPONSE

As stated on the attached memorandum, you need to write to Transcor to file your grievance. CCA did not transport you

Warden/Administrator's Signature

Date: 8/14/01

Received:
Inmate/Resident Signature

Date:

**Attachment B**

Form 14-5A - For Official Use Only
Grievance No.: 010375

# CCA INMATE/RESIDENT GRIEVANCE FORM

NAME: Abdul-Malik (Last Name) Ismail (First) (Middle Initial)

NUMBER: #232-011

HOUSING ASSIGNMENT: RR.-110

CONTRACT WHICH YOU ARE DETAINED BY: Central Arizona Det. Center

## STATE GRIEVANCE

(Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

On July 26, 2001 at 4:50p.m., I received a response from the grievance and compliance coordinators, stating that my grievance(#01-326) that I timely filed on 7-12-01 in regards to my transportation complaints from N.E.O.C.C. to C.A.D.C., was out of this facilities control, and that they where unable to further process my grievance on the issue.

## Requested Action

I'm requesting to be given the proper paperwork that allows the opportunity to file an administrative appeal, which will allow me to exhaust all of my institutional administrative remedies. Thank you.

Ismail Abdul Malik
Inmate/Resident's Signature

7/26/01
Date Submitted

## GRIEVANCE OFFICER'S REPORT:

You have been given instructions in which to proceed. An appeal form attached.

[signature] 7/27/01

White – Staff Yellow – File Pink – Inmate

# Attachment C

Form 14-5A - For Official Use Only
Grievance No.: 01-0385

# CCA INMATE/RESIDENT GRIEVANCE FORM

NAME: ABdul-Malik Ismail
Last Name First Middle Initial

NUMBER: 232011

HOUSING ASSIGNMENT: RR-110

CONTRACT WHICH YOU ARE DETAINED BY: C.A.D.C.

## STATE GRIEVANCE

(Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary). ON 7-27-01 I received an insufficient copy of the grievance officer's decision, in regards to the timely grievance (#01-0326) filed on 7-12-01. The administrative appeals papers does not allow me to have a carbon copy of the appeal, after appealing my complaint to the warden, which is improper. The grievance officer's decision was signed and dated on 7-18-01, it's no logical reason for me to just be receiving the insufficient appeal papers on 7-27-01 through the institution mail.

## Requested Action

I'm requesting to receive the correct paperwork in regards to appeal the grievance officer's decision, which allows me to have the pink carbon copy of the administrative appeal. This is the 4th grievance I've filed on this same complaint

Ismail Abdul Malik
Inmate/Resident's Signature

7-27-01
Date Submitted

## GRIEVANCE OFFICER'S REPORT:

There are no carbon copies to the appeal form You will recieve a photo copy after the warden responds.

M Sherman

White – Staff Yellow – File Pink – Inmate