IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**District of Columbia, Corrections Corporation of America, and TransCor,**<br><br>　　　　　　　Defendants. | **Civil Action No. 1:05-cv-1374 (RMC)** |

**DEFENDANT DISTRICT OF COLUMBIA'S JOINDER IN DEFENDANTS CORRECTIONS CORPORATION OF AMERICA AND TRANSCOR'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

　　COMES NOW Defendant District of Columbia, by and through undersigned counsel, and hereby joins in Defendants Corrections Corporation of America ("CCA") and TransCor's Statement of Uncontroverted Material Facts in Support of Their Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment.  The Statement of Facts is equally applicable to the District and should be used in support of the District's Joinder in Defendants CCA and TransCor's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment.

Dated: February 23, 2007.

　　　　　　　　　　　　　　　　　　　　s/Timothy J. Bojanwoski
　　　　　　　　　　　　　　　　　　　　Daniel P. Struck, (D.C. Bar No. CO0037)
　　　　　　　　　　　　　　　　　　　　Timothy J. Bojanowski, (D.C. Bar No. OH0014)
　　　　　　　　　　　　　　　　　　　　JONES, SKELTON & HOCHULI, P.L.C.
　　　　　　　　　　　　　　　　　　　　2901 North Central Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona  85012
　　　　　　　　　　　　　　　　　　　　Telephone: (602) 263-7324
　　　　　　　　　　　　　　　　　　　　Facsimile: (602) 263-7387
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants District of Columbia, Corrections Corporation of America, and TransCor*

        Mariana Bravo, (D.C. Bar No. 473809)
        Colleen Durbin, (D.C. Bar No. 473809)
        CARR MALONEY, PC
        1615 L Street, NW, Suite 500
        Washington, DC 20036
        Telephone: (202) 315-5500
        Facsimile: (202) 310-5555
        *Attorneys for Defendants District of Columbia, Corrections Corporation of America, and TransCor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February 2007, a true an accurate copy of the foregoing Defendant District of Columbia's Joinder in Defendants Corrections Corporation of America and TransCor's Motion For Judgment on the Pleadings or, in the Alternative, for Summary Judgment, was sent via first-class mail, postage-prepaid, to:

Ismail Abdul Malik, #11340-007
a/k/a Roy Thomas
**UNITED STATES PENITENTIARY BIG SANDY**
Post Office Box 2068
Inez, Kentucky 41224
*Plaintiff Pro Se*

      s/Dianne Clark