IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL ABDUL MALIK, )
a/k/a ROY THOMAS, )
)
Plaintiff, )
)
v. )
) Civil Action No. 05-1374(RMC)
)
DISTRICT OF COLUMBIA, et al., )
)
Defendants. )
)

## MOTION FOR THE EXTENSION OF TIME
## TO FILE MOTION IN OPPOSITION

The plaintiff, Ismail Abdul Malik, a/k/a Roy Thomas, pro se, respectfully petitions this Honorable Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to extend the time for plaintiff to file a motion in opposition to "Defendants Corrections Corporation of America and TransCor's Motion For Judgment on the Pleadings Or, In the Alternative, For Summary Judgment, and in support whereof states the following:

### I. JURISDICTION

The Court has jurisdiction pursuant to Fed. R. Civ. Proc. 6(b), and Local Rule 7(b).

RECEIVED

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## II. BACKGROUND

1. Defendants Corrections Corporation of America(CCA) and Trans-Cor certified mailing a copy of the motion for Judgment on the PLeadings or, In the Alternative, For Summary Judgment to the Plaintiff on February 12, 2007.

2. On February 14, 2007, Defendants CCA and TransCor, contrary to Local Rule 5.1 (a)(b), filed with the Court a "Corrected and Complete Courtesy Copy of Defendants' Corrections Corporation of America and TrabsCor's Motion For Judgment on the Pleadings or, In the Alternative, For Summary Judgment(Document No. 24, filed February 12, 2007)Defendants Corrections Corporation of America []and TransCor's Statement of Uncontroverted Material Facts In Support of teir Motion For Judgment on the Pleadings or, In the Alternative, For Summary Judgment(Document No. 25, filed February 12, 2007). Plaintiff received a copy of the February 14, 2007, letter to the Court and enclosures on/or about, February 21, 2007.

3. Pursuant to Local Rule 7(b), the plaintiff is afforded 11 days to file a memorandum in opposition to the Defendants' motions. Currently, the plaintiff must file any opposition by March 9, 2007. The plaintiff herein requests an extension of time up to and including March 23, 2007, to file the opposition to the motions filed by the Defendants.

## III. REASONS FOR GRANTING EXTENSION OF TIME TO FILE

1. The plaintiff is currently confined to the Special Housing Unit(SHU) of this prison and the inmate who is assisting the plaintiff needs to confer with plaintiff before filing.

2. The plaintiff is confined in a prison with more than 1,300 inmates and only 29 computer terminals and 3 working typewriters in the Law Library.

3. The Plaintiff is a layman and not trained in the law, and proceeding pro se, herein.

4. The issues raised in Defendants' motions are complex and difficult and the plaintiff needs additional time to locate and review the cases cited by Defendants and to research the law on the issues raised.

5. The plaintiff is incarcerated, and therefor, has not sought Defendants' consent before filing this motion. Plaintiff seeks only a minimal amount of time to ensure that sufficient time will be available to timely file the objections to the relief the Defendants seek.

## IV. RELIEF

WHEREFORE, due to the above, and for any other reason(s) which may appear to the Court, the plaintiff, Ismail Abdul Malik, a/k/a Roy Thomas, pro se, respectfully requests that the Court extend the time for filing Plaintiff's Memorandum In Opposition To Defendants, CCA and TransCor's dispositive motions, until March 23, 2007.

Respectfully submitted,

ISMAIL ABDUL MALIK, pro se
Reg. No. 11340-007
USP- Big Sandy
P. O. Box 2068
Inez, KY 41224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing Motion For Extension of Time To File Motion In Opposition, by first-class, U.S. Mail, postage prepaid, to the persons and addresses listed below:


Timothy J. Bojanowski, Esq.
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue Suite 800
Phoenix, Arizona 85012

Mariana Bravo, Esq.
CARR MALONEY, PC
1615 L Street, N. W.
Suite 500
Washington, D. C. 20036


DATED: MARCH 5, 2007


ISMAIL ABDUL MALIK, pro se
a/k/a ROY THOMAS
Reg. No. 11340-007
USP- Big Sandy
P. O. Box 2068
Inez, KY 41224

-4-