IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ISMAIL ABDUL MALIK, :
a/k/a ROY THOMAS,

    Plaintiff, :

                                    : Civil Action No. 1:05-cv-1374(RMC)

v.

DISTRICT OF COLUMBIA, et al., :

    Defendants :.

                                    :

### PLAINTIFF'S NOTICE OF FILING

    The Plaintiff, herein, Ismail Abdul Malik, a/k/a Roy Thomas, pro se, respectfully files the instant motion to inform the Court and the other parties of the timeliness of Plaintiff's motions, "Plaintiff's Motion In Opposition To: Defendants Corrections Corporation of America and TransCor's Motion For Judgment On the Pleadings or, in the Alternative, for Summary Judgment "and" Plaintiff's Motion For A Court Order."

    Pursuant to the February 15, 2007, Order of the Court, and Plaintiff's Motion to Extend Time to File, the Plaintiff's Motion in Opposition was due to be filed on March 23, 2007. Due to Plaintiff being confined in the Special Housing Unit, unexpected days when the computers in the Law Library of this prison were down, and problems in obtaining adequate numbers of copies for filing, the Plaintiff was unable to have the motions ready for mailing until March 22, 2007.

    On the morning of March 23, 2007, during the noon meal, the Plaintiff attempted to place the motions in opposition in the mailroom of this federal prison. Mailroom personnel would not accept the mailings, and the Plaintiff elicited the assistant of Assistant Warden Myron L. Batts. Mr. Batts went to the mailroom with the Plaintiff but staff there insisted that the mail would not go out until the morning of Monday, March 26, 2007, and refused to accept it to stamp the envelopes for March 23, 2007.

Pursuant to the rules of this Court, the plaintiff is afforded three(3) additional days when responding to an order by mail. Therefore, plaintiff's submissions are timely if mailed by March 27, 2007.

The Supreme Court has set out that prisoner mailings are considered timely if given to prison officials for mailing on or before last day of filing. <u>Houston v. Lack</u>, 487 U.S. , 108 S. Ct. 2379, 101 L.Ed.2d 245.("prison mailbox rule"). In otherwords, Plaintiff attempted to place the papers in the institutional mailing system before the filing deadline expired, however, even without doing so the envelopes will be postmarked before the filing deadline.

This motion is submitted purely for informational purposes and for future reference, should there be any discrepency concerning timely filing.

Respectfully submitted,

ISMAIL ABDUL MALIK,
a/k/a ROY THOMAS
Reg. No. 11340-007
USP- Big Sandy
P.O. Box 2068
Inez, KY 41224

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing Plaintiff's Notice of Filing on the parties listed below, entitled to receive a copy thereof, by first-class U.S. Mail, postage prepaid, this 26th day of March, 2007.

Timothy J. Bojanowski, Esq.
JONES, SKELTON & HOCHULI. P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012

ISMAIL ABDUL MALIK,
a/k/a ROY THOMAS
Reg. No. 11340-007.

Executed this 26th day of March, 2007, at Inez, KY, pursuant to 28 U.S.C. §1746.

ISMAIL ABDUL MALIK,