# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,** | |
| **Plaintiff,** | **Civil Action No. 1:05-cv-1374 (RMC)** |
| v. | |
| **District of Columbia, *et al.*,** | |
| **Defendants.** | |

## ORDER

Upon Motion of Corrections Corporation of America and TransCor for Judgment on the Pleadings or, in the Alternative, for Summary Judgment and for Sanctions Pursuant to Rule 56(g), it is this _____ day of _____, _____ 2007:

**ORDERED,** that Defendants' Motion be and the same hereby is summarily affirmed and granted, and it is further;

**ORDERED,** that Plaintiff pay Defendants reasonable legal fees for filing their opposition to Plaintiff's Rule 56(f) Motion, and it is further;

**ORDERED,** that all claims against Defendants Corrections Corporation of America and TransCor hereby are **dismissed with prejudice.**


_____
Judge Rosemary M. Collyer

cc:    Ismail Abdul Malik, #11340-007
       a/k/a Roy Thomas
       **UNITED STATES PENITENTIARY BIG SANDY**
       Post Office Box 2068
       Inez, Kentucky 41224

       Daniel P. Struck, Esq.
       Timothy J. Bojanowski, Esq.
       **JONES, SKELTON & HOCHULI, P.L.C**.
       2901 North Central Avenue, Suite 800
       Phoenix, Arizona 85012

1762835.1

Mariana Bravo, Esq.
Colleen Durbin, Esq.
**CARR MALONEY, PC**
1615 L Street, NW, Suite 500
Washington, DC 20036