**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CIVIL ACTION NO.: 03-0944(RMC)


ISMAIL ABDUL MALIK,                                    Plaintiff,

vs.

DISTRICT OF COLUMBIA, et al.,                          Defendants.


PLAINTIFF'S TRAVERSE TO THE DEFENDANTS' MOTION TO DISMISS


_____  
NAME        TITLE  
AUTHORIZED BY THE ACT OF JULY 7, 1955  
AS AMENDED TO ADMINISTER OATHS  
(18 USC 4004).   8/Aus/03

_____  
ISMAIL ABDUL MALIK, #11340-007  
U.S.P., Atlanta  
P.O. BOX 150160  
Atlanta, Ga 30315

Form 14-5A - For Official Use Only
Grievance No.: 01-0385

## CCA INMATE/RESIDENT GRIEVANCE FORM

NAME: Abdul-Malik        Ismail
      Last Name          First          Middle Initial

NUMBER: 23201)

HOUSING ASSIGNMENT: RR-110

CONTRACT WHICH YOU ARE DETAINED BY: C.A.D.C.

### STATE GRIEVANCE
(Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

On 7-27-01 I received an insufficient copy of the grievance officer's decision, in regards to the timely grievance I filed on 7-12-01 (#01-0326). The administrative appeals papers does not allow me to have a carbon copy of the appeal, after appealing my complaint to the warden, which is improper. The grievance officer's decision was signed and dated on 7-18-01, its no logical reason for me to just be receiving the insufficient appeal papers on 7-27-01 through the institution mail.

### Requested Action

I'm requesting to receive the correct paperwork in regards to appeal the grievance officer's decision, which allows me to have the pink carbon copy of the administrative appeal. This is the 4th grievance I've filed on this same complaint.

Ismail Abdul Malik                        7-27-01
Inmate/Resident's Signature              Date Submitted

### GRIEVANCE OFFICER'S REPORT:

There are no carbon copies to the appeal form. You will recieve a photo copy after the warden responds.

                                          M Sherman

White — Staff          Yellow — File          Pink — Inmate    Exhibit 5

1/15/98                                                        Page 1

Form 14-5A - For Official Use Only
Grievance No.: 010326

**GRIEVANCE OFFICER'S DECISION**

Grievance Officer's Signature: Carl E. Ruby
Date: 7/18/01

Inmate/Resident Signature: Jamil Abdul Malik
Date: 7-27-01

APPEAL:    Yes: ✓    No: _____

STATE REASON(S) FOR APPEAL: On 7-27-01 I was sent a grievance officer's decision in regard a transportation grievance #01-0326 that I filed on 7-12-01. Me and 35 other inmates were fused to use the restroom, we were handcuffed and shackled, which caused my body parts to swell weeks, we were forced to inhale cigarette smoke by the officer's/inmates that smoked, the smoking caused fire hazard and unsafe environment. These complaints took place in a 42 to 45 hour non stop ride, from N.E.O.C.C. to C.A.D.C.

**WARDEN/ADMINISTRATOR'S RESPONSE**

As stated on the attached memorandum, you need to write to Transcor to file your grievance. GCA did not transport you

Warden/Administrator's Signature: _____
Date: 8/14/01

Received: Jamil Abdul Malik
Inmate/Resident Signature
Date: 8-15-01

Exhibit 5



**CORRECTIONS CORPORATION OF AMERICA**
CENTRAL ARIZONA DETENTION CENTER

ZR-110

TO: ABDUL MIALIK 23201

FROM: M. SHERMAN AND C. RICHEY GRIEVANCE AND COMPLIANCE COORDINATORS

DATE: 7/18/01

RE: TRANSCOR TRANSPORT GRIEVANCE

---

You recently filed a grievance regarding some complaints you had with your transportation to CADC from the Northeast Ohio facility on June 2 2001. Transcor, not CADC staff, provided the transportation. This issue is out of this facilities control. Below is an address and the name of a contact for Transcor. You may send a letter with your complaints to Mr. Corlen at this address. We are unable to further process your grievance on this issue.

Mr. Corlew Quality Assurance
Transcor
646 Melrose Ave.
Nashville Tn 37211

Exhibit 5

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ismail Abdul Malik, a/k/a Roy Thomas,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>District of Columbia, *et al.*<br><br>　　　　Defendants. | Civil Action No. 1:05-cv-1374 (RMC) |

### AFFIDAVIT OF HAROLD NEWTON

I, HAROLD NEWTON, being first duly sworn upon my oath, depose and state that:

1. I have been employed with CCA since October 1992, and I have over 15 years of experience in the corrections field. I was Assistant Chief of Security at the Central Arizona Detention Center ("CADC") in 2001. During this period, I was involved with facility operations relating to the District of Columbia Department of Corrections inmates housed in the Washington Unit at CADC. Currently, I am the Chief of Security at CADC.

2. I am of the age of majority, of sound mind, and have personal knowledge of the facts stated herein, make this Affidavit in Support of Defendants Corrections Corporation of America and TransCor's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment.

3. During 2001, CADC logged incoming legal mail as well as outgoing parcels, including certified letters. Outgoing legal mail, however, was not logged. Plaintiff's purported July 27, 2001 letter to TransCor America, LLC, while an attempted administrative resolution, was not considered legal mail as it was not addressed to a court or Inmate Malik's counsel of record.

1764978.1

4. The outgoing mail log for the period from July 19, 2001 through August 22, 2001 was reviewed. No entries for Inmate Malik a/k/a Roy Thomas were found, indicating that Inmate Malik did not mail any parcels or certified mail from CADC to anyone, including TransCor America, LLC.

5. In 2001, there was no inmate-access photocopier at CADC. Rather, when an inmate wished to obtain a photocopy, the inmate must first submit an Inmate Request to his Unit Manager attaching the materials the inmate wishes to have copied. Once the Unit Manager has approved the request, it is transmitted to the Law Librarian, who actually makes the copies and records them on the photocopy logbook, which contains the inmate's name, inmate number, date, and number of copies.

6. CADC does not provide free photocopies to inmates, aside from documents which are filed in court, and where court rules mandate that multiple copies be submitted. Fees for all other photocopies, including photocopies of letters and grievances, are deducted from each inmate's Inmate Trust Account

7. Inmate Malik a/k/a Roy Thomas' Inmate Trust Account records were reviewed. No fees for photocopies were deducted from Inmate Malik's Trust Account during his incarceration at CADC from July 4, 2001 through August 21, 2001.

8. Based on my review of the CADC mailroom records, I have found no evidence to suggest that Inmate Malik sent any certified or return-receipt letter to anyone outside of CADC from July 19, 2001 until he was discharged on August 21, 2001. Moreover, based on my review of the CADC photocopy logbook and Inmate Malik's Trust Account records, no evidence suggests that Inmate Malik obtained a photocopy of any letter he may have mailed in July 2001. In the absence of any such supporting evidence, I conclude that Inmate Malik's letter

1764978.1

was not photocopied at CADC and that it is impossible that Inmate Malik to have both mailed a letter to TransCor America, LLC in July 2001 and retained a photocopy as he alleges.

FURTHER AFFIANT SAYETH NAUGHT.

_____
HAROLD NEWTON

State of Arizona )
)
County of Pinal )

Subscribed and sworn to before me this __11__ day of April 2007.

_____
Notary Public

My Commission Expires:
Oct 4TH, 2010



R Henricks
NOTARY PUBLIC -- ARIZONA
MARICOPA COUNTY
My Commission Expires
October 4, 2010

- 3 -

1764978.1