Ismail Abdul Malik
a/k/a Roy Thomas
Reg. No. 11340-007
USP - Big Sandy
P.O. Box 2068
Inez, KY 41224

April 16, 2007

Clerk of the Court
The Honorable Rosemary M. Collyer
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: <u>Malik v. District of Columbia</u> Civil Action No. 1:05-CV-01374 (RMC)

Dear Clerk:

Please find enclosed a corrected and complete copy of the Exhibit Four attached to Plaintiff's Opposition to: Defendants Corrections Corporation of America and Trans Cor's Motion For Judgment On The Pleadings Or, In The Alternative, For Summary Judgment. The corrected and complete copy of Exhibit Four includes the two mentioned grievance forms filed by the plaintiff with CCA, along with the letter to Mr. Corlew at Trans Cor. Although these copies of grievances were already a part of the record, they were inadvertently omitted from the filed exhibits.

I respectfully apologize for any confusion or inconvenience caused by this omission.

Respectfully Submitted,

Ismail Abdul Malik a/k/a Roy Thomas
Reg. No. 11340-007

CC: Timothy J. Bojanowski, Esq.
   Jones, Skelton, & Hochuli
   2901 North Central Avenue
   Suite 800
   Phoenix, AZ 85012