IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL ABDUL MALIK,
a/k/a ROY THOMAS,

    Plaintiff,

v.    Civil Action No. 1:05-cv-1374(RMC)

DISTRICT OC COLUMBIA, et al.,

    Defendants.

---

## AFFIDAVIT OF ISMAIL ABDUL MALIK a/k/a ROY THOMAS

The affiant, Ismail Abdul Malik, a/k/a Roy Thomas, Reg. No. 11340-007, being first duly sworn upon oath, depose and says:

1. I am the same Ismail Abdul Malik, a/k/a/ Roy Thomas, who is the plaintiff in the above-captioned civil matter.

2. When I arrived at Central Arizona Detention Center(CADC), in Florence, AZ., I sought to exhuast my administrative remedies concerning the conditions I was forced to endure on the bus ride from Northeast Ohio Correctional Center in Youngstown, Ohio, between July 2-4, 2001.

3. CADC is owned and operated by Corrections Corporation of America(CCA) and upon my arrival at CADC I was given a handbook of information. The handbook set out the grievance procedure for CCA and I was not aware that a separate entity had transported me to CADC, until I received a response to my grievance appeal that informed me of the fact that CCA itself was not the transporting agent. Initially, I was informed that CCA was looking into my complaint. (See Exhibit A, July 12, 2001, grievance form, attached).

4. Subsequently, I was given a response that informed that I should write a letter to TransCor. However, appeal forms were included with the response to my July 26, 2001, appeal. As a result, I took for granted that the letter to TransCor was solely to provide information to TransCor concerning the unconstitutional conditions during the more than 40 hour bus ride. On July 27, 2001, I mailed a letter to TransCor and detailed the complaints raised previously with CCA. I recently located a copy of the July 27, 2001, letter to TransCor and have attached a copy as Exhibit B. (copy of July 26, 2001, appeal attached as Exhibit C).

5. I never received a reply to my letter to Mr. Corlew at TransCor.

6. On July 27, 2001, I submitted another appeal due to seeking to have a carbon copy of the appeal form that I was provided. On that same date, M. Sherman responded that I would receive a copy "after the Warden responds."(copy of July 27, 2001, appeal, attached as Exhibit D).

7. The responses to my appeals informed me that CCA could not process my grievances any further, which gave me the opinion that I had exhausted my remedies, as far as I could, with CCA.

8. The August 14, 2001, response that I received from Assistant Wardne Araiza which denied my appeal, again instructed me to write to TransCor, but no gievance forms for TransCor were provided or even mentioned.

Affidavit of Ismail Abdul Malik
a/k/a/ Roy Thomas
March 20, 2007
Page Two of Two

9. Contrary to the affidavit of Carl Richey(SOF, Exhibit One)in paragraphs 10 and 18, at no time did CCA respond to my complaints that the issues were "not grievable" under the CCA/CADC Grievance Procedure(SOF, Attachment A, pags 2-3).

> "this issue is out of this facilities(sic) control"...
> We are unable to <u>further process</u> your grievance
> on this issue." (SOF, Attachment A, July 18, 2001,
> M. Sherman and C. Richey response).(emphasis
> supplied).

> "As stated on the attached memorandum, you need
> to write to TransCor to file your grievance. CCA
> did not transport you "(sic)(SOF, Attachment A,
> August 14, 2001, response of Assistant Warden
> Araiza) (emphasis supplied).

As a result, the affidavit of Carl Richey swears to false information. I agree that the SOF attachments A,B, and C are true and accurate copies of records from prior filings seeking administrative remedy from CCA.

By my signature affixed below, I affirm that the foregoing is true and correct.

FURTHER THE AFFIANT SAYETH NOT.

_____
ISMAIL ABDUL MALIK,
a/k/a/ ROY THOMAS,
Reg. No. 11340-007
USP- Big Sandy
P.O. Box 2068
Inez, KY 41224

Executed this ___ day of March, 2007, at Inez, KY, pursuant to 28 U.S.C. §1746.

**Attachment A**

1704398.1

Form 14-5A - For Official Use Only
Grievance No.: 01-6326

## CCA INMATE/RESIDENT GRIEVANCE FORM

NAME: Abdul Malik Ismail
(Last Name) (First) (Middle Initial)

NUMBER: 232011

HOUSING ASSIGNMENT: Laundry Porter

CONTRACT WHICH YOU ARE DETAINED BY: Central Arizona Detention Center

### STATE GRIEVANCE
(Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

On and about 7/1/01 I was transferred from Northeast Ohio Correctional Center to C.C.A Central Arizona Detention Center. I was handcuffed and shackled for more than 42 hours, which caused severe swelling and pain in my hands and feet. I was also unable to defecate for more than 15 hours, because a member of the expedition team informed me that it was unlawful for him to uncuff me, so I could defecate

### Requested Action

I would like to the address and phone number of the Corrections Corporation of America main office, in pursuit of me filing a Civil Action. Thank you.

