IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**District of Columbia,** *et al.*,<br><br>　　　　　　　**Defendants.** | **Civil Action No. 1:05-cv-1374 (RMC)** |

**DEFENDANTS DISTRICT OF COLUMBIA, CORRECTIONS CORPORATION OF AMERICA, AND TRANSCOR'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants District of Columbia, Corrections Corporation of America, Inc., and TransCor America, L.L.C., through counsel, move for leave to file Exhibits 16-40, 42, and 51-52 to Defendants' Statement of Uncontroverted Material Facts in Support of Their Motion for Summary Judgment ("SOF"), under seal. This motion is supported by the following Memorandum of Points and Authorities. A Proposed Order accompanies this Motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

In their Motion for Summary Judgment, Defendants rely on Plaintiff's medical records (Exs. 16-40), educational test scores (Ex. 42), and records related to Plaintiff from the Bureau of Prison's Psychology Data System (Exs. 51-52) as undisputed material facts in support of their argument that Plaintiff cannot demonstrate a physical injury, and without such a showing, Defendants are entitled to summary judgment under 42 U.S.C. § 1997e(e).

In accordance with this Court's Notice Regarding Privacy and Public Access to Electronic Civil Case Files ("Notice"), Defendants have redacted Plaintiff's date of birth, Social Security Number, and other identifying immaterial information from other exhibits filed therewith. The Notice also advises counsel to consider filing documents containing "medical records, treatment and diagnosis" under seal.

The medical observations and Plaintiff's statements contained therein are relevant to the

case and show that Plaintiff never experienced the injuries alleged in his complaint, except as a result of subsequent athletic injuries. The records are relevant material which cannot be redacted.

Defendants do not believe that the dates, names of medical providers, and circumstances as stated in the Plaintiff's medical, educational and psychological records as stated in the SOF need to be shielded from observation. Plaintiff put those facts at issue in his Complaint, and Defendants have filed a public version of the SOF and other exhibits using the CM/ECF system. Out of an abundance of caution, however, Defendants request that the Court grant leave to file the exhibits which are the actual records of Plaintiff's medical visits; educational test scores; and, summaries of psychological examinations, under seal.

Dated: August 1, 2007

    s/Timothy J. Bojanowski
Daniel P. Struck, (D.C. Bar No. CO0037)
Timothy J. Bojanowski, (D.C. Bar No. OH0014)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7324
Facsimile: (602) 263-7387

Mariana Bravo, (D.C. Bar No. 473809)
Colleen Durbin , (D.C. Bar No. 473809)
CARR MALONEY, PC
1615 L Street, NW, Suite 500
Washington, DC 20036
Telephone: (202) 315-5500
Facsimile: (202) 310-5555

*Attorneys for Defendants*

1808135.1

## L.Cv.R. 7.1 (m) CERTIFICATE

Plaintiff is an inmate incarcerated at the U.S. Penitentiary – Big Sandy. As an inmate, at a facility which is operated by the U.S. Bureau of Prisons, not any Defendant, Plaintiff may only place, but not receive, telephone calls. While Defendants have been unable to obtain Plaintiff's consent for this Motion, in good faith, they do not expect that Plaintiff opposes the leave sought.

s/Timothy J. Bojanowski

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2007, a true an accurate copy of the foregoing Defendants Corrections Corporation of America, and TransCor's Motion for Leave to File under Seal, was sent via first-class mail, postage-prepaid, to:

Ismail Abdul Malik, #11340-007
a/k/a Roy Thomas
**UNITED STATES PENITENTIARY BIG SANDY**
Post Office Box 2068
Inez, Kentucky 41224
*Plaintiff Pro Se*

s/Dianne Clark

1808135.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**District of Columbia,** *et al.***,**<br><br>　　　　　　　**Defendants.** | **Civil Action No. 1:05-cv-1374 (RMC)** |

### ORDER

Upon Motion of District of Columbia, Corrections Corporation of America, and TransCor for Leave to File under Seal and for good cause shown therein, it is this _____ day of _____ 2007:

**ORDERED,** that the Clerk shall accept and file Defendants' Statement of Fact, with exhibits 16-40, 42, and 51-52, lodged with the Clerk on August 1, 2007; and

**ORDERED,** that the Clerk shall maintain Defendants' Statement of Fact, with exhibits 16-40, 42, and 51-52, under seal**.**

　
　
_____
Judge Rosemary M. Collyer

cc:　　Ismail Abdul Malik, #11340-007
　　　　a/k/a Roy Thomas
　　　　**UNITED STATES PENITENTIARY BIG SANDY**
　　　　Post Office Box 2068
　　　　Inez, Kentucky 41224

　　　　Daniel P. Struck, Esq.
　　　　Timothy J. Bojanowski, Esq.
　　　　**JONES, SKELTON & HOCHULI, P.L.C**.
　　　　2901 North Central Avenue, Suite 800
　　　　Phoenix, Arizona 85012

　　　　Mariana Bravo, Esq.
　　　　Colleen Durbin, Esq.
　　　　**CARR MALONEY, PC**
　　　　1615 L Street, NW, Suite 500
　　　　Washington, DC 20036