**EXHIBIT 1**

```
BSY3T   540*23  *        SENTENCE MONITORING      *    08-11-2005
PAGE 001         *        COMPUTATION DATA         *    08:10:29
                          AS OF 08-11-2005

REGNO..: 11340-007 NAME: THOMAS, ROY

FBI NO............: [REDACTED]                    DATE OF BIRTH: [REDACTED]
ARS1..............: BSY/A-DES
UNIT..............: C UNIT                        QUARTERS.....: C02-227L
DETAINERS.........: NO                            NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: LIFE

---------------------CURRENT JUDGMENT/WARRANT NO: 010 --------------------
COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: F2152-91
JUDGE............................: TAYLOR
DATE SENTENCED/PROBATION IMPOSED.: 02-10-1993
DATE WARRANT ISSUED..............: N/A
DATE WARRANT EXECUTED............: N/A
DATE COMMITTED...................: 08-24-2000
HOW COMMITTED....................: DC SUPERIOR COURT COMT
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

                  FELONY ASSESS    MISDMNR ASSESS    FINES         COSTS
NON-COMMITTED.:   $00.00           $00.00            $00.00        $80.00

RESTITUTION...:   PROPERTY: NO     SERVICES: NO      AMOUNT: $00.00

---------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 621
OFF/CHG: MURDER I (CT.A)
         ASSAULT W/A DEADLY WEAPON (CT.E)
         CARRYING A DEADLY WEAPON (CT.C)
         POSS. OF A FIREARM (CT.D)

SENTENCE PROCEDURE...............: DC GTCA ADULT SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: LIFE
MINIMUM TERM.....................:     25 YEARS    4 MONTHS
DC MANDATORY MINIMUM TERM........:     25 YEARS
DATE OF OFFENSE..................: 09-22-1990




G0002       MORE PAGES TO FOLLOW . . .
```

CCA-IAM 0030

```
BSY3T   540*23  *           SENTENCE MONITORING           *    08-11-2005
PAGE 002 OF 002 *             COMPUTATION DATA            *    08:10:29
                              AS OF 08-11-2005

REGNO..: 11340-007  NAME: THOMAS, ROY


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-20-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-10-1993
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 09-22-1990

JAIL CREDIT.....................:       FROM DATE      THRU DATE
                                         05-07-1991    02-09-1993

TOTAL JAIL CREDIT TIME..........: 645
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 0
TOTAL SGT POSSIBLE..............: 0
PAROLE ELIGIBILITY..............: 05-05-2016
STATUTORY RELEASE DATE..........: N/A
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: N/A
EXPIRATION FULL TERM DATE.......: LIFE

NEXT PAROLE HEARING DATE........: 11-26-2015
TYPE OF HEARING.................: INITIAL

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE

REMARKS.......: COMP CERTIFIED BY DCRC ON 7/28/04




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

CCA-IAM 0031