**EXHIBIT 2**

Cat03, Referred, Termed, Vecchiar

## U.S. District Court
## Northern District of Ohio (Youngstown)
## CIVIL DOCKET FOR CASE #: 4:97-cv-01995-DAP

Busey, et al v. Corrections Corp, et al
Assigned to: Hon. Dan Aaron Polster
Demand: $0
related Cases: 4:98-cv-02536-DAP
4:98-cv-02588-DAP
4:99-cv-00021-DAP
4:99-cv-00074-DAP
4:99-cv-00132-DAP
4:99-cv-00173-DAP
4:99-cv-00415-DAP
4:99-cv-00516-DAP
4:99-cv-00527-DAP
4:98-cv-01066-DAP
4:99-cv-00668-DAP
4:98-cv-01716-DAP
4:97-cv-02584-DAP
4:97-cv-02639-DAP
4:97-cv-02687-DAP
4:98-cv-00031-DAP
4:98-cv-00258-DAP
4:98-cv-00325-DAP
4:98-cv-00365-DAP
4:98-cv-00720-DAP
4:98-cv-00752-DAP
4:98-cv-01666-DAP
Case in other court: 98-03382/98-03383
98-03383
99-04165
99-04320
Cause: 42:1983 Civil Rights Act

Date Filed: 07/31/1997
Date Terminated: 04/23/1999
Jury Demand: Both
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

### Plaintiff

**Eugene Busey**
*On behalf of himself and all other similarly
situated*
*TERMINATED: 09/29/1999*

represented by **Alphonse A. Gerhardstein**
Gerhardstein Branch & Laufman
Ste. 1409
617 Vine Street
Cincinnati, OH 45202
513-621-9100
Fax: 513-345-5543
Email: agerhardstein@gblfirm.com
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*

5/31/2007

*ATTORNEY TO BE NOTICED*

**Jennifer L. Branch**
Gerhardstein Branch & Laufman Co. LPA
Ste. 1409
617 Vine Street
Cincinnati, OH 45202
513-621-9100
Fax: 513-345-5543
Email: jbranch@gblfirm.com
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Smith**
D.C. Prisoners' Legal Services Project
1400 - 20th Street, NW
Washington, DC 20036
202-775-0323
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marie Ann Sennett**
D.C. Prisoners' Legal Services Project
1400 - 20th Street, NW
Washington, DC 20036
202-775-0323
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Neal**
*On behalf of himself and all other similarly
situated*
*TERMINATED: 09/29/1999*

represented by **Alphonse A. Gerhardstein**
(See above for address)
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick R. Nance, Jr.**
Squire, Sanders & Dempsey - Cleveland
4900 Key Tower
127 Public Square
Cleveland, OH 44114
216-479-8623
Fax: 216-479-8777
Email: fnance@ssd.com
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer L. Branch**
(See above for address)

*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Smith**
(See above for address)
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JuanCarlos M. Hunt**
Squire, Sanders & Dempsey - Cleveland
4900 Key Tower
127 Public Square
Cleveland, OH 44114
216-479-8500
Fax: 216-479-8776
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marie Ann Sennett**
(See above for address)
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Max J. Brown**
unknown
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leon Richardson**
*On behalf of himself and all other similarly situated*
*TERMINATED: 04/20/1999*

represented by    **Alphonse A. Gerhardstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer L. Branch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan M. Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marie Ann Sennett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Corrections Corporation Of America**          represented by   **Daniel P. Struck**
Jones, Skelton & Hachuli
2901 North Central Avenue
Ste. 800
Phoenix, AZ 85012
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rauh**
Unknown
*TERMINATED: 09/16/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
2901 North Central Ave.
Suite 800
Phoenix, AZ 85012
(602) 263-7324
Fax: (602) 200-7837
Email: tbojanowski@JSHfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Willis Gibson**                               represented by   **Daniel P. Struck**
*Individually and in their official capacities*                  (See above for address)
*as agents of the District of Columbia*                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**K Hughes**                                    represented by   **Daniel P. Struck**
*Individually and in their official capacity*                    (See above for address)
*as agents of the District of Columbia*                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**A Warfield**                                  represented by   **Daniel P. Struck**

*Individually and in their official capacities*
*as agents of the District of Columbia*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**R Adams**
*Individually and in their official capacities*
*as agents of the District of Columbia*

represented by **Daniel P. Struck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M Perryman**
*Individually and in their official capacities*
*as agents of the District of Columbia*

represented by **Daniel P. Struck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**A Sims**
*Individually and in their official capacities*
*as agents of the District of Columbia*

represented by **Daniel P. Struck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J Bass**
*Individually and in their official capacities*
*as agents of the District of Columbia*

represented by **Daniel P. Struck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**S Senterfitt**
*Individually and in their official capacities*
*as agents of the District of Columbia*

represented by **Daniel P. Struck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**B Goodrich**
*Individually and in their official capacities*
*as agents of the District of Columbia*

represented by **Daniel P. Struck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J Cerimele**
*Individually and in their official capacities*
*as agents of the District of Columbia*

represented by **Daniel P. Struck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Northeast Ohio Correctional Center**

represented by **Daniel P. Struck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Bojanowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**District of Columbia**

represented by **Jacques Lerner**
Office Of Corrections Corporation
District Of Columbia
441 4th Street, NW
6th Floor, S
Washington, DC 20001
202-727-9350 x3442

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Fickes**
Brouse McDowell - Akron
Ste. 500
388 South Main Street
Akron, OH 44311-4407
330-535-5711
Fax: 330-253-8601
Email: jfickes@brouse.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Draycott**
Office Of Corrections Corporation
District Of Columbia
441 4th Street, NW
6th Floor, S
Washington, DC 20001
202-727-9350 x3442
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lutz Alexander Prager**
Office Of The Corporation Counsel
One Judiciary Square
441 Fourth Street, NW
Washington, DC 20001-2714
202-727-6252
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Klein**
Office Of Corrections Corporation
District Of Columbia
441 4th Street, NW
6th Floor, S
Washington, DC 20001
202-727-9350 x3442
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Utiger**
Office Of Corrections Corporation
District Of Columbia
441 4th Street, NW
6th Floor, S
Washington, DC 20001
202-727-9350 x3442
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Timothy J. Bojanowski
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**S Thomas**                          represented by    **Daniel P. Struck**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Timothy J. Bojanowski**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Carl Anthony Oden**                 represented by    **Carl Anthony Oden**
                                                        183-376
                                                        UNKNOWN
                                                        PRO SE

**Movant**

**Michael T Watkins**                 represented by    **Michael T Watkins**
                                                        201262 UNIT 4A 12
                                                        SUSSEX
                                                        Sussex II Prison
                                                        24427 Musselwhite Drive
                                                        Waverly, VA 23891
                                                        PRO SE

**Movant**

**Alverta C Scott**                   represented by    **Richard P. Schmitt**
*Personal Representative of the Estate of*              Clinton W. Chapman & Associates
*Corey S. Smith*                                        666 Eleventh Street, NW
                                                        Ste. 840
                                                        Washington, DC 20001
                                                        202-628-8585
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Herbert Brown**                     represented by    **Herbert R Brown**
                                                        Sussex II Max. State Prison
                                                        24427 Mussewhite Drive
                                                        Waverly, VA 23891-2222
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Movant**

**Lawrence Steel**                    represented by    **Lawrence Steel**
                                                        TCDF #99-0372

DCDC 253-965
P.O. Box 837
Estancia, NM 87016
PRO SE

**Movant**

**Vyron Wheeler**                    represented by **Vyron Wheeler**
230-361
NEOCC
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44505
PRO SE

**Movant**

**Ernest Ford**                    represented by **Ernest Ford**
UNKNOWN
PRO SE

**Movant**

**Vincent Edge**                    represented by **Vincent Edge**
DCDC #139-725
NEOCC
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44505
PRO SE

**Movant**

**Orlando R Willis**                    represented by **Orlando R Willis**
162-415
Sussex II State Prison
24427 Mussel White Drive
Waverly, VA 28891-2222
PRO SE

**Movant**

**Gerald McKinnon**                    represented by **Gerald McKinnon**
210-852/266352
SUSSEX
Sussex II Prison
24427 Musselwhite Drive
Waverly, VA 23891
PRO SE

**Movant**

**John R Thacker**                    represented by **John R Thacker**
DCDC 236-493
SUSSEX
Sussex II Prison
24427 Musselwhite Drive
Waverly, VA 23891

PRO SE

**<u>Movant</u>**

**Jerome Arrington**                          represented by   **Jerome Arrington**
                                                                266-324
                                                                SUSSEX
                                                                Sussex II Prison
                                                                24427 Musselwhite Drive
                                                                Waverly, VA 23891
                                                                PRO SE

