**EXHIBIT 4**

# TransCor Traveler

A Publication Of TransCor America, Inc.                                Summer 1998

*TransCor... The Driving Force In Prisoner Transportation*

## What's Inside...

**TransCor JETS**
page 2


**TransCor's Fleet and Maintenance**
page 2

**National Sheriff's Association**
page 2

**TransCor's EMS Update**
page 3


**Agent Professionalism**
page 3

**Future of TransCor**
page 4


## All Aboard! The TransCor Express



In TransCor's effort to continue to improve our services, we have recently initiated a cross-country bus service dubbed "The TransCor Express." The purchase of two MCI (Greyhound type) busses allows TransCor to provide quicker transit of inmates to you, the customer. Described as "rolling prisons" by TransCor's CEO and President John Zierdt, the busses can accommodate up to forty inmates at a time. It is TransCor's intent to provide a higher quality of service by decreasing the amount of time a prisoner is in transit. These busses are just one way we do so.

The busses will run continuously over great distances with minimal stops. Two drivers and two guards accompany each bus. The drivers take turns so one can rest while the other drives. The busses have on-board lavatories and are equipped with sleeping compartments for the second driver and guards. TV/VCR packages have been added to provide comfort to the inmates on their journey. The "Express" only stops for fuel, food, and transfer of prisoners to and from our vans all across the country.

Two regular routes are now in use. One route runs from Nashville through our Texas office to the west coast. What used to take seven days to transfer an inmate from California to Nashville now takes three. The other route runs up and down the east coast, from Florida to New England. This 72-hour round trip route allows TransCor to meet the short deadline dates that our east coast customers frequently request of us. As our regional offices expand, so will the TransCor Express, providing better service to more customers.

*(Continued on page 2)*

CCA-IAM 0012