**EXHIBIT 5**

*TransCor America Inc.*
*Nashville, TN 337211*

02/22/2006      8:32:04 AM
Page 1

# Unit Information

*Selection:  Unit Number 410*

**Unit #:**    410
**Description:**   MCI BUS

## General Information

| | | | | | |
|---|---|---|---|---|---|
| Location: | NASHVILLE TN | Date Activated: | 12/11/1998 | Purchase Price: | 35,000.00 |
| Type: | MCI BUS | Date Inactivated: | 12/04/2001 | PM Based On: | Miles |
| Make: | MCI | Fuel Type: | D | Number of Axles: | 0 |
| Model: | MC-9 | Default MPG: | 0.00 | Number of Seats: | 0 |
| Year: | 1980 | Own/Lease: | O | | |
| VIN #: | 3480 | Owner: | TRANSCOR AMERCIA | | |

## License Information

| | | Odometer Information | | Fixed Yearly Costs | |
|---|---|---|---|---|---|
| License Number: | 0115-BA | Beginning: | 0 | Depreciation: | 0.00 |
| Base State: | TN | Current: | 384,209 | License Fees: | 0.00 |
| Renewal Date: | 09/30/2001 | Replacement Offset: | 0 | Insurance: | 0.00 |
| | | Replacement Date: | | Other: | 0.00 |

## Equipped with

| | | | | Weights (in lbs.): | |
|---|---|---|---|---|---|
| Lift Axle Equipped | No | Intra State Unit | No | Combined Gross: | 0 |
| 2-Axle Truck Pulls Trailer | No | Reefer/PTO Equipped | No | Gross: | 0 |
| 2-Axle Truck With 5th Wheel | No | Unit Hauling Logs | No | Unladen: | 0 |

CCA-IAM 0016