**EXHIBIT 7**

```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF COLUMBIA


RONNIE L. HARRIS,                    )
                                     )
              Plaintiff,             )
                                     )
vs.                                  ) No. 02-CV-0100
                                     ) (EGS)
CORRECTIONS CORPORATION OF           )
AMERICA and TRANSCOR AMERICA,        )
INC.,                                )         COPY
                                     )
              Defendants.            )
```

---

Deposition of:

DAVID WEBSTER

Taken on behalf of the Plaintiff

September 21, 2005

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Donna M. Francescani, Esq. |
| | Mason Emnett, Esq. |
| | Skadden, Arps, Slate, Meagher & Flom |
| | 1440 New York Avenue, NW |
| | Tenth Floor |
| | Washington, D.C. 20005-2111 |
| For the Defendants: | Ryan D. Nelson, Esq. |
| | Sidley, Austin, Brown & Wood |
| | 501 K. Street, N.W. |
| | Washington, D.D. 20005 |

---

CLEETON DAVIS COURT REPORTERS, LLC
200 Fourth Avenue North, Suite 825
Nashville, Tennessee 37219
(615) 726-2737
www.cleetondavis.com

DAVID WEBSTER

|  |  |
|---|---|
| | EXAMINATION |

QUESTIONS BY MS. FRANCESCANI:

Q.     Good morning, sir. Would you please state your name and address for the record?

A.     David Webster, 737 Jaywood, Old Hickory.

Q.     May I address you as Mr. Webster?

A.     David is fine.

Q.     Okay. My name is Donna Francescani. I'm a lawyer in Washington, D.C. This is my colleague, Mason Emnett, who is also a lawyer at my law firm. We represent the plaintiff, Ronnie Harris, in a lawsuit that's pending in the United States District Court for the District of Columbia. Mr. Harris is suing the District of Columbia, Corrections Corporation of America and TransCor, and our law firm was appointed to represent him on a pro bono basis.

       And we're here to take your deposition today in connection with that lawsuit. Do you understand that?

A.     Yes.

Q.     As you sit here today, sir, are you represented by counsel?

A.     Sure.

Q.     Who is --

A.     I'm sorry, but I can't remember their names.

DAVID WEBSTER

| | | |
|---|---|---|
| 10:18:22 | 1 | one, you know, there would be somebody different, but |
| 10:18:28 | 2 | the four of us were a pretty set team. |
| 10:18:32 | 3 | Q.        Was the agent in the back sometimes Mr. Allen? |
| 10:18:36 | 4 | A.        Sounds correct. |
| 10:18:46 | 5 | Q.        As a driver for TransCor, what were your |
| 10:18:49 | 6 | responsibilities on a mass move? |
| 10:18:51 | 7 | A.        I was responsible for keeping up with my times |
| 10:18:54 | 8 | or my hours of service, duty status, upkeep of the bus. |
| 10:19:02 | 9 | And when we were inside the prison grounds, I was |
| 10:19:06 | 10 | responsible for whatever my OIC put me on. |
| 10:19:20 | 11 | Q.        When you say you were responsible for keeping |
| 10:19:22 | 12 | up with your hours of service, what do you mean by |
| 10:19:24 | 13 | that? |
| 10:19:25 | 14 | A.        Everybody knows a driver has to keep up a log. |
| 10:19:35 | 15 | Q.        Was that a standard form that you filled out? |
| 10:19:42 | 16 | A.        Yes, ma'am. |
| 10:19:44 | 17 | Q.        And what information did you fill out on that |
| 10:19:49 | 18 | log? |
| 10:19:49 | 19 | A.        You had three basic statuses on it. You had |
| 10:19:53 | 20 | an off-duty status. You had a sleeper berth status. |
| 10:19:58 | 21 | You had a driving status and then an on-duty |
| 10:20:07 | 22 | not-driving status and the on-duty not-driving status |
| 10:20:09 | 23 | was just exactly that. |
| 10:20:14 | 24 | Q.        So this log reflected what you were doing at |
| 10:20:18 | 25 | all times during a mass move; is that right? |

