**EXHIBIT 8**

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of Case Management Services



## MEMORANDUM

TO:      Bruno Stole
         Warden, Central Arizona Detention Center

         Brain Gardner
         Warden, Northeast Ohio Correctional Center

         John Walker
         TransCor

FROM:    Edmund P. Walsh
         Administrator

DATE:    June 29, 2001

SUBJECT: Impending Inmate Transfer

The below listed thirty-six (36) inmates have been identified to be transferred from the Northeast Ohio Correctional Center to the Central Arizona Detention Center.

Please ensure all medical charts, personal property and finances accompany these inmates.

TransCor will pick-up these inmates at 8:00 a.m. Monday, July 2, 2001 from Northeast Ohio Correctional Center and will arrive at the Central Arizona Detention Center at 7:00 a.m. Wednesday, July 4, 2001.

| NO. | LAST NAME | FIRST NAME | DCDC# |
|-----|-----------|------------|-------|
| 1.  |           | ADULMALIK  |       |
| 2.  |           | JAMES      |       |
| 3.  |           | MICHAEL    |       |
| 4.  | BASIR     | ABDUL      |       |
| 5.  | BENBVIDES | CARLOS     |       |
| 6.  | BURGESS   | WADE       |       |
| 7.  | BUSHROD   | MARVIN     |       |
| 8.  | BYERS     | PAUL       |       |
| 9.  | DAKARI    | KWAYERA    |       |

| #   | Last Name    | First Name |
|-----|--------------|------------|
| 10. | DENNY        | DAVID      |
| 11. | DUKUZUMUREMY | NAKAMICHI  |
| 12. | GALLOWAY     | HENRY      |
| 13. | GREEN        | ULYSSES    |
| 14. | HARRIS       | RONNIE     |
| 15. | JONES        | JEROME     |
| 16. | JONES        | ROBIN      |
| 17. | KNIGHT       | AARON      |
| 18. | LATHAN       | SCOTT      |
| 19. | LAYNE        | MICHAEL    |
| 20. | LUCAS        | JACKIE     |
| 21. | MALIK        | ISMAIL     |
| 22. | MARTIN       | ANDRE      |
| 23. | PAREDES      | RUDY       |
| 24. | PORTER       | EUGENE     |
| 25. | PRATT        | THOMAS     |
| 26. | PRICE        | WILLIAM    |
| 27. | SHAW         | TIMOTHY    |
| 28. | SMITH        | MICHAEL    |
| 29. | SMITH        | CHAVEZ     |
| 30. | STERLING     | ERVIN      |
| 31. | STEWART      | SHAWN      |
| 32. | SURITA       | ATIRUS     |
| 33. | WESTRY       | GARY       |
| 34. | WILLIAMS     | DAVID      |
| 35. | WITCHER      | VERNON     |
| 36. | WOODARD      | RAYNARD    |

