**EXHIBIT 9**

Case 1:05-cv-01374-RMC    Document 44-14    Filed 08/01/2007    Page 2 of 3

# CORRECTIONS CORPORATION OF AMERICA
## NORTHEAST OHIO CORRECTIONAL CENTER
### TRANSFER AUTHORIZATION FORM

DATE:     **July 2, 2001**
**PERMANENT   X**
**TEMPORARY**

BY ORDER OF **Warden B. Gardner**
THE BELOW INMATES ARE TO BE RELEASED TO
**Transcor**
RELEASED FROM **Northeast Ohio Correctional Center**

| | NAME | NUMBER |
|---|---|---|
| 1. | Ali, Abdul Malik | 261-281 |
| 2. | Alston, James | 244-018 |
| 3. | Anthony, Michael | 276-268 |
| 4. | Basir, Abdul | 252-855 |
| 5. | Benevides, Carlos | 276-797 |
| 6. | Burgess, Wade | 273-827 |
| 7. | Bushrod, Marvin | 210-422 |
| 8. | Byers, Paul | 234-498 |
| 9. | Dakari, Kwayera | 224-025 |
| 10. | Denny, David | 178-435 |
| 11. | Dukuzumuremy, Nakamichi | 233-891 |
| 12. | Galloway, Henry | 176-412 |
| 13. | Green, Ulysses | 272-845 |
| 14. | Harris, Ronnie | 248-309 |
| 15. | Jones, Jerome | 267-150 |
| 16. | Jones, Robin | 242-582 |
| 17. | Knight, Aaron | 273-365 |
| 18. | Lathan, Scott | 275-737 |
| 19. | Layne, Michael | 251-701 |
| 20. | Lucas, Jackie | 197-604 |
| 21. | Malik, Ismail | 232-011 |
| 22. | Martin, Andre | 240-692 |
| 23. | Paredes, Rudy | 278-139 |
| 24. | Porter, Eugene | 200-501 |
| 25. | Pratt, Thomas | 204-698 |
| 26. | Price, William | 215-533 |
| 27. | Shaw, Timothy | 259-686 |
| 28. | Smith, Michael | 261-818 |
| 29. | Smith, Chavez | 275-257 |
| 30. | Sterling, Ervin | 253-074 |
| 31. | Stewart, Shawn | 256-254 |
| 32. | Surita, Atirus | 275-612 |
| 33. | Westry, Gary | 213-179 |
| 34. | Williams, David | 196-949 |
| 35. | Witcher, Vernon | 189-662 |
| 36. | Woodard, Raynard | 214-238 |

Property of CCA Northeast Ohio Correctional Center

**CCA-IAM 0004**

Case 3:05-cv-01874-RMC    Document 44-14    Filed 08/01/2007    Page 3 of 3

The above listed inmates will be released from Northeast Ohio Correctional Center
transported by **Transcor**

to **CENTRAL ARIZONA DETENTION FACILITY**

on _____ **July 2, 2001** _____

NOTE:  Signature of Transporting Office acknowledges receipt of inmate, all necessary
documentation and property.

_____
**Signature of Releasing Officer**

_____
**Signature of Transporting/Receiving Officer**

_____
**Warden's Signature**

_____
**Approving Authority**

**CCA-IAM 0005**