**EXHIBIT 10**

# ACTIVITIES LOG

OIC: MSGT D. RYAN #300
1st AGENT A: SGT. E. WILSON #37
2nd AGENT B:

MANIFEST # 26880
VEHICLE # 8460
Beginning Date: 7-2-01
Ending Date: 7-11-01

| # | Date | Time In | Mileage | Driver | Arrival/Departure Location | POB | Time Out | # of POB | Comments Purpose of Stop | Vehicle Maint. | Fuel/Gal price | Prisoner Food | Prisoner Housing | Agent Motel | Misc. (Identity) |
|---|------|---------|---------|--------|----------------------------|-----|----------|----------|--------------------------|----------------|----------------|---------------|------------------|-------------|------------------|
| 1 | 7-2-01 | 0800 | 374851 | A | Youngstown | OH | 0800 | 01 | START TRIP | | | | | | |
| 2 | 7-2-01 | | 334861 | A | Youngstown | OH | 1200 | 36 | Plu(3rd) Relic C.I. | | | | | | 20.53 |
| 3 | 7-2-01 | 1330 | 374963 | A | Burbank | OH | 1400 | 36 | Fuel | | | | | | |
| 4 | 7-2-01 | 1520 | 374958 | A | Sulbury | OH | 1550 | 36 | Dump Toilet | | | | | | |
| 5 | 7-2-01 | 1830 | 335198 | A | Cambridge | IN | 1945 | 36 | Fed (3rd) | | | | | | |
| 6 | 7-3-01 | 0010 | 375980 | B | Troy | IL | 0045 | 36 | Fuel | | | 106.24 | | | 11.50 |
| 7 | 7-3-01 | 0545 | 385783 | B | Joplin | MO | 0740 | 36 | Fed (3rd) JB | | | 103.04 | | | 36.00 |
| 8 | 7-3-01 | 1245 | 374107 | A | Elk City | OK | 1445 | 36 | Fuel, Fed(3rd), c.f., c.i., c.f | | | 115.04 | | | 4.50 |
| 9 | 7-3-01 | 1905 | 374369 | B | Tucumcari | NM | 2030 | 36 | Fed(3rd) | | | 114.03 | | | 43.00 |
| 10 | 7-4-01 | 0215 | 374684 | B | Las Cruces | NM | 0240 | 36 | Fuel | | | | | | 30.00 |
| 11 | 7-4-01 | 0840 | 377070 | A | Florence | AZ | 0950 | 05 | D/o(36), c.i | | | | | | |
| 12 | 7-5-01 | 1030 | 378097 | B | Lordsburg | OK | 1315 | 05 | Fuel | | | | | | |
| 13 | 7-6-01 | 0805 | 378777 | A | Effingham | IL | 0930 | 05 | Fuel | | | | | | 9.25 |
| 14 | 7-6-01 | 1300 | 374242 | B | Youngstown | OH | | 05 | START (02), C/I | | | | | | |
| 15 | 7-7-01 | 2130 | 372242 | B | Youngstown | OH | 2320 | 05 | D/o(05) Ro,2,Plu(2),Plu,c.f.,c.i | | | | | | |
| 16 | 7/8/01 | 2345 | 372247 | B | Youngstown | OH | 0000 | 21 | Fuel | | | | | | |
| 17 | 7-?-01 | 0410 | 379598 | B | Lorton | VA | 0715 | 05 | D/o(A), c.i | | | | | | 20.00 |
| 18 | 7-7-01 | 1140 | 379815 | A | Fremont | OV | 1153 | 05 | Fuel | | | | | | |
| 19 | 7-7-01 | 2230 | 380348 | B | Hopkinsville | KY | 2230 | 10 | START (10 Lio,(4th),c.i | | | | | | |
| 20 | 7-8-01 | 0100 | 360 | B | Nashville | TN | 0230 | 10 | Change to Bus 406 | | | | | | |

Additional Comments:

RR — Restroom Break
C/I — Called Office
C/CV — Cashed Corncheck
— Fed (#) prisoners meal

S/B — Stretch Break
C/F — Called Facility
POB — Prisoner on Board
RON — Rest Over Night

CCA-IAM 0001