**EXHIBIT 11**

# TransCom America
## PRISONER STATUS

| Prisoner Name (Last, First, Middle) | Page | Vehicle Number | Transport No. | Manifest (1) Number | Manifest (2) Number |
|---|---|---|---|---|---|
| MASS-MOVE | 1 of 1 | B-410 | 276048 | 26580 | NONE |

### MEALS

| DATE | B | L | D | S | PRISONER SIGNATURE |
|---|---|---|---|---|---|
| 7-2-01 | J | J | C | | x 36 INMATES |
| 7-3-01 | C | C | | | x 36 INMATES |

Legend:
- B-Breakfast
- L-Lunch
- D-Dinner
- S-Snack
- J-Jail
- C-Commercial
- SP-Store Purchase

### STRETCH BREAKS

| DATE | TIME IN | TIME OUT |
|---|---|---|

### RESTROOM STOPS

| DATE | TIMES | | | | | | |
|---|---|---|---|---|---|---|---|
| 7-2-01 | 1130 | 0230 | 1730 | 2030 | 2330 | | |
| 7-3-01 | 0230 | 0530 | 0830 | 1130 | 1430 | 1730 | 2030 |
| 7-4-01 | 0000 | 0300 | 0600 | 0800 | | | |

### HOUSING IN - TRANSIT

| STOP LOCATION (City/State) | DATE & TIME IN | MANIFEST NO | DATE & TIME OUT | MANIFEST NO | REASON CODE |
|---|---|---|---|---|---|

Legend W - weather  VM - maintenance.  RON - Rest over night.  Enr - Temporary delay in travel

TCOR-PRC

TCA FO-004-01

CCA-IAM 0006