**EXHIBIT 12**

# TransCor



**PROFESSIONAL AGENTS.** TransCor's more than 350 professional agents are thoroughly screened, including driving records, criminal background checks, employment histories and multiple interviews. Successful applicants have a minimum of two years experience in law enforcement, corrections and/or the military. New agents undergo sixty hours of formal classroom training and six months of closely supervised on-the-job training, followed by forty hours of annual refresher training, field audits and performance evaluations. TransCor's nationwide agents average over eight years experience in law enforcement, corrections and/or military.

**VANS.** At any given time, TransCor has more than sixty vans on the road nationwide. Each of the vans in the fleet of ninety is a one-ton, diesel-powered, compartmentalized and specially modified vehicle that provides security and separation of prisoners. The front compartment has a swing gate to separate disruptive inmates or those with a propensity for violence. There is also storage space for prisoner property. TransCor also has specially equipped wheel chair vans for prisoners with medical conditions or special needs.

**AUTOMOBILES.** TransCor has specially modified sedans and station wagons for medical situations, juveniles, and other cases where transportation by van is not appropriate. The vehicles are equipped with security screens and disabling locking systems.

**BUSES.** TransCor has a fleet of buses, including MCI coaches, dedicated to mass moves and nationwide express routes, resulting in shorter travel times for prisoners.

**AIRPLANES.** TransCor utilizes commercial and charter flights in cases such as medical extraditions, mass moves or short return deadlines.

**MAINTENANCE.** TransCor has the most comprehensive vehicle maintenance system in the industry. Eight full-time mechanics perform regular maintenance and comprehensive checks on all vehicles after every trip is completed.

> "The service TransCor provides has been invaluable to the Palm Beach County Sheriff's Office as it strives to save dollars and increase the availability and presence of its sworn personnel. I would highly recommend TransCor to any law enforcement agency looking to explore prisoner transport services."
>
> Rick Lincoln
> Director of Law Enforcement
> Palm Beach County Sheriff's Office
> Palm Beach, Florida

CCA-IAM 0013