Ismail Abdul Malik                    7/12/01
Inmate/Resident's Signature           Date Submitted

### GRIEVANCE OFFICER'S REPORT:

Your complaint will be looked into

M Stesman 7-16-01

White — Staff          Yellow — File          Pink — Inmate

1/15/98                                        CCA-IAM 0007        Page 1

**Attachment B**

A/K/A: Roy Thomas
D.C.D.C 232011
CADC
1155 Pinal Parkway
PO Box 6400
Florence, AZ 85232

July 27, 2001

Mr. Corlew
Quality Assurance
Transcorp
646 Melrose Ave.
Nashville, TN 37211

Dear Mr Corlew:

I am a D.C. Prisoner who was transported from Youngstown, Oh to Florence, Az, on July 2-4 2001.

On the bus ride I was forced to inhale excessive second-hand smoke although I have asthma. I became very sick, but I could not even use my inhaler because of the "Black Box" and tight cuffs on my wrists. I could not use the toilet because the officers would not free me from the man I was belly-chained with.

The air condition was broke on the bus and I was forced to release my waste on myself. The officers gave the inmates cigarettes whenever they asked for them, to make it worse the toilet didn't work and I had to endure the stench and filth of other inmates urinat and defecating on themselves.

I also heard an officer say that since D.C. Prisoners like to file law suits they deserve to be punished.

The staff here told me to send a letter to you. I was told that C.C.A. could not process my grievance. Can you process my grievance appeal further? Do I need form to appeal it? If so please send them to me. Your attention to these matters would be appreciated.

Sincerly

Ismail Abdul Malik
Ismail Abdul Malik
A/K/A Roy Thomas
D.C.D.C. 232011
CADC
1155 Pinal Parkway
P.O. Box 6400
Florence, AZ 85232.

**Attachment C**

1704398.1

Form 14-5A - For Official Use Only
Grievance No.: 01-0375

## CCA INMATE/RESIDENT GRIEVANCE FORM

NAME: <u>Abdul-Malik</u>  <u>Ismail</u>
Last Name    First    Middle Initial

NUMBER: <u>#232-011</u>

HOUSING ASSIGNMENT: <u>RR.-110</u>

CONTRACT WHICH YOU ARE DETAINED BY: <u>Central Arizona Det. Center</u>

**STATE GRIEVANCE**
(Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary).

On July 26, 2001 at 4:50p.m., I received a response from the grievance and compliance coordinators, stating that my grievance(#01-326) that I timely filed on 7-12-01 in regards to my transportation complaints from N.E.O.C.C. to C.A.D.C., was out of this facilities control, and that they where unable to further process my grievance on the issue.

**Requested Action**

I'm requesting to be given the proper paperwork that allows the opportunity to file an administrative appeal, which will allow me to exhaust all of my institutional administrative remedies. Thank you.

*Ismail Abdul Malik*     7/26/01
Inmate/Resident's Signature    Date Submitted

**GRIEVANCE OFFICER'S REPORT:**

You have been given instructions, in which to proceed. An appeal form attached.

*[signature]* 7/27/01

White — Staff    Yellow — File    Pink — Inmate

1/15/98

CCA-IAM 0010

Page 1

**Attachment D**

Form 14-5A - For Official Use Only
Grievance No.: 01-0385

## CCA INMATE/RESIDENT GRIEVANCE FORM

NAME: Abdul-Malik          Ismail
       Last Name            First           Middle Initial

NUMBER: 232011

HOUSING ASSIGNMENT: RR-110

CONTRACT WHICH YOU ARE DETAINED BY: C.A.D.C.

**STATE GRIEVANCE**
(Include documentation, witnesses, date of incident and any other information pertaining to the grievance subject. Attach additional pages if necessary). On 7-27-01 I received an insufficient copy of the grievance officer's decision, in regards to the timely grievance (*01-0326) filed on 7-12-01. The administrative appeals papers does not allow me to have a carbon copy of the appeal, after appealing my complaint to the warden, which is improper. The grievance officer's decision was signed and dated on 7-18-01, it's no logical reason for me to just be receiving the insufficient appeal papers on 7-27-01 through the institution mail.

**Requested Action**
I'm requesting to receive the correct paperwork in regards to appeal the grievance officer's decision, which allows me to have the pink carbon copy of the administrative appeal. This is the 4th grievance I've filed on this same complaint

Ismail Abdul Malik                    7-27-01
Inmate/Resident's Signature          Date Submitted

**GRIEVANCE OFFICER'S REPORT:**
There are no carbon copies to the appeal form You will recieve a photo copy after the warden responds.

                                    M Sherman

White — Staff          Yellow — File          Pink — Inmate

1/15/98                                CCA-IAM 0011          Page 1