**<u>Plaintiff/Intervenor</u>**

**Youngstown, City of**                       represented by   **David S. Barbee**
*TERMINATED: 04/22/1999*                                        Roth, Blair, Roberts, Strasfeld & Lodge
                                                                Ste. 600
                                                                100 Federal Plaza, East
                                                                Youngstown, OH 44503
                                                                330-744-5211
                                                                Fax: 330-482-0706
                                                                Email: dbarbee@roth-blair.com
                                                                *TERMINATED: 04/22/1999*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **James E. Roberts**
                                                                Roth, Blair, Roberts, Strasfeld & Lodge
                                                                Ste. 600
                                                                100 Federal Plaza, E
                                                                Youngstown, OH 44503
                                                                330-744-5211
                                                                Fax: 330-744-3184
                                                                Email: troberts@roth-blair.com
                                                                *TERMINATED: 04/22/1999*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Robert Edward Bush, Jr.**
                                                                City Of Youngstown
                                                                Department Of Law
                                                                26 South Phelps Street
                                                                Youngstown, OH 44503
                                                                330-742-8877
                                                                *TERMINATED: 04/22/1999*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Phil Biggs**                                represented by   **Alphonse A. Gerhardstein**
*TERMINATED: 09/29/1999*                                        (See above for address)
                                                                *TERMINATED: 09/29/1999*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

Jennifer L. Branch
(See above for address)
*TERMINATED: 09/29/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LaVance Green Bey**                 represented by **Alphonse A. Gerhardstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jennifer L. Branch
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James A Warren**                    represented by **Alphonse A. Gerhardstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jennifer L. Branch
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/1997 | | FILING FEE: on 7/31/97 in the amount of $ 150.00, receipt # 400836. (S,A A.) (Entered: 08/01/1997) |
| 07/31/1997 | | ASSIGNMENT OF MAGISTRATE JUDGE pursuant to Local Rule 1:2.4, Assignment of Cases. In the event of referral this case will be referred to Mag. Judge James D. Thomas . 1 pg (S,A A.) (Entered: 08/01/1997) |
| 07/31/1997 | 1 | COMPLAINT; jury demand (Service: Summons issd, magistrate consent form issd) (13 pgs) (S,A A.) (Entered: 08/01/1997) |
| 07/31/1997 | 2 | CIS filed by pltfs. Recommended Track: Standard (2 pgs) (S,A A.) (Entered: 08/01/1997) |
| 08/06/1997 | 3 | MOTION by plaintiff class for preliminary injunction w/memo, afdt & exh. (177 pgs) (R,J A) (Entered: 08/06/1997) |
| 08/07/1997 | 4 | NOTICE sched case management conference at 4:00 p.m. on 8/12/97 . (issued on 8/7/97) (1 pg) (R,J A) (Entered: 08/07/1997) |
| 08/12/1997 | 5 | AFFIRMANCE under penalty of perjury of Jonathan M. Smith w/exh. (29 pgs) (R,J A) (Entered: 08/12/1997) |
| 08/13/1997 | 6 | ORDER that stat conf held 8/12/97; pla to file mot re: class certification by 8/25/97; dft to resp by 9/9/97 & pla to reply by 9/15/97 . (issued on 8/13/97) (1 |

| | | pg) Judge Sam H. Bell (R,J A) (Entered: 08/13/1997) |
|---|---|---|
| 08/25/1997 | 7 | MOTION by plaintiffs for class certification w/memo, afdt & exh. (44 pgs) (R,J A) (Entered: 08/25/1997) |
| 08/29/1997 | 8 | TRANSCRIPT of proceedings before Judge Sam H. Bell taken on 8/12/97 at 4:00 p.m. by court reporter Richard DelMonico. (53 pgs) (R,J A) (Entered: 08/29/1997) |
| 09/04/1997 | 9 | ATTORNEY APPEARANCE on behalf of Corrections Corp, Willis Gibson, K Hughes, A Warfield, R Adams, M Perryman, A Sims, J Bass, S Senterfitt, B Goodrich, J Cerimele & Northeast Ohio Corr by atty Timothy James Bojanowski. (2 pgs) (M,F) (Entered: 09/04/1997) |
| 09/05/1997 | 10 | MOTION by dfts Corrections Corp, Willis Gibson, K Hughes, A Warfield, R Adams, M Perryman, A Sims, J Bass, S Senterfitt, B Goodrich, J Cerimele & Northeast Ohio Corr for attorney Daniel P. Struck to appear pro hac vice w/memo & exh. (5 pgs) (M,F) (Entered: 09/05/1997) |
| 09/09/1997 | 11 | MEMORANDUM (obj) by dfts in opposition to plas' motion for class certification w/exh. [7-1] (19 pgs) (M,F) (Entered: 09/09/1997) |
| 09/09/1997 | | MARGINAL ENTRY ORDER: granting motion by dfts Corrections Corp, Willis Gibson, K Hughes, A Warfield, R Adams, M Perryman, A Sims, J Bass, S Senterfitt, B Goodrich, J Cerimele & Northeast Ohio Corr for attorney Daniel P. Struck to appear pro hac vice [10-1]. (Issd on 9/9/97) Judge Sam H. Bell (K,Chr) (Entered: 09/09/1997) |
| 09/12/1997 | 12 | NOTICE by defendants of filing affdvt in support of dfts' memo in opp to pltfs' motion for class certification ( 2pgs+4exh pgs) (S,R) (Entered: 09/15/1997) |
| 09/15/1997 | 13 | MOTION by plaintiffs for temporary restraining order w/memo & afdt. (5 pgs) (R,J A) (Entered: 09/15/1997) |
| 09/15/1997 | 14 | REPLY Memo by plaintiffs to dft CCA's obj to motion to certify class [7-1] w/afdt & exh. (63 pgs) (R,J A) (Entered: 09/15/1997) |
| 09/16/1997 | 15 | ATTORNEY SUBSTITUTION terminating attys Michael Rauh & John Ray and substituting attys Timothy J. Bojanowski & Daniel P. Struck for dfts Corrections Corp of America, Northeast OH Correctional Ctr; Willis Gibson, K. Hughes, A. Warfield, R. Adams, M. Perryman, A. Sims, J. Bass, S. Senterfitt, B. Goodrich & J. Cerimele. (2 pgs) (R,J A) (Entered: 09/16/1997) |
| 09/16/1997 | 16 | MOTION by defendants to quash subp as to Willis Gibson w/memo. (3 pgs) (R,J A) (Entered: 09/16/1997) |
| 09/18/1997 | 17 | MOTION by defendants to set bond (FRCvP 65(c) w/memo & exh. (5 pgs) (R,J A) (Entered: 09/18/1997) |
| 09/18/1997 | 18 | SUBPOENA returned. Issued on behalf of pla. Served by FAX & UPS, next day delivery on Willis Gibson on 9/15/97. No fees. (2 pgs) (R,J A) (Entered: 09/18/1997) |
| 09/18/1997 | 19 | MINUTES of proceedings before Judge Sam H. Bell; Court reporter Richard DelMonico. Hearing held re: motion to quash [16-1] & temporary restraining order [13-1]. (1 pg) (R,J A) (Entered: 09/19/1997) |
| 09/18/1997 | 20 | EXHIBIT list of parties AND (R,J A) (Entered: 09/19/1997) |