18

DAVID WEBSTER

| | | |
|---|---|---|
| 10:24:39 | 1 | A.        Okay, fluid levels, belts, tires, windows. |
| 10:24:45 | 2 | You know, it's an inspection. |
| 10:24:47 | 3 | Q.        And was there a place for you to check off on |
| 10:24:50 | 4 | your log that you had looked at each of those |
| 10:24:52 | 5 | individual items? |
| 10:24:54 | 6 | A.        No, ma'am.  I would just put in the log that I |
| 10:24:58 | 7 | had performed a motor vehicle inspection. |
| 10:25:00 | 8 | Q.        Were you responsible for monitoring the |
| 10:25:06 | 9 | cleanliness of the inside of the bus in any way? |
| 10:25:09 | 10 | A.        We were -- most of the guys in the back did |
| 10:25:12 | 11 | that.  I mean we tried to.  You know, if we had a |
| 10:25:17 | 12 | minute, we could get down the aisle and pick up a |
| 10:25:19 | 13 | little trash, sure. |
| 10:25:21 | 14 | Q.        In your view, was that your responsibility or |
| 10:25:23 | 15 | was that someone else's responsibility? |
| 10:25:26 | 16 | A.        That was our responsibility, the five of us. |
| 10:25:29 | 17 | Q.        All of the agents when you say the five of us? |
| 10:25:33 | 18 | A.        Yes. |
| 10:25:38 | 19 | Q.        You mentioned that it was your responsibility |
| 10:25:43 | 20 | to dump the toilet tank; is that right? |
| 10:25:47 | 21 | A.        Between me and the other driver, yes, ma'am. |
| 10:25:49 | 22 | Q.        And were you supposed to do that at any |
| 10:25:52 | 23 | specific point in time? |
| 10:25:55 | 24 | A.        When they said it needed it. |
| 10:25:58 | 25 | Q.        When who said it needed it? |

22

DAVID WEBSTER

| | | |
|---|---|---|
| 10:26:00 | 1 | A.      Just whoever, you know. |
| 10:26:03 | 2 | Q.      So you would -- |
| 10:26:04 | 3 | A.      I wasn't very hard to get along with.  If you |
| 10:26:07 | 4 | needed something, ask for it. |
| 10:26:09 | 5 | Q.      So one of the other agents would need to let |
| 10:26:11 | 6 | you know if it needed to be changed; is that right? |
| 10:26:14 | 7 | MR. NELSON:  Objection, mischaracterizes |
| 10:26:24 | 8 | his testimony. |
| 10:26:25 | 9 | BY MS. FRANCESCANI: |
| 10:26:25 | 10 | Q.      You can answer the question.  My question of |
| 10:26:26 | 11 | you is did you need to rely on someone else to tell you |
| 10:26:32 | 12 | that the tank needed to be dumped? |
| 10:26:35 | 13 | A.      Yes, ma'am.  I didn't go back there with the |
| 10:26:36 | 14 | inmates.  I was a driver. |
| 10:26:37 | 15 | Q.      Did the drivers have any responsibilities with |
| 10:26:39 | 16 | respect to the inmates? |
| 10:26:42 | 17 | A.      With respect to the inmates we were there on a |
| 10:26:45 | 18 | helping kind of -- you know, if they needed us to help |
| 10:26:50 | 19 | them do anything, then we did, but we were drivers and |
| 10:26:53 | 20 | we were -- by federal law we had to, you know, follow |
| 10:27:01 | 21 | the regulations that DOT had set down for us, and if we |
| 10:27:07 | 22 | were supposed to be in the bunk asleep, that's where we |
| 10:27:10 | 23 | were. |
| 10:27:10 | 24 | Q.      So when you were sitting in the driver's seat |
| 10:27:13 | 25 | driving, your primary duty was to keep your eyes on the |