| 09/18/1997 | 20 | WITNESS list of parties. (1 pg) (R,J A) (Entered: 09/19/1997) |
|---|---|---|
| 09/18/1997 | | MARGINAL ENTRY ORDER: granting in part & reserving in part dfts' motion to quash subp as to Willis Gibson [16-1] (see record of hrg on 9/18/97) (issued on 9/19/97) Judge Sam H. Bell (P,R) (Entered: 09/19/1997) |
| 09/22/1997 | 21 | NOTICE of hearing in room 530 before Hon. Sam H. Bell re: plas' motion for preliminary injunction [3-1] at 8:30 a.m. on 11/17/97. (issued on 9/22/97) (1 pg) (R,J A) (Entered: 09/22/1997) |
| 09/24/1997 | 22 | NOTICE by defendants of receipt of medical records on 9/22/97. (2 pgs) (R,J A) (Entered: 09/24/1997) |
| 09/29/1997 | 23 | TRANSCRIPT of TRO proceedings before Judge Sam H. Bell taken on 9/18/97 at 9:40 a.m. by court reporter Richard DelMonico. (220 pgs) (R,J A) (Entered: 09/29/1997) |
| 09/30/1997 | 24 | ANSWER to Complaint by defendants Corrections Corp of America, Willis Gibson, K Hughes, A Warfield, R Adams, S Thomas, M Perryman, A Sims, J Bass, S Sinterfitt, B Goodrich, K Cerimele & Northeast OH Corectional Ctr; jury demand. (10 pgs) (R,J A) (Entered: 09/30/1997) |
| 10/06/1997 | 25 | NOTICE OF WAIVER OF SUMMONS (14) returned executed upon defts Corrections Corp, Willis Gibson, K Hughes, A Warfield, R Adams, M Perryman, A Sims, J Bass, S Senterfitt, B Goodrich, J Cerimele & District of Columbia on 8/1/97. (15 pgs) (R,J A) (Entered: 10/06/1997) |
| 10/06/1997 | 26 | ANSWER to Complaint by defendant District of Columbia; jury demand. (6 pgs) (R,J A) (Entered: 10/06/1997) |
| 10/14/1997 | 27 | MOTION by plaintiffs for protective order . (2 pgs) (R,J A) (Entered: 10/14/1997) |
| 10/15/1997 | 28 | ORDER: granting jt motion for protective order [27-1] (issued on 10/15/97) (1 pg) Judge Sam H. Bell (P,R) (Entered: 10/16/1997) |
| 10/20/1997 | 29 | NOTICE OF SERVICE by dfts of dfts' 1st set of interr & 1st req for prodctn upon pla Eugene Busey on 10/7/97 by fax. ( 2 pgs) (M,F) (Entered: 10/21/1997) |
| 10/21/1997 | 30 | ORDER: Hrg on mot by plas for class certification [7-1] will be held on 12/29/97 at 9:00 a.m.; FURTHER, hrg on mot by plas for preliminary injunction [3-1] is resched for 9:00 a.m. on 12/29/97; FURTHER, written disc to be completed by 11/15/97 ; Depo & inspection disc shall be completed prior to 12/15/97; Rpts of plas' witns will be made immediately available to dfts when recd by plas' counsel; Depos of witns may be taken by opposing counsel at any time convenient to the ptys but prior to 12/29/97. (issued on 10/21/97) (2 pgs) Judge Sam H. Bell (M,F) Modified on 10/22/1997 (Entered: 10/22/1997) |
| 10/21/1997 | 31 | ORDER: granting provisional class certification (5 branches - see ord for details) [7-1]; FURTHER, hrg on plas' motion for class certification [7-1] sched for 9:00 a.m. on 12/29/97 w/notice attach. (issued on 10/21/97) (6 pgs) Judge Sam H. Bell (M,F) (Entered: 10/22/1997) |
| 11/03/1997 | 32 | NOTICE OF SERVICE by defendant Corrections Corp of suppl resp to pla's first set interr & req to produce 10/15/97. (2 pgs) (R,J A) (Entered: 11/03/1997) |
| 11/03/1997 | 33 | LETTER by party in interest Michael T Watkins for temporary restraining order |

| | | |
|---|---|---|
| | | or for preliminary injunction w/exh. (8 pgs) (R,J A) (Entered: 11/03/1997) |
| 11/03/1997 | 34 | NOTICE by party in interest Carl Anthony Oden of class statement of inmate. (2 pgs) (R,J A) (Entered: 11/03/1997) |
| 11/03/1997 | 35 | LETTER to from inmate Anthony Munson re: medical concerns. (3 pgs) (R,J A) (Entered: 11/03/1997) |
| 11/10/1997 | 36 | NOTICE by plaintiffs of Rule 26 disclosures. (2 pgs) (R,J A) (Entered: 11/10/1997) |
| 11/17/1997 | 37 | NOTICE OF SERVICE by defendant Corrections Corp of suppl resp to plas' req to produce 11/13/97. (2 pgs) (R,J A) (Entered: 11/17/1997) |
| 11/17/1997 | 38 | NOTICE OF SERVICE by defendant Corrections Corp of suppl resp to pla's interr & req to produce 11/11/97. (2 pgs) (R,J A) (Entered: 11/17/1997) |
| 11/26/1997 | 39 | NOTICE by defendant of taking deposition of Eugene Busey on 12/4/97 at 9:00 a.m. (2 pgs) (R,J A) (Entered: 11/26/1997) |
| 11/26/1997 | 40 | NOTICE by defendants of taking deposition of Leon Richardson on 12/4/97 at 11:00 a.m. (2 pgs) (R,J A) (Entered: 11/26/1997) |
| 11/26/1997 | 41 | NOTICE by defendants of taking deposition of James Neal on 12/4/97 at 1:00 p.m. (2 pgs) (R,J A) (Entered: 11/26/1997) |
| 12/08/1997 | 42 | NOTICE by dfts of taking deposition of Joseph P. Fowlkes on 12/18/97 at 9:00 a.m. ( 2 pgs) (M,F) (Entered: 12/09/1997) |
| 12/08/1997 | 43 | NOTICE by dfts of taking deposition of Joseph R. Rowan on 12/19/97 at 9:00 a.m. ( 2 pgs) (M,F) (Entered: 12/09/1997) |
| 12/12/1997 | 44 | MOTION by dfts for attys Paul Klein & Jacques Lerner to appear pro hac vice for dft District of Columbia w/memo & exhs. (ord attach) (4 pgs) (M,F) (Entered: 12/16/1997) |
| 12/15/1997 | 45 | ATTORNEY APPEARANCE on behalf of plas by atty Jonathan M. Smith. (2 pgs) (M,F) (Entered: 12/17/1997) |
| 12/18/1997 | 46 | MOTION by plas for attorney Jonathan M. Smith to appear pro hac vice w/attach. (4 pgs) (M,F) (Entered: 12/18/1997) |
| 12/18/1997 | 47 | MOTION by plas for writ of habeas corpus ad testificandum for plas to appear at hrg on 12/29/97 (ord & writ attach). (2 pgs) (M,F) (Entered: 12/18/1997) |
| 12/18/1997 | 48 | AMENDED NOTICE by dfts of taking deposition of Joseph P. Fowlkes, MD, CCHP on 12/18/97 at 9:00 a.m. ( 2 pgs) (M,F) (Entered: 12/18/1997) |
| 12/18/1997 | | MARGINAL ENTRY ORDER granting motion by dfts for attys Paul Klein & Jacques Lerner to appear pro hac vice for dft District of Columbia [44-1] (issued on 12/19/97) Judge Sam H. Bell (P,S) (Entered: 12/19/1997) |
| 12/19/1997 | | MARGINAL ENTRY ORDER: granting motion by plas for attorney Jonathan M. Smith to appear pro hac vice [46-1]. (issued on 12/19/97) Judge Sam H. Bell (M,F) (Entered: 12/19/1997) |
| 12/22/1997 | 49 | ORDER: granting motion by plas for writ of habeas corpus ad testificandum for plas to appear at hrg on 12/29/97 [47-1]; FURTHER, the clerk is to issue a writ of habeas corpus ad testificandum to Willis Gibson, or his designee, warden of |

5/31/2007

|  |  | the NE OH Corr Center, to bring Eugene Busey, James Neal & Leon Richardson before this court on 12/29/97 at 8:00 a.m. & each day thereafter as the court may direct until the conclusion of the hrg in this matter; FURTHER, each day after the hrg, the inmates shall be retn to the cust of the Corrections Corp of America Inc, operator of the NE OH Corr Center. (issued on 12/23/97) (Writ issd 12/22/97) (1 pg) Judge Sam H. Bell (M,F) (Entered: 12/23/1997) |
|---|---|---|
| 12/22/1997 | 51 | LETTER to court from NOCC inmate William Oliver. (12 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 52 | LETTER to Court from NOCC inmate Dwayne Mixon. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 53 | LETTER to court from NOCC inmate Elijah Davis. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 54 | LETTER to Court from NOCC inmate David Ashby-Bey. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 55 | LETTER to Court from NOCC inmate David A. Young. (3 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 56 | LETTER to Court from NOCC inmate Carroll Montgomery. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 57 | LETTER to Court from NOCC inmate Rico Sledge. (3 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 58 | LETTER to Court from NOCC inmate Robert Nicholson. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 59 | LETTER to Court from NOCC inmate Alvin Darrell Smith. (6 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 60 | LETTER to Court from NOCC inmate Reginald Geither. (3 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 61 | LETTER to Court from NOCC inmate Charles A. Hood. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 62 | LETTER to Court to NOCC inmate Patrick Johnson. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 63 | LETTER to court from NOCC inmate Charles E. Wiggins. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 64 | LETTER (second) to Court from NOCC inmate Alvin D. Smith. (7 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 65 | LETTER to Court from NOCC inmate Steven D. Sledge. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 66 | LETTER to Court by NOCC inmate Marvin Swann, Sr. (4 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 67 | LETTER to Court from NOCC inmate Maurice L. Field. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 68 | LETTER to Court from NOCC inmate Steven Patton. (3 pgs) (L,T) (Entered: |