23

DAVID WEBSTER

| | | |
|---|---|---|
| 10:27:16 | 1 | road; is that right? |
| 10:27:16 | 2 | A.    Yes, ma'am. |
| 10:27:17 | 3 | Q.    And you weren't paying attention to what was |
| 10:27:19 | 4 | going on with the inmates in the back of the bus |
| 10:27:21 | 5 | because you were paying attention to the road; is that |
| 10:27:24 | 6 | right? |
| 10:27:24 | 7 | A.    Yes, ma'am.  It would be hard to do both. |
| 10:27:26 | 8 | Q.    I can see that that would be the case.  So |
| 10:27:33 | 9 | let's talk about the different status entries that you |
| 10:27:36 | 10 | mentioned before.  What did the off-duty status mean? |
| 10:27:40 | 11 | A.    Off-duty status meant that I was released from |
| 10:27:43 | 12 | my responsibility with inmates, bus, TransCor.  I was |
| 10:27:47 | 13 | on my own, off duty, headed to the house or, you know, |
| 10:27:51 | 14 | if we were say staying out overnight and the OIC said, |
| 10:27:56 | 15 | Hey, man, sign off, you know, we were gone. |
| 10:28:05 | 16 |         The only thing that -- you know, we were a |
| 10:28:12 | 17 | little earlier to get back to the bus to perform the |
| 10:28:15 | 18 | MVIs, and that's about it. |
| 10:28:19 | 19 | Q.    What does MVI stand for? |
| 10:28:21 | 20 | A.    Motor vehicle inspection. |
| 10:28:23 | 21 | Q.    So did you perform the motor vehicle |
| 10:28:26 | 22 | inspections when you were off duty? |
| 10:28:28 | 23 | A.    No.  We would go on duty and get to the bus |
| 10:28:32 | 24 | earlier than the rest of the team. |
| 10:28:33 | 25 | Q.    I see.  So during the mass move itself you |

24

DAVID WEBSTER

| | | |
|---|---|---|
| 10:29:35 | 1 | A.        Yes, ma'am. |
| 10:29:35 | 2 | Q.        How about noise?  Could you hear what was |
| 10:29:37 | 3 | going on on the bus? |
| 10:29:39 | 4 | A.        No, ma'am.  You could hear a lot of things, |
| 10:29:44 | 5 | but you figure with 35, 40 inmates there is no way |
| 10:29:47 | 6 | you're going to pick out, you know, one little thing. |
| 10:29:51 | 7 | Q.        Was it typically pretty noisy on the bus? |
| 10:29:54 | 8 | A.        No, ma'am, they kept them fairly well |
| 10:29:57 | 9 | entertained.  They had TV and movies and so most of the |
| 10:30:02 | 10 | time it was fairly quiet.  They would get a little |
| 10:30:06 | 11 | noisy when we would first pull out of the prison, and I |
| 10:30:10 | 12 | was only guessing it was because they were happy to be |
| 10:30:15 | 13 | leaving it behind. |
| 10:30:15 | 14 | Q.        During the time you were at TransCor, did all |
| 10:30:17 | 15 | of the busses always have television equipment? |
| 10:30:21 | 16 | A.        Yes, ma'am.  Every one I drove. |
| 10:30:35 | 17 | Q.        When your status was on duty, not driving, |
| 10:30:39 | 18 | what did that indicate? |
| 10:30:41 | 19 | A.        That would indicate that I was either fueling |
| 10:30:44 | 20 | the truck, you know, working the MVI, just -- I was on |
| 10:30:50 | 21 | duty or if the OICs had asked me to say come in and |
| 10:30:54 | 22 | help them, I was on duty. |
| 10:30:56 | 23 | Q.        How long did your driving shifts typically |
| 10:31:00 | 24 | last? |
| 10:31:01 | 25 | A.        By law you were only allowed to drive ten |