| | | 12/24/1997) |
|---|---|---|
| 12/22/1997 | 69 | LETTER to Court from NOCC inmate David Lee. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 70 | LETTER to Court from NOCC inmate Ronald Davis. (1 pg) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 71 | LETTER to Court from NOCC inmate Earl Robinson. (3 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 72 | LETTER to Court from NOCC inmate Phillip Patterson. (1 pg) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 73 | LETTER to Court from NOCC inmate Leonard F. King. (11 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 74 | LETTER to Court from NOCC inmate James Tate. (1 pg) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 75 | LETTER to Court from NOCC inmate Howard Ivey Holland. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 76 | LETTER to Court from NOCC inmate Anthony Metts. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 77 | LETTER to Court from NOCC inmate Bernard A. Tensley-Bey. ( 2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 78 | LETTER to Court from NOCC inmate Ortego Coles. (2 pgs) (L,T) (Entered: 12/24/1997) |
| 12/22/1997 | 79 | LETTER to Court from NOCC inmate Tony Buchanan. (1 pg) (L,T) (Entered: 12/24/1997) |
| 12/23/1997 | 50 | EXPEDITED MOTION by dft District of Columbia to certify a subclass of inmates who do not seek retn to the District's prisons & for appt of counsel to represent such subclass w/memo & exhs (ord attach). (19 pgs) (M,F) (Entered: 12/23/1997) |
| 12/29/1997 | 80 | NOTICE by plas of filing of depos of Karen Young, Anthianette Sims, Mark Fellows, Robert Adams, Linda Page, Andrew Warfield, Valerie Bobbin, John Bass, Scott Senterfitt, Knezie Hughes, Margaret Hanzes, Robert Knight & Edmund Walsh & index of exhs. (4 pgs) (S,S) Modified on 12/29/1997 (Entered: 12/29/1997) |
| 12/29/1997 | 81 | DEPOSITION of Karen Young taken on the following date(s): 12/4/97 on behalf of: plas. (86 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 82 | DEPOSITION of Anthianette Sims taken on the following date(s): 12/4/97 on behalf of: plas. (21 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 83 | DEPOSITION of Mark S. Fellows taken on the following date(s): 12/9/97 on behalf of: plas. (70 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 84 | DEPOSITION of Robert Adams taken on the following date(s): 12/4/97 on behalf of: plas. (97 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 85 | DEPOSITION of Linda Page taken on the following date(s): 12/3/97 on behalf |

| | | of: plas. (92 pgs) (S,S) (Entered: 12/29/1997) |
|---|---|---|
| 12/29/1997 | 86 | DEPOSITION of Andrew J. Warfield taken on the following date(s): 12/2/97 on behalf of: plas. (99 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 87 | DEPOSITION of Valerie Bobbin taken on the following date(s): 12/3/97 on behalf of: plas. (pgs 1-81) (81 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 88 | CONTINUED DEPOSITION of Valerie Bobbin taken on the following date(s): 12/4/97 on behalf of: plas. (pgs 82-134) (53 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 89 | CONTINUED DEPOSITION of Valerie Bobbin taken on the following date(s): 12/2/97 on behalf of: plas. (pgs 135-190) (56 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 90 | DEPOSITION of Scott Senterfitt taken on the following date(s): 12/5/97 on behalf of: plas. (71 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 91 | DEPOSITION of Knezie Hughes taken on the following date(s): 12/2/97 on behalf of: plas. (131 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 92 | DEPOSITION of John Bass taken on the following date(s): 12/4/97 on behalf of: plas. (55 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 93 | DEPOSITION of Margaret Hanzes taken on the following date(s): 12/2/97 on behalf of: plas (83 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 94 | DEPOSITION of Robert Knight taken on the following date(s): 12/3/97 on behalf of: plas. (117 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 95 | DEPOSITION of Edmund P. Walsh, Jr. taken on the following date(s): 12/16/97 on behalf of: plas, w/exhs. (316 pgs) (S,S) (Entered: 12/29/1997) |
| 12/29/1997 | 96 | NOTICE by plas of designation of portions of the depos of CCA employees Karen Young, John Bass & Margaret Hanzes to be admt as evidence in the record of the prel inj hrg & also designate the entire transc of the depo of Edmund Walsh. (2 pgs) (M,F) (Entered: 12/29/1997) |
| 12/29/1997 | 97 | PROPOSED FINDINGS of fact and conclusions of law of plas in supp of class certification & prel inj. (89 pgs) (M,F) (Entered: 12/29/1997) |
| 12/29/1997 | 98 | MOTION by plas for modification of the class definition & summary of class member stmts filed w/the court . (12 pgs) (M,F) (Entered: 12/29/1997) |
| 12/29/1997 | 99 | LETTER to court from NOCC inmate John L. Way w/attachs. (4 pgs) (M,F) Modified on 12/30/1997 (Entered: 12/30/1997) |
| 12/29/1997 | 100 | LETTER to court from NOCC inmate Bruce Void-El. (2 pgs) (M,F) (Entered: 12/30/1997) |
| 12/29/1997 | 101 | LETTER to court from NOCC inmate Roger L. Brown. (1 pg) (M,F) (Entered: 12/30/1997) |
| 12/29/1997 | 102 | LETTER to court from NOCC inmate Andre Woodings. (1 pg) (M,F) (Entered: 12/30/1997) |
| 12/29/1997 | 103 | LETTER to court from NOCC inmate William Oliver. (1 pg) (M,F) (Entered: 12/30/1997) |
| 12/29/1997 | 104 | LETTER to court from NOCC inmate William Oliver w/attachs. ( 19 pgs (M,F) |

| | | Modified on 12/30/1997 (Entered: 12/30/1997) |
|---|---|---|
| 12/29/1997 | 105 | LETTER to court from NOCC inmate William Oliver w/attach. ( 19 pgs) (M,F) (Entered: 12/30/1997) |
| 12/29/1997 | 106 | LETTER to court from NOCC inmate Ernest B. Ford. (6 pgs) (M,F) (Entered: 12/30/1997) |
| 12/29/1997 | 107 | LETTER to court from NOCC inmate Corey L. Hargrow. (7 pgs) (M,F) (Entered: 12/30/1997) |
| 12/29/1997 | 108 | LETTER to court from NOCC inmate James A. Warren. (5 pgs) (M,F) (Entered: 12/30/1997) |
| 12/29/1997 | 109 | LETTER to court from NOCC inmate Howard Holland. (2 pgs) (M,F) (Entered: 12/30/1997) |
| 12/29/1997 | 110 | LETTER to court from NOCC inmate Donald Hatch. (1 pg) (M,F) (Entered: 12/30/1997) |
| 12/29/1997 | 112 | MINUTES of proceedings before Judge Sam H. Bell; Court reporter Joan Zengler. Hearing re: motion for cross certification [50-1], [33-1], & motion for preliminary injunction [33-2]. (1 pg) (R,J A) (Entered: 01/05/1998) |
| 12/29/1997 | 267 | TRIAL BRIEF/RESPONSE to pla's mot for prelim inj by plaintiff. (11 pgs) (P,R) (Entered: 08/11/1998) |
| 12/31/1997 | 111 | DEPOSITION of Virginia D. Banks taken on the following date: 12/30/97 at 2:35 p.m. on behalf of: dfts. Fees: None. (51 pgs) (M,F) (Entered: 12/31/1997) |
| 12/31/1997 | 113 | NOTICE of depo designations by deft Corrections Corp. (3 pgs) (S,S) (Entered: 01/06/1998) |
| 12/31/1997 | 114 | NOTICE by plaintiff of filing index to depo exh. (2 pgs) (K,V) (Entered: 01/07/1998) |
| 01/07/1998 | 115 | BRIEF by defendant District of Columbia re: inapplicability of colateral estoppel to prior lit concerning the Lorton prisons. ( 8 pgs) (K,V) (Entered: 01/07/1998) |
| 01/07/1998 | 116 | MOTION by pltf for order for destruction of property ( 2 pgs) (K,V) (Entered: 01/07/1998) |
| 01/07/1998 | 117 | MEMORANDUM by defts in opposition to motion by plas to reopen discovery concerning the preliminary injunction (NOT FILED ON DOCKET) ( 5 pgs) (M,J) (Entered: 01/08/1998) |
| 01/08/1998 | 118 | MOTION by pltfs class to reopen prel inj disc or order ( 5 pgs) (K,V) (Entered: 01/08/1998) |
| 01/08/1998 | | MARGINAL ENTRY ORDER: granting motion by pltfs class to reopen prel inj disc or order - see sep order [118-1] (issued on 1/8/98) Judge Sam H. Bell (K,V) (Entered: 01/08/1998) |
| 01/08/1998 | 119 | ORDER: that class members are granted to conduct disc re to only cir surrounding death of inmate Michael Cephus; an alleged escape attempt; and certain assaults sine 12/1/97. (issued on 1/8/98) (1 pg) Judge Sam H. Bell (K,V) (Entered: 01/08/1998) |
| 01/09/1998 | 120 | MOTION by plaintiff class to reopen prel inj disc for inquiry limited to death of |