DAVID WEBSTER

| | | |
|---|---|---|
| 10:36:08 | 1 | inmates weren't housed for an entire week? |
| 10:36:10 | 2 | A.      No, that's not my testimony. |
| 10:36:12 | 3 | Q.      Okay. |
| 10:36:12 | 4 | A.      I just told you I don't know how long it would |
| 10:36:15 | 5 | take.  And you would never get a mass move, one single |
| 10:36:21 | 6 | move, that would last an entire week.  That's seven |
| 10:36:24 | 7 | days.  No. |
| 10:36:27 | 8 | Q.      Okay.  I'm just trying to get a sense of what |
| 10:36:29 | 9 | the average was if it wasn't that long. |
| 10:36:32 | 10 | A.      Well, okay, it takes -- coast to coast you can |
| 10:36:35 | 11 | drive it in three days.  And that's in any vehicle. |
| 10:36:47 | 12 | Q.      About how many mass moves do you think you did |
| 10:36:49 | 13 | in a year? |
| 10:36:50 | 14 | A.      I have no idea.  I really -- I have no idea. |
| 10:36:54 | 15 | Q.      Well, if you weren't doing a mass move, then |
| 10:36:58 | 16 | you weren't working, would that be right? |
| 10:37:00 | 17 | A.      Yes, ma'am. |
| 10:37:09 | 18 | Q.      Did the drivers get the same training as other |
| 10:37:14 | 19 | agents at TransCor? |
| 10:37:15 | 20 | A.      Yes, ma'am. |
| 10:37:23 | 21 | Q.      As a driver, were you ever responsible for |
| 10:37:26 | 22 | feeding the inmates? |
| 10:37:27 | 23 | A.      No, ma'am. |
| 10:37:29 | 24 | Q.      Were you ever responsible for ensuring they |
| 10:37:34 | 25 | got restroom breaks? |

31

DAVID WEBSTER

| Time | # | |
|---|---|---|
| 10:37:35 | 1 | MR. NELSON: Objection, asked and |
| 10:37:37 | 2 | answered. |
| 10:37:38 | 3 | THE WITNESS: No, ma'am. |
| 10:37:43 | 4 | BY MS. FRANCESCANI: |
| 10:37:44 | 5 | Q.    Did you wear uniforms? |
| 10:37:45 | 6 | A.    Yes, ma'am. |
| 10:37:46 | 7 | Q.    Can you describe what those uniforms looked |
| 10:37:48 | 8 | like to me? |
| 10:37:49 | 9 | A.    They were brown shirts with dark brown pants. |
| 10:37:55 | 10 | Q.    Did they have any kind of logo on them? |
| 10:37:57 | 11 | A.    Yes, ma'am. |
| 10:37:57 | 12 | Q.    What did the logo say? |
| 10:37:59 | 13 | A.    Good Lord. TransCor. |
| 10:38:02 | 14 | Q.    How big was the logo? |
| 10:38:04 | 15 | A.    About like -- |
| 10:38:06 | 16 | MR. NELSON: Objection on relevance. |
| 10:38:10 | 17 | This has absolutely nothing to do with this lawsuit. |
| 10:38:12 | 18 | BY MS. FRANCESCANI: |
| 10:38:12 | 19 | Q.    You can go ahead. How big was the logo? |
| 10:38:16 | 20 | A.    Standard patch, you know. Just look at any |
| 10:38:19 | 21 | cop. |
| 10:38:19 | 22 | Q.    Did you have a name tag on when you were -- as |
| 10:38:24 | 23 | part of your uniform? |
| 10:38:25 | 24 | A.    Yes, ma'am. |
| 10:38:26 | 25 | Q.    What's your understanding of Transcor's policy |

32

DAVID WEBSTER

| | | |
|---|---|---|
| 10:38:35 | 1 | on feeding inmates on mass moves? |
| 10:38:39 | 2 | A. Breakfast, lunch and dinner is what it was at |
| 10:38:42 | 3 | the time. |
| 10:38:43 | 4 | Q. Did it change at any point in time? |
| 10:38:44 | 5 | A. I have no idea. |
| 10:38:47 | 6 | Q. Do you have an understanding as to the policy |
| 10:38:51 | 7 | on whether the bus had to be stopped or could be moving |
| 10:38:54 | 8 | during feeding of inmates? |
| 10:38:56 | 9 | A. We would normally feed them and let them eat |
| 10:39:04 | 10 | and stand a post. You know, everybody would be on |
| 10:39:10 | 11 | guard. |
| 10:39:14 | 12 | Q. So does that mean the bus would be stopped |
| 10:39:16 | 13 | when they were eating? |
| 10:39:16 | 14 | A. Yes, ma'am. |
| 10:39:24 | 15 | Q. Were you ever responsible for purchasing the |
| 10:39:26 | 16 | food for the inmates? |
| 10:39:27 | 17 | A. No, ma'am. I was never -- |
| 10:39:29 | 18 | MR. NELSON: Objection, asked and |
| 10:39:30 | 19 | answered. |
| 10:39:33 | 20 | BY MS. FRANCESCANI: |
| 10:39:33 | 21 | Q. Your answer was? |
| 10:39:34 | 22 | A. No. |
| 10:39:42 | 23 | Q. Are you familiar with Transcor's policy on |
| 10:39:44 | 24 | restraint of inmates during mass moves? |
| 10:39:47 | 25 | A. Yes, ma'am. |