| | | |
|---|---|---|
| | | class member, escape attempts & recent stabbings w/memo & exh. (8 pgs) (R,J A) (Entered: 01/12/1998) |
| 01/14/1998 | 121 | PROPOSED SUPPLEMENTAL findings of fact and conclusions of law of plaintiffs in supp of class certification & prel inj (submitted post hrg). (84 pgs) (R,J A) (Entered: 01/14/1998) |
| 01/14/1998 | 122 | EXHIBIT list by plaintiffs. (4 pgs) (R,J A) (Entered: 01/14/1998) |
| 01/14/1998 | 123 | SEPARATE MEMORANDUM by defendants in opposition to plas' req for preliminary injunction [3-1]. (19 pgs) (R,J A) (Entered: 01/14/1998) |
| 01/14/1998 | 124 | MEMORANDUM by defendants in opposition to plas' req for prel inj/opp to plas' findings of fact & conclusions of law [121-1], [97-1], [3-1]. (3 pgs) (R,J A) (Entered: 01/14/1998) |
| 01/14/1998 | 125 | MEMORANDUM by plaintiffs of points & authorities concerning the admissability of judicial findings in litigation re: the District of Columbia's prison system w/exh. (16 pgs) (R,J A) (Entered: 01/14/1998) |
| 01/16/1998 | 126 | MEMORANDUM (POST-TRIAL brf) by dft District of Columbia in support of its opp to plas' mot for preliminary injunction w/ord & exh attach. [3-1] ( 52 pgs) (M,F) (Entered: 01/16/1998) |
| 01/16/1998 | 127 | ORDER granting pla class' mot to reopen prel inj disc for inquiry limited to death of class member, escape attempts & recent stabbings [120-1]; Ct ords that class counsel be permitted to conduct addl disc req therein ; such disc to be complete by 2/2/98 . (issued on 1/16/98) (1 pg) Judge Sam H. Bell (S,S) (Entered: 01/16/1998) |
| 01/16/1998 | 128 | NOTICE (LETTER) by movant Carl Anthony Oden ( 3 pgs + 3 exh pgs) (M,J) (Entered: 01/20/1998) |
| 01/23/1998 | 129 | EXPEDITED MOTION by deft District of Columbia Govt's to strike plas' brf asserting collateral estoppel effect of special master's reports and related docmts concerning the Lorton prisons ( 6 pgs + 16 exh pgs) (M,J) (Entered: 01/26/1998) |
| 01/26/1998 | 130 | MOTION by Carl Anthony Oden for relief from prejudicial joinder ( 2 pgs) (M,J) (Entered: 01/26/1998) |
| 01/26/1998 | 131 | MEMORANDUM by deft District of Columbia Govt in opposition to plas' brief re suppl findings [125-1] ( 4 pgs) (M,J) (Entered: 01/26/1998) |
| 01/26/1998 | 132 | REPLY by plas to all post hrg brfs and motions filed by defts [17-1], [50-1], [50-2], [129-1] ( 14 pgs) (M,J) (Entered: 01/26/1998) |
| 01/28/1998 | 133 | NOTICE of hearing in room: 526, before: Judge Bell ; oral argument on motion for preliminary injunction [3-1] [33-2] at 9:00 AM on 2/17/98 (issued on 1/28/98) (1 pg) (M,J) (Entered: 01/28/1998) |
| 01/28/1998 | 134 | ORDER denying motion by Carl Anthony Oden for relief from prejudicial joinder [130-1]. (issued on 1/29/98) (1 pg) Judge Sam H. Bell (R,J A) (Entered: 01/28/1998) |
| 01/29/1998 | 135 | RESPONSE by defts Corrections Corp, Gibson, Hughes, Adams, Perryman, Sims, Bass, Senterfitt, Goodrich, and Cerimele to plas' post hearing findings of fact and conclusions of law in support of class certification and prel inj [121-1] ( 13 pgs) (M,J) (Entered: 01/29/1998) |

| 01/29/1998 | 136 | BRIEF post hearing submission by plas regarding order [119-1] ( 3 pgs + 31 exh pgs) (M,J) (Entered: 01/29/1998) |
|---|---|---|
| 02/03/1998 | 137 | MAIL Returned, addressed to deft Corrections Corp's cnsl Michael Rauh marked "ADDRESSEE UNKNOWN" (M,J) (Entered: 02/03/1998) |
| 02/04/1998 | 138 | REPLY memo by deft District of Columbia in support of its motion to strike plas' brf asserting collateral estoppel effect of special master's reports and related docmts concerning the Lorton prisons [129-1] ( 4 pgs + 46 exh pgs) (M,J) (Entered: 02/04/1998) |
| 02/04/1998 | 139 | ERRATA (PRAECIPE) by deft District of Columbia to its reply memo [138-1] ( 3 pgs + 16 exh pgs) (M,J) (Entered: 02/04/1998) |
| 02/06/1998 | 140 | POST HEARING BRIEF by defts Corrections Corp, Gibson, Hughes, Adams, Perryman, Sims, Bass, Senterfitt, Goodrich, and Cerimele regarding order [119-1] ( 2 pgs + 169 exh pgs) (M,J) (Entered: 02/06/1998) |
| 02/06/1998 | 141 | OBJECTIONS by defts Corrections Corp, Gibson, Hughes, Adams, Perryman, Sims, Bass, Senterfitt, Goodrich, and Cerimele to plas' post hearing brief [136-1] ( 2 pgs) (M,J) (Entered: 02/06/1998) |
| 02/06/1998 | 142 | NOTICE OF SERVICE by defts Corrections Corp, Gibson, Hughes, Adams, Perryman, Sims, Bass, Senterfitt, Goodrich, and Cerimele of suppl resps to plas' request to produce upon plas' cnsl on 2/5/98 ( 2 pgs) (M,J) (Entered: 02/06/1998) |
| 02/11/1998 | 143 | MOTION (PETITION) by pla class for writ of habeas corpus ad testificandum ( 2 pgs) (M,J) Modified on 02/11/1998 (Entered: 02/11/1998) |
| 02/11/1998 | | MARGINAL ENTRY ORDER: granting motion by pla class for writ of habeas corpus ad testificandum [143-1] (issued on 2/12/98) Judge Sam H. Bell (M,J) (Entered: 02/12/1998) |
| 02/12/1998 | 144 | ORDER: instructing Clerk to issue writ of habeas corpus ad testificandum [143-1] to Willis Gibson or his designee, warden of NOCC to bring the following inmates: Eugene Busey 241-644; James Neal 194-107; and Leon Richardson 175-596, to appear before Judge Sam H. Bell at 8:00 AM on 2/17/98 (issued cert to USMS & NOCC on 2/11/98) (1 pg) Judge Sam H. Bell (M,J) (Entered: 02/12/1998) |
| 02/13/1998 | 145 | MOTION by deft District of Columbia to dismiss for failure to join U.S. ( 8 pgs) (M,J) (Entered: 02/13/1998) |
| 02/13/1998 | 146 | NOTICE by pla of filing signature pages ( 1 pg + 20 signature pgs) (M,J) (Entered: 02/13/1998) |
| 02/17/1998 | 147 | MOTION by defendants for joinder in reply memo in supp of excluding hearsay special mater's rpts & related docu . (2 pgs) (R,J A) (Entered: 02/17/1998) |
| 02/17/1998 | 148 | NOTICE OF SERVICE by dfts Corrections Corp, Willis Gibson, K Hughes, R Adams, M Perryman, A Sims, J Bass, S Senterfitt, B Goodrich & J Cerimele of suppl resp to pla's req to produce upon plas 2/5/98. (2 pgs) (R,J A) (Entered: 02/17/1998) |
| 02/19/1998 | 149 | ORDER denying in full pla class' motion for preliminary injunction [3-1]; full memo & opinion to iss to fully explain reasoning & analysis. (issued on 2/19/98) (1 pg) Judge Sam H. Bell (R,J A) (Entered: 02/19/1998) |