33

DAVID WEBSTER

| | | |
|---|---|---|
| 10:39:47 | 1 | Q.        Can you describe it for me? |
| 10:39:50 | 2 | A.        Well, you would put a belly chain around them. |
| 10:39:59 | 3 | Then you would put handcuffs and a black box.  You |
| 10:40:02 | 4 | would attach the belly chain to the black box and then |
| 10:40:06 | 5 | you would have them turn around and put on leg irons. |
| 10:40:10 | 6 | Q.        Were you ever responsible as a driver on a bus |
| 10:40:14 | 7 | for doing that? |
| 10:40:15 | 8 | A.        When I was asked to, yes. |
| 10:40:17 | 9 | Q.        How often was that? |
| 10:40:18 | 10 | A.        It varied.  It just depended, you know.  If we |
| 10:40:25 | 11 | had time, then they would take care of it.  If I was in |
| 10:40:27 | 12 | a bunk when we got there, then obviously I had to |
| 10:40:32 | 13 | follow regulations set by DOT, so if I drove in there, |
| 10:40:36 | 14 | there was a chance I went in.  If I didn't, then I |
| 10:40:40 | 15 | didn't go in. |
| 10:40:46 | 16 | Q.        Go in where?  I'm not sure I follow you, sir. |
| 10:40:49 | 17 | A.        You asked me if I could restrain an inmate. |
| 10:40:51 | 18 | If we pulled into a prison and my co-driver was |
| 10:40:55 | 19 | driving, then by DOT I'm in the bunk and you just don't |
| 10:41:01 | 20 | lie on those things.  You can get in a lot of trouble. |
| 10:41:07 | 21 | Q.        Did you receive any training on how to apply |
| 10:41:10 | 22 | restraints? |
| 10:41:11 | 23 | A.        Yes, ma'am. |
| 10:41:13 | 24 | Q.        Can you explain for me the -- how the black |
| 10:41:18 | 25 | boxes worked? |

34

DAVID WEBSTER

| | | |
|---|---|---|
| 10:41:20 | 1 | A.   You take your handcuffs and the way they |
| 10:41:23 | 2 | trained me -- I don't guess you have any handy? |
| 10:41:27 | 3 | Q.   No, sir. |
| 10:41:28 | 4 | A.   You would put the two rails on the bottom of |
| 10:41:31 | 5 | the wrist, the one rail over the top, but as you were |
| 10:41:35 | 6 | locking the one rail into the lock, you would put your |
| 10:41:39 | 7 | finger underneath that one and push it down, not tight |
| 10:41:45 | 8 | but there.  The same with the other hand.  You get your |
| 10:41:51 | 9 | black box and it would have a sliding piece that come |
| 10:41:55 | 10 | off of it and it would open up.  And it would clasp to |
| 10:42:01 | 11 | the center.  You put that locking piece back on the |
| 10:42:05 | 12 | box.  And then you had a D-ring on the belt that went |
| 10:42:08 | 13 | through the black box and we normally had little locks |
| 10:42:11 | 14 | to keep them on there. |
| 10:42:15 | 15 | Q.   Is it your understanding that the black box |
| 10:42:18 | 16 | had the effect of making the cuffs get tighter or |
| 10:42:23 | 17 | looser in any way? |
| 10:42:25 | 18 | A.   They wouldn't let the handcuffs move.  There |
| 10:42:29 | 19 | was a little play but not a lot.  You could move some, |
| 10:42:39 | 20 | but you couldn't, you know, stretch your arms. |
| 10:42:49 | 21 | Q.   Do you understand what Transcor's policy on |
| 10:42:53 | 22 | restroom breaks was while you were doing mass moves? |
| 10:42:56 | 23 | A.   I didn't have to deal with that. |
| 10:42:59 | 24 | Q.   Did you know what it was, though? |
| 10:43:03 | 25 | A.   On the bus they just went. |