| | | |
|---|---|---|
| 02/23/1998 | 150 | EMERGENCY MOTION by plaintiff to alter or amd ord dated 2/19/98 based upon murder of class member Derrick Davis w/exh. (14 pgs)(envelope w/sealed docu (no sealing ord attached) submitted). (R,J A) Modified on 03/05/1998 (Entered: 02/23/1998) |
| 02/25/1998 | 151 | NON-APPEAL TRANSCRIPT ORDER: Court Reporter: Caroline Mahnke; Judicial Officer: Sam H. Bell; Requested By: Alphonse Gerhardstein; Meth of Pmt: Private Funds; Date of Proc.: 2/24/98; (1 pg) (S,A A.) Modified on 02/26/1998 (Entered: 02/26/1998) |
| 02/25/1998 | 152 | NON-APPEAL TRANSCRIPT ORDER Court Reporter: Caroline Mahnke; Judicial Officer: Sam H. Bell; Requested By: Timothy Bojanowski; Date of Proc.: 2/24/98; Meth of Pmt: Private Funds (1 pg) (S,A A.) (Entered: 02/26/1998) |
| 02/25/1998 | 153 | TRANSCRIPT of proceedings (excerpt of hrg on emergency mot to alter or amd order dated 2/19/98) before Judge Sam H. Bell taken on 2/24/98 by court reporter Caroline Mahnke ( 8 pgs) (S,A A.) (Entered: 02/26/1998) |
| 03/02/1998 | 154 | NOTICE by plas of filing deposition signature pages for Margaret Hanzes ( 4 pgs) (M,J) (Entered: 03/02/1998) |
| 03/03/1998 | 155 | ORDER: granting motion by plas for reconsideration and and injunctive relief is granted in favor of plas as ordered on transcript of proceedings on 2/24/98 [150-1], [150-2] (issued on 3/5/98) (1 pg) Judge Sam H. Bell (M,J) (Entered: 03/05/1998) |
| 03/09/1998 | 156 | NOTICE by defts of filing under seal the list of inmates to be transferred from NOCC ( 2 pgs) (M,J) (Entered: 03/09/1998) |
| 03/09/1998 | 157 | MAIL Returned addressed to counsel for defendant Corrections Corp, Michael Rauh, marked "addrss unknown, return to sender". (R,J A) (Entered: 03/09/1998) |
| 03/09/1998 | 158 | REMARK list of inmates to be transferred from NOCC (sealed #2108) (M,J) (Entered: 03/09/1998) |
| 03/11/1998 | 159 | NOTICE by defts of filing NOCC Monthly Tracking Report for April 1997 and Summary of Assaults and Incidents from May 1, 1997 to Present. ( under seal #2113 ) (M,J) (Entered: 03/11/1998) |
| 03/11/1998 | 160 | TRANSCRIPT of proceedings (emergency mot to alter or amd order dated 2/19/98) before Judge Sam H. Bell taken on 2/24/98 by court reporter Caroline Mahnke (48 pgs) (S,A A.) (Entered: 03/11/1998) |
| 03/12/1998 | 161 | REQUEST FOR COURT ORDERED TRANSCRIPT Court Reporter: Caroline Mahnke; Requested by Judge Sam H. Bell; Date(s) of Proc.: 2/24/98 (1 pg) (M,J) (Entered: 03/12/1998) |
| 03/13/1998 | 162 | MOTION (PETITION) by plas for writ of habeas corpus ad testificandum as to inmates Eugene Busey, James Neal and Leon Richardson for hrg of 3/17/98 at 1:30 PM ( 2 pgs) (M,J) (Entered: 03/13/1998) |
| 03/13/1998 | 163 | ORDER: granting motion by plas for writ of habeas corpus ad testificandum as to inmates Eugene Busey, James Neal and Leon Richardson for hrg of 3/17/98 at 1:30 PM [162-1] (issued cert to USMS & NOCC on 3/16/98) (1 pg) Judge Sam H. Bell (M,J) (Entered: 03/16/1998) |
| | | |

| | | |
|---|---|---|
| 03/16/1998 | 164 | MOTION (EMERGENCY) by plas to alter or amend Order of 3/3/98 [155-1] ( 11 pgs) (M,J) (Entered: 03/16/1998) |
| 03/16/1998 | 165 | NOTICE OF SERVICE by deft Corrections Corp, Gibson, Hughes, Adams, Perryman, Sims, Bass, Senterfitt, Goodrich, and Cerimele of their suppl resp to pla's req to prod upon cnsl for plas and deft District of Columbia on 3/12/98 ( 2 pgs) (M,J) (Entered: 03/16/1998) |
| 03/17/1998 | 166 | MOTION by movant Youngstown, City of to intervene as a pty pltf in case (w/copy of comp, attached) (6 pgs + attachment) (S,A A.) (Entered: 03/17/1998) |
| 03/17/1998 | 167 | SUBPOENA returned. Issued on behalf of: plas. Served upon: Willis Gibson through Dan Stiuch by fax on 3/14/98. ( 2 pgs) (M,J) (Entered: 03/17/1998) |
| 03/17/1998 | 168 | MOTION by deft District of Columbia for atty Robert C. Utiger to appear pro hac vice ( 4 pgs) (M,J) (Entered: 03/17/1998) |
| 03/18/1998 | 169 | NON-APPEAL TRANSCRIPT ORDER Court Reporter: Caroline Mahnke; Judicial Officer: Sam H. Bell; Requested By: A.A. Gerhardstein; Date of Proc.: 2/24/98; Method of Payment: Private Funds (1 pg) (S,A A.) (Entered: 03/18/1998) |
| 03/19/1998 | 170 | DECLARATION by Dr. John Freeman re emergency motion by plas to alter or amend Order of 3/3/98 [155-1] [164-1] ( 3 pgs) (M,J) (Entered: 03/19/1998) |
| 03/19/1998 | | MARGINAL ENTRY ORDER: granting motion by deft District of Columbia for atty Robert C. Utiger to appear pro hac vice [168-1] (issued on 3/19/98) Judge Sam H. Bell (M,J) (Entered: 03/19/1998) |
| 03/19/1998 | 171 | RESPONSE by defts to emergency motion by plas to alter or amend Order of 3/3/98 [155-1] [164-1] ( 3 pgs) (M,J) (Entered: 03/19/1998) |
| 03/19/1998 | 172 | MEMORANDUM by defts in support of their motion response [171-1], to motion by plas to alter or amend Order of 3/3/98 [155-1] [164-1] ( 9 pgs) (M,J) (Entered: 03/19/1998) |
| 03/19/1998 | 173 | REPLY by plas to CCA's response to motion by plas to alter or amend Order of 3/3/98 [155-1] [164-1] ( 9 pgs) (M,J) (Entered: 03/19/1998) |
| 03/19/1998 | 174 | BRIEF (NOTICE OF SUBMISSION) by defts regarding subpoena duces tecum as to deft Willis Gibson [167-1] ( 2 pgs) (M,J) (Entered: 03/19/1998) |
| 03/19/1998 | 175 | MEMORANDUM by deft District of Columbia in opposition to motion by plas to alter or amend Order of 3/3/98 [155-1] [164-1] ( 5 pgs) (M,J) (Entered: 03/20/1998) |
| 03/20/1998 | 176 | MOTION (request) by movant Michael T. Watkins for leave to file addl stmt for relief ( 4 pgs) (M,J) (Entered: 03/20/1998) |
| 03/23/1998 | 177 | NON-APPEAL TRANSCRIPT ORDER Court Reporter: Caroline Mahnke; Judicial Officer: Sam H. Bell; Requested By: Al Gerhardstein; Date(s) of Proc.: 3/17/98; 3/19/98; Method of Payment: Private Funds; (1 pg) (S,A A.) (Entered: 03/23/1998) |
| 03/23/1998 | 178 | NON-APPEAL TRANSCRIPT ORDER Court Reporter: Caroline Mahnke; Judicial Officer: Sam H. Bell; Requested By: Dan Struck; Date(s) of Proc.: 3/17/98; 3/19/98; Method of Payment: Private Funds; (1 pg) (S,A A.) (Entered: 03/23/1998) |