35

DAVID WEBSTER

| | | |
|---|---|---|
| 10:43:26 | 1 | Q.         Did you stop the bus for the inmates when they |
| 10:43:29 | 2 | were having to go to the bathroom? |
| 10:43:33 | 3 | A.         No, ma'am. |
| 10:43:39 | 4 | Q.         Do you know what Transcor's policy on stretch |
| 10:43:42 | 5 | breaks for inmates was while you were doing mass moves |
| 10:43:45 | 6 | for them? |
| 10:43:45 | 7 | A.         No.  That was up to the OIC, and I never asked |
| 10:43:50 | 8 | him about it. |
| 10:43:51 | 9 | Q.         While you were a driver, who was typically the |
| 10:43:56 | 10 | OIC that you worked with? |
| 10:43:59 | 11 | A.         I worked with Reid and Ryan quite a bit, and I |
| 10:44:02 | 12 | couldn't tell you which one more. |
| 10:44:26 | 13 | Q.         While you were driving the bus on a mass move, |
| 10:44:28 | 14 | was there any way that you could know whether inmates |
| 10:44:31 | 15 | were getting stretch breaks or not? |
| 10:44:34 | 16 | A.         No, ma'am. |
| 10:44:37 | 17 | Q.         I'm going to ask you the same question.  While |
| 10:44:39 | 18 | you were driving on a mass move, is there any way that |
| 10:44:41 | 19 | you could know whether inmates were getting bathroom |
| 10:44:45 | 20 | breaks? |
| 10:44:45 | 21 | A.         No, ma'am. |
| 10:44:53 | 22 | Q.         You said you worked with Mr. Ryan and Mr. Reid |
| 10:44:59 | 23 | both as officers in charge; is that right? |
| 10:45:01 | 24 | A.         Uh-huh. |
| 10:45:02 | 25 | Q.         Did you form any opinion of Mr. Ryan's |

36

DAVID WEBSTER

| | | |
|---|---|---|
| 11:06:38 | 1 | MR. NELSON: Great. Thank you. |
| 11:14:49 | 2 | (Recess, 11:06 to 11:14 a.m.) |
| 11:14:57 | 3 | BY MS. FRANCESCANI: |
| 11:14:58 | 4 | Q. Mr. Webster, when you were working as a driver |
| 11:15:01 | 5 | on a mass move, who was responsible for decisions about |
| 11:15:04 | 6 | when the bus would stop for fuel or something like |
| 11:15:07 | 7 | that? Was it you or was it someone else? |
| 11:15:09 | 8 | A. I stopped as needed for fuel. |
| 11:15:12 | 9 | Q. Did you seek permission to do that from the |
| 11:15:16 | 10 | OIC or did you make that decision on your own? |
| 11:15:18 | 11 | A. I alerted the OIC that we were low on fuel. |
| 11:15:23 | 12 | Q. And what about stops for any other reason? |
| 11:15:26 | 13 | Were you making that decision or was someone else |
| 11:15:28 | 14 | making that decision? |
| 11:15:28 | 15 | A. No, I was just driving. The OIC would pick |
| 11:15:34 | 16 | and choose where he wanted to get breakfast, lunch and |
| 11:15:38 | 17 | dinner. For fuel was the only time I made a decision. |
| 11:15:45 | 18 | Q. How about decisions on the route you were |
| 11:15:47 | 19 | taking? Who made those choices? |
| 11:15:50 | 20 | A. We would pick a route and discuss it with the |
| 11:15:53 | 21 | OIC and he would sign off or say no, let's go this way. |
| 11:15:58 | 22 | Q. And when you say we, you mean you and the |
| 11:16:00 | 23 | other driver; is that right? |
| 11:16:02 | 24 | A. Yes, ma'am. |
| 11:16:03 | 25 | Q. Whose responsibility was it to see that you |