| 03/25/1998 | 179 | RESPONSE by plas to motion by City of Youngstown to intervene as a pty pltf in case [166-1] ( 2 pgs) (M,J) (Entered: 03/25/1998) |
|---|---|---|
| 03/30/1998 | 180 | TRANSCRIPT of proceedings before Judge Sam H. Bell taken on 3/19/98 by court reporter Caroline Mahnke ( pgs 121 to 194 and pgs 233 & 234 ) (M,J) Modified on 03/30/1998 (Entered: 03/30/1998) |
| 03/30/1998 | 181 | TRANSCRIPT of proceedings before Judge Peter C. Economus taken on 3/19/98 by court reporter Caroline Mahnke ( pgs 195 to 232 file under seal #2140 ) (M,J) (Entered: 03/30/1998) |
| 03/30/1998 | 182 | NOTICE by deft Corrections Corp of Amer of filing 30 day progress report ( 2 pgs) (M,J) (Entered: 03/30/1998) |
| 03/30/1998 | 183 | STATUS (30 DAY PROGRESS) Report by deft Corrections Corp ( under seal #2141 ) (M,J) (Entered: 03/31/1998) |
| 03/31/1998 | 184 | ORDER: in the interest of safety and protection of the inmate population of CCA Youngstown the Court orders the follow: all institutional files concerning inmates transferred from DC to CCA Youngstown shall be transferred to the possession of CCA immediately; CCA shall forthwith begin and complete classifying each inmate at the Youngstown facility; the 14 prisoners already subjected to classification shall be returned to DC or such a place as DC directs by 4/3/98; classification of prisoners shall begin at once and be completed by 6/1/98; as process establishes 5 maximum security persons the five shall be returned to DC, each group of five shall continue until all maximum security inmates are removed from the Youngstown facility; all persons transfered out may be replaced by medium security inmates from DC as appproved by NOCC; CCA shall file and serve plas by 3/27/98 its report to implement this Order and the classification efforts shall be completed by 6/1/98 and the Court is to be advised every 30 days beginning on 3/27/98. (issued on 4/1/98) ( 6 pgs) Judge Sam H. Bell (M,J) (Entered: 04/01/1998) |
| 03/31/1998 | 185 | MEMORANDUM by defendant Corrections Corp in opposition to motion to intervene as a pty pltf in case [166-1] ( 2 pgs) (S,R) (Entered: 04/02/1998) |
| 03/31/1998 | 186 | MEMORANDUM by defts in opposition to City of Youngstown's motion to intervene as a pty pltf in case [166-1] ( 7 pgs) (S,R) (Entered: 04/02/1998) |
| 04/02/1998 | 187 | NOTICE of hearing in room: 526, before: Judge Sam H. Bell ; status hearing reset for 10:30 AM on 4/20/98 (issued on 4/2/98) ( 1 pg) (M,J) (Entered: 04/02/1998) |
| 04/02/1998 | 188 | MOTION by deft District of Columbia for reconsideration of Court's Orders of 2/24/98 and 3/19/98 , or, in the alternative to stay pending appeal ( 18 pgs + 18 exh pgs) (M,J) (Entered: 04/02/1998) |
| 04/03/1998 | 189 | NOTICE by defts of filing depo signatures pgs of Leon Richardson, James Neal and Eugene Busey ( 9 pgs) (M,J) (Entered: 04/03/1998) |
| 04/06/1998 | 190 | TRANSCRIPT of proceedings before Judge Sam H. Bell taken on 12/29/97 Volume I of III by court reporter Joan Zengler ( 285 pgs) (M,J) (Entered: 04/06/1998) |
| 04/06/1998 | 191 | TRANSCRIPT of proceedings before Judge Sam H. Bell taken on 12/30/97 Volume II of III by court reporter Joan Zengler ( 317 pgs) (M,J) (Entered: 04/06/1998) |

| 04/06/1998 | 192 | TRANSCRIPT of proceedings before Judge Sam H. Bell taken on 12/31/97 Volume III of III by court reporter Joan Zengler ( 342 pgs) (M,J) (Entered: 04/06/1998) |
| 04/06/1998 | 193 | TRANSCRIPT of proceedings before Judge Sam H. Bell taken on 2/17/98 by court reporter Joan Zengler ( 190 pgs) (M,J) (Entered: 04/06/1998) |
| 04/06/1998 | 195 | Notice of interlocutory appeal by District of Columbia to the USCA for the 6th Circuit of ords entered on 3/19 (no ord on docket), 3/31 & 4/3/98 (no ord on docket; advised atty Jacques P. Lerner of ords not on docket by phone on 4/7/98). (M,F) (Entered: 04/07/1998) |
| 04/06/1998 | | RECEIVED fee in amount of $ 105.00 for appeal filed by dft District of Columbia ( Receipt # 504450). (M,F) (Entered: 04/07/1998) |
| 04/06/1998 | 196 | AMENDED NOTICE OF APPEAL by dft District of Columbia re ord [155-1], ord [184-1], & ord [194-1]. Filing fee not required. (cc: all counsel-notice only. USCA-notice & doc(s) mailed on 4/7/98) (2 pgs) (M,F) (Entered: 04/07/1998) |
| 04/07/1998 | 194 | ORDER: denying dft District of Columbia's motion to stay pending appeal [188-2]. (issued on 4/7/98) (1 pg) Judge Sam H. Bell (M,F) (Entered: 04/07/1998) |
| 04/08/1998 | 197 | NOTICE of hearing in room 530 before Hon. Sam H. Bell on motion for reconsideration of Court Orders of 2/24/98 and 3/19/98 [188-1] at 2:00 p.m. on 4/16/98; stat conf sched 4/20/98 is cancelled. (issued on 4/8/98) (1 pg) (R,J A) (Entered: 04/08/1998) |
| 04/09/1998 | 198 | MOTION by movant Carl A Oden for (dism) relief from compliance ord . (2 pgs) (M,F) (Entered: 04/09/1998) |
| 04/09/1998 | 199 | ORDER vacating order of 4/7/98 denying District of Columbia's mot for stay pending appeal [194-1]; it is Ct's intention to hear District of Columbia's mot as it is styled--mot for reconsideration of Ct's ords of 2/24/98 & 3/19/98 or in the alternative to stay pending appeal. (issued on 4/10/98) (1 pg) Judge Sam H. Bell (R,J A) (Entered: 04/10/1998) |
| 04/10/1998 | 200 | REPLY by movant Youngstown, City of, to deft CCA's resp to City of Youngtown's mot to intervene as a pty pltf in case [166-1] (4 pgs) (S,A A.) (Entered: 04/10/1998) |
| 04/13/1998 | 201 | NOTICE by plas of taking depo of designee of deft District of Columbia on 4/14/98. (4 pgs) (S,S) (Entered: 04/13/1998) |
| 04/14/1998 | 202 | MOTION (PETITION) by plas for writ ad testificandum as to plas Busey, Neal & Richardson incarcerated at NOCC . (2 pgs) (K,Chr) (Entered: 04/14/1998) |
| 04/14/1998 | 203 | COPY OF TRANSCRIPT of hearing on emergency motion to alter or amend order dated 3/3/98 before Judge Sam H. Bell taken on 3/17/98 by court reporter Priscilla A. Hefner. (100 pgs), (K,Chr) (Entered: 04/14/1998) |
| 04/14/1998 | 207 | EXCERPT OF TRANSCRIPT of Hearing on Emergency Motion to Alter or Amend Order Dated 3/3/98 before Judge Sam H. Bell taken on 3/17/98 by court reporter Priscilla A. Hefner (20 pgs) (P,R) (Entered: 04/16/1998) |
| 04/15/1998 | 204 | AMENDED NOTICE by plas of taking depo of designee of deft District of Columbia on 4/14/98. (5 pgs) (S,S) (Entered: 04/15/1998) |
| 04/15/1998 | 205 | ORDER granting motion for writ ad testificandum as to plas Busey, Neal & |

| | | |
|---|---|---|
| | | Richardson incarcerated at NOCC [202-1]. (issd on 4/16/98) (1 pg) Judge Sam H. Bell (K,Chr) (Entered: 04/16/1998) |
| 04/16/1998 | 206 | BRIEF by plas for proposed trial and discovery plan ( 13 pgs) (M,J) (Entered: 04/16/1998) |
| 04/17/1998 | | MARGINAL ENTRY ORDER granting City of Youngstown's motion to intervene as a pty pltf [166-1] insofar as classification & associated iss are concerned; this does not incl involvement in the class damage actions. (issued on 4/17/98) Judge Sam H. Bell (R,J A) Modified on 04/17/1998 (Entered: 04/17/1998) |
| 04/17/1998 | 208 | ACKNOWLEDGMENT from USCA for the 6th Circuit of recpt of Notice of Appeal. (USCA #98-3382) - Dt rcvd 4/10/98; Dt filed 4/15/98. (1 pg) (S,S) (Entered: 04/17/1998) |
| 04/17/1998 | 209 | ACKNOWLEDGMENT from USCA for the 6th Circuit of recpt of Notice of Appeal. (USCA #98-3383) - Dt rcvd 4/10/98; Dt filed 4/15/98. (1 pg) (S,S) (Entered: 04/17/1998) |
| 04/17/1998 | 210 | MINUTES of proceedings before Judge Sam H. Bell; Court reporter Lori Litvin. Hearing held re: motion by deft District of Columbia for reconsideration [188-1] & motion to stay pending appeal [188-2]. (1 pg) (R,J A) (Entered: 04/17/1998) |
| 04/17/1998 | 211 | MOTION by intervenor-plaintiff Youngstown, City of for preliminary injunction . (7 pgs) (K,Chr) (Entered: 04/20/1998) |
| 04/20/1998 | | MARGINAL ENTRY ORDER: finding the motion for preliminary injunction by intrv City of Youngstown [211-1] denied as moot. (issd on 4/20/98) Judge Sam H. Bell (K,Chr) (Entered: 04/20/1998) |
| 04/21/1998 | 212 | LETTER to court by Roberto Urbaez regarding order of 4/1/98 (3 pgs) (H,S P P) (Entered: 04/21/1998) |
| 04/21/1998 | 213 | LETTER to court from NOCC inmate Vyron Wheeler. (2 pgs) (M,F) (Entered: 04/21/1998) |
| 04/24/1998 | 214 | REPORT TO THE COURT & APPLICATION by dft District of Columbia for stay of the Courts orders . (4 pgs) (K,Chr) (Entered: 04/24/1998) |
| 04/24/1998 | | MARGINAL ENTRY ORDER denying motion by movant Carl A Oden for (dism) relief from compliance ord [198-1]. (issued on 4/24/98) Judge Sam H. Bell (R,J A) (Entered: 04/24/1998) |
| 04/24/1998 | | MARGINAL ENTRY ORDER denying motion by movant Michael T. Watkins for leave to file addl stmt for relief [176-1]. (issued on 4/24/98) Judge Sam H. Bell (R,J A) (Entered: 04/24/1998) |
| 04/24/1998 | 215 | ORDER granting City of Youngstown's motion to intervene as a pty pltf in case [166-1]. (issued on 4/24/98) (1 pg) Judge Sam H. Bell (R,J A) (Entered: 04/24/1998) |
| 04/27/1998 | 216 | PRAECIPE by dft District of Columbia to accept attached exh omitted from the the District Of Columbia'sreport to the Court & applic for stay submitted 4/23/98. (3 pgs) (K,Chr) (Entered: 04/27/1998) |
| 04/27/1998 | 217 | TRANSCRIPT Order Form by dft District of Columbia recvd. Transcript is already on file in District Court. (1 pg) (K,Chr) (Entered: 04/28/1998) |