51

DAVID WEBSTER

| | | |
|---|---|---|
| 11:16:06 | 1 | got to your destination on time? |
| 11:16:09 | 2 | A.    The OIC was ultimately responsible, but I |
| 11:16:14 | 3 | would have probably been in as much trouble if we were |
| 11:16:18 | 4 | late. |
| 11:16:18 | 5 | Q.    Did that ever happen on transports that you |
| 11:16:20 | 6 | were working on, that you got in trouble for -- |
| 11:16:23 | 7 | A.    I have no idea. |
| 11:16:24 | 8 | Q.    Okay. Do you recall getting in trouble for |
| 11:16:27 | 9 | delivering inmates late ever? |
| 11:16:30 | 10 | A.    No. |
| 11:16:39 | 11 | Q.    During a mass move, did you have |
| 11:16:41 | 12 | communications with the home office? |
| 11:16:46 | 13 | A.    There is an onboard satellite. They were in |
| 11:16:51 | 14 | communication with the OIC, not me. |
| 11:17:01 | 15 | Q.    So if there were anything -- any incident on |
| 11:17:04 | 16 | the bus or something like that, the one to communicate |
| 11:17:07 | 17 | with the home office would be the officer in charge; is |
| 11:17:10 | 18 | that right? |
| 11:17:10 | 19 | A.    Yes, ma'am. |
| 11:17:11 | 20 | Q.    During your time at TransCor, were you aware |
| 11:17:17 | 21 | of any complaints from inmates about any of the |
| 11:17:22 | 22 | conditions during mass moves? |
| 11:17:26 | 23 | A.    None were given to me. |
| 11:17:28 | 24 | Q.    Okay. Did you hear about them in any other |
| 11:17:31 | 25 | way? |

52

DAVID WEBSTER

| | | |
|---|---|---|
| 11:17:34 | 1 | A.   I didn't look for it.  I didn't listen for it. |
| 11:17:38 | 2 | You know, I just don't know.  I had a job to do. |
| 11:17:42 | 3 | That's what I was there for.  Anything else other than |
| 11:17:45 | 4 | that was just -- it just didn't concern me, so I didn't |
| 11:17:48 | 5 | listen. |
| 11:17:48 | 6 | Q.   When you were driving as a driver on a mass |
| 11:17:52 | 7 | move, did you ever hear complaints from inmates about |
| 11:17:54 | 8 | their restraints being too tight? |
| 11:17:57 | 9 | A.   There is not an inmate in this world that |
| 11:17:59 | 10 | wouldn't complain about that. |
| 11:18:07 | 11 | Q.   What happened when inmates complained about |
| 11:18:10 | 12 | restraints being too tight? |
| 11:18:12 | 13 | A.   I would refer them to an agent. |
| 11:18:17 | 14 | Q.   And then what would happen? |
| 11:18:19 | 15 | A.   He would check them. |
| 11:18:21 | 16 | Q.   Did you ever check restraints? |
| 11:18:24 | 17 | A.   Never.  Not as a driver. |
| 11:18:28 | 18 | Q.   How is it that you would have interaction with |
| 11:18:31 | 19 | inmates that they would tell you that their restraints |
| 11:18:33 | 20 | were too tight? |
| 11:18:34 | 21 | A.   When I would get up from behind the wheel to |
| 11:18:37 | 22 | go to bed, they might see me standing and say, "Hey, |
| 11:18:45 | 23 | check these," and I would say, "There is an officer in |
| 11:18:49 | 24 | the back and he will be happy to help you." |
| 11:18:51 | 25 | Q.   And then what would you do? |