| 04/27/1998 | 218 | TRANSCRIPT Order Form by defendant District of Columbia recvd. Transcript is already on file in District Court. (1 pg) (K,Chr) (Entered: 04/28/1998) |
| 04/27/1998 | 219 | TRANSCRIPT Order Form by defendant District of Columbia received. Transcript is already on file in District Court . (1 pg) (K,Chr) (Entered: 04/28/1998) |
| 04/27/1998 | 220 | TRANSCRIPT Order Form by defendant District of Columbia recvd. Transcript is already on file at District Court. (2 pgs) (K,Chr) (Entered: 04/28/1998) |
| 04/29/1998 | 221 | MOTION by movant Carl Anthony Oden for attorney fees . (3 pgs) (K,Chr) (Entered: 04/30/1998) |
| 05/04/1998 | 223 | TRANSCRIPT Order Form by dft District of Columbia recvd requesting the minutes from motion for reconsideration on 4/16/98. Carlin Assoc., court reporter. Judge Sam H. Bell. (1 pg) (K,Chr) (Entered: 05/06/1998) |
| 05/05/1998 | 222 | MOTION by intervenor-pla City of Youngstown for ord requiring Corrections Corp of America be required to specifically perform the terms of Development Agreement . (4 pgs + 18 exh pgs) (S,S) (Entered: 05/05/1998) |
| 05/06/1998 | 224 | SUBPOENA returned. Issd on behalf of pla. Served on: David Bogard on 5/4/98. (3 pgs) (K,Chr) (Entered: 05/06/1998) |
| 05/08/1998 | 226 | RECEIVED fee in amt of $105.00 from appellant for appeal. ( Recpt #504655) (K,Chr) (Entered: 05/15/1998) |
| 05/13/1998 | 225 | LETTER to court from inmate William Oliver ( 6 pgs) (P,S) (Entered: 05/13/1998) |
| 05/18/1998 | 227 | POSITION STATEMENT of defts Re: Agenda for Trial and Case Management Conf. ( 12 pgs) (M,J) (Entered: 05/18/1998) |
| 05/18/1998 | 228 | PRAECIPE: by deft District of Columbia for issuing of attached proposed order ( 2 pgs) (M,J) (Entered: 05/18/1998) |
| 05/20/1998 | 229 | ORDER that dfts can replace any maximum custody or non-maximum custody inmate removed form Northeast Ohio Corr Cntr with a non-maximum custody inmate. (Issd on 5/26/98) (2 pgs) Judge Sam H. Bell (K,Chr) (Entered: 05/26/1998) |
| 05/26/1998 | 231 | NOTICE OF SERVICE by deft CCA of it's suppl resp to plas' interrs and req to produce upon cnsl for all parties on 5/22/98 ( 2 pgs) (M,J) (Entered: 05/27/1998) |
| 05/27/1998 | 230 | NOTICE OF SERVICE by deft CCA of it's resp to plas' 6th set of interrs & req for prodctn upon cnsl for all parties on 5/26/98 ( 2 pgs) (M,J) (Entered: 05/27/1998) |
| 05/27/1998 | 232 | TRANSCRIPT of trial before Judge Sam H. Bell taken on 4/16/98 at 2:00 p.m. by court reporter Lorraine Yost. (59 pgs) (M,F) (Entered: 05/27/1998) |
| 05/29/1998 | 233 | MOTION by intervenor-pltf Youngstown, City of to alter or amd ct's order of 5/20/98 (5 pgs) (S,A A.) (Entered: 05/29/1998) |
| 06/01/1998 | 234 | MOTION by dft Corrections Corp to alter or amend court's ord of 4/1/98 . (4 pgs) (M,F) (Entered: 06/01/1998) |
| 06/01/1998 | 235 | ORDER: granting motion by dft Corrections Corp to alter or amend court's ord |

| | | |
|---|---|---|
| | | of 4/1/98 as follows: the classification of prisoners at NOCC shall be completed by 7/1/98; All other aspects of this court's ord of 4/1/98 shall remain in effect. [234-1] (issued on 6/2/98) (1 pg) Judge Sam H. Bell (M,F) (Entered: 06/01/1998) |
| 06/02/1998 | 236 | ORDER: granting motion by intv City of Youngstown to alter or amd ct's order of 5/20/98 [233-1] as follows line 5 non-maximum (custody inmate) shall be replaced with the word medium (custody inmate) (issued on 6/3/98) (1 pg) Judge Sam H. Bell (M,J) (Entered: 06/03/1998) |
| 06/04/1998 | 237 | MINUTES of proceedings: before Judge Sam H. Bell ; Court reporter none; status hrg held 5/18/98 (1 pg) (M,J) (Entered: 06/04/1998) |
| 06/05/1998 | 240 | MEMORANDUM by plas in support of the City of Youngstown's motion to alter or amd ct's order of 5/20/98 [233-1]. (3 pgs) (K,Chr) (Entered: 06/09/1998) |
| 06/08/1998 | 238 | MOTION by deft DC Goverment to withdraw its motion for reconsideration of Court's Orders of 2/24/98 and 3/19/98 [188-1] ( 2 pgs) (M,J) (Entered: 06/08/1998) |
| 06/08/1998 | 239 | ANSWER to Complaint of City of Youngstown (not filed on docket) by deft Corrections Corp ( 4 pgs) (M,J) (Entered: 06/08/1998) |
| 06/15/1998 | 241 | NOTICE OF SERVICE by dfts' counsel on all ptys dft CCA's resps to plas' 3rd, 4th & 5th sets of interr & reqs to produce on 6/12/98. (2 pgs) (M,F) (Entered: 06/15/1998) |
| 06/17/1998 | 242 | MEMORANDUM by plas in opposition to motion by deft DC Goverment to withdraw its motion for reconsideration of Court's Orders of 2/24/98 and 3/19/98 [188-1] [238-1]. (2 pgs) (M,F) (Entered: 06/17/1998) |
| 06/18/1998 | 243 | MOTION by plas to compel deft District of Columbia to produce unredacted docmts . (6 pgs + 2 afdt pgs + 55 exh pgs) (S,S) (Entered: 06/18/1998) |
| 06/26/1998 | 244 | COPY OF AFFIDAVIT of India Chisley. (8 pgs) (K,Chr) Modified on 06/29/1998 (Entered: 06/29/1998) |
| 06/26/1998 | 245 | Notice of interlocutory appeal by dft District of Columbia re order [236-1]. (cc: all counsel-notice only. USCA-notice and doc(s) mailed on 6/29/98) (2 pgs) (K,Chr) (Entered: 06/29/1998) |
| 06/26/1998 | | RECEIVED fee in amt of $105.00 by District of Columbia for appeal. (Recpt #504970) (K,Chr) (Entered: 06/29/1998) |
| 07/01/1998 | 247 | ACKNOWLEDGMENT from USCA for the 6th Circuit of receipt of Notice of Appeal by dft District of Columbia. (USCA #: 98-3738) - dt filed 6/29/98. (1 pg) (M,F) (Entered: 07/07/1998) |
| 07/02/1998 | 246 | AMENDED NOTICE OF APPEAL by dft District of Columbia re order [194-1], ord [184-1] & ord [155-1]. Fee not required. (cc: all counsel-notice only. USCA-notice doc(s) mailed on 7/6/98) (2 pgs) (K,Chr) (Entered: 07/06/1998) |
| 07/06/1998 | 248 | MAIL Returned addressed to movant Michael T Watkins. (K,Chr) (Entered: 07/08/1998) |
| 07/09/1998 | 249 | PRAECIPE: by dft District of Columbia with attached exhibit #1 inadvertently omitted from the motion to enlarge time to respond to pla's mot to compel, filed on 7/8/98. (issd on ) (3 pgs) (K,Chr) (Entered: 07/10/1998) |