53

DAVID WEBSTER

| | | |
|---|---|---|
| 11:18:53 | 1 | A.         Go to bed. |
| 11:18:57 | 2 | Q.         In your experience, did inmates complain that |
| 11:19:00 | 3 | their wrists were swollen? |
| 11:19:05 | 4 | A.         Not to me.  I never really heard too many of |
| 11:19:11 | 5 | those conversations. |
| 11:19:11 | 6 | Q.         Did you hear them complaining about swollen |
| 11:19:15 | 7 | wrists to other agents on the bus? |
| 11:19:18 | 8 | A.         A few times. |
| 11:19:21 | 9 | Q.         Did you ever hear them complaining about their |
| 11:19:23 | 10 | ankles being swollen; that is, the inmates, did you |
| 11:19:27 | 11 | ever hear them complaining about that? |
| 11:19:28 | 12 | A.         No. |
| 11:19:29 | 13 | Q.         Did you ever hear them -- did you ever hear |
| 11:19:33 | 14 | the inmates or the agents discussing inmates' wrists |
| 11:19:38 | 15 | being cut by the cuffs? |
| 11:19:41 | 16 | A.         I never seen that.  Never seen that happen. |
| 11:19:46 | 17 | Q.         Did you ever hear inmates complaining about |
| 11:19:50 | 18 | not having access to the toilet on a mass move? |
| 11:19:53 | 19 | A.         No, ma'am.  As far as I know, when they had to |
| 11:19:59 | 20 | go, they went.  That's my understanding of how it |
| 11:20:02 | 21 | worked. |
| 11:20:18 | 22 | Q.         We spoke earlier today about the fact that the |
| 11:20:21 | 23 | plaintiff in this case, Mr. Harris, his lawsuit relates |
| 11:20:29 | 24 | to a transport of inmates from Ohio to Arizona in July |
| 11:20:34 | 25 | 2001.  As you sit here today, do you have any specific |

54

DAVID WEBSTER

| Time | # | |
|---|---|---|
| 11:20:37 | 1 | recollection of being on that transport of inmates from |
| 11:20:39 | 2 | Ohio to Arizona in 2001? |
| 11:20:42 | 3 | A.    No, ma'am, I'm sorry. As many as we did, |
| 11:20:45 | 4 | there is -- I just -- there is no way I could remember |
| 11:20:48 | 5 | a specific move. |
| 11:21:15 | 6 |              MS. FRANCESCANI:  Okay.  That's all I |
| 11:21:15 | 7 | have.  Thank you, Mr. Webster. |
| 11:21:17 | 8 |              THE WITNESS:  Yes, ma'am. |
| 11:21:17 | 9 |              MR. NELSON:  Okay, I just have a couple |
| 11:21:19 | 10 | of questions. |
| 11:21:20 | 11 | |
| 11:21:20 | 12 | QUESTIONS BY MR. NELSON: |
| 11:21:22 | 13 | Q.    Were you ever involved in developing any |
| 11:21:25 | 14 | policies for TransCor? |
| 11:21:26 | 15 | A.    No. |
| 11:21:28 | 16 |              MR. NELSON:  That's it. |
| 11:21:32 | 17 |              MS. FRANCESCANI:  We're done. |
| 11:21:35 | 18 |              THE REPORTER:  What about reading and |
| 11:21:39 | 19 | signing? |
| 11:21:41 | 20 |              MR. NELSON:  Oh, yeah, do you want to -- |
| 11:21:43 | 21 | do you want to waive reading and signing the deposition |
| 11:21:48 | 22 | or do you want to review it to check it for accuracy |
| 11:21:52 | 23 | before we submit it? |
| 11:21:59 | 24 |              THE WITNESS:  Does it matter? |
| 11:22:01 | 25 |              MR. WELBORN:  You can waive it. |

55

```
 1                    C E R T I F I C A T E
 2
 3        I, Martha B. Davis, Registered Diplomate
 4   Reporter and Notary Public, State of Tennessee at
 5   Large, do hereby certify that I recorded to the best of
 6   my skill and ability by machine shorthand the
 7   deposition contained herein, that same was reduced to
 8   computer transcription by myself, and that the
 9   foregoing is a true, accurate, and complete transcript
10   of the deposition testimony heard in this cause.
11        I further certify that the witness was first
12   duly sworn by me and that I am not an attorney or
13   counsel of any of the parties, nor a relative or
14   employee of any attorney or counsel connected with the
15   action, nor financially interested in the action.
16        This  3rd  day of  October            , 2005.
17
18
19
20
21                              _____
                                       Martha B. Davis
22
23   My Commission Expires:
24   August 7, 2007
25
```

