**EXHIBIT 13**

**TransCor America Inc.**
Nashville, TN 33?21?

02/22/2006
8:31:29 AM
Page 1

# Repair Detail Report

Selection:   Unit Number 410

| Date | Repair Order # | Odometer | Description | Labor Cost | Parts Cost | Total Cost |
|---|---|---|---|---|---|---|
| **Unit: 410** | | | | | | |
| 12/10/1998 | 4000946 | 0 | INSPECTION,CHG OIL & FILTERS,S | 92.50 | 509.00 | $601.50 |
| | | | | | Total: | $601.50 |
| **Unit: 410** | | | | | | |
| 12/10/1998 | 2839 | 1 | See r/o | 144.00 | 1,051.00 | 1,195.00 |
| 12/11/1998 | 2086 | 0 | Tires,replace 2 FR | 0.00 | 0.00 | 0.00 |
| 12/11/1998 | 2086 | 0 | | 0.00 | 0.00 | 0.00 |
| 12/11/1998 | 2086 | 0 | | 0.00 | 0.00 | 0.00 |
| 03/05/1999 | 2299 | 6,052 | | 0.00 | 0.00 | 0.00 |
| 03/05/1999 | 2299 | 6,052 | | 0.00 | 0.00 | 0.00 |
| 03/05/1999 | 2299 | 6,052 | | 0.00 | 0.00 | 0.00 |
| 03/05/1999 | 2299 | 6,052 | | 0.00 | 0.00 | 0.00 |
| 03/05/1999 | 2838 | 6,052 | See e/o | 126.00 | 396.00 | 522.00 |
| 03/25/1999 | 2800 | 176,649 | Ac repair | 0.00 | 66.99 | 66.99 |
| 04/01/1999 | 2799 | 21,180 | Trans replace | 0.00 | 8,113.51 | 8,113.51 |
| 04/01/1999 | 2799 | 21,180 | | 0.00 | 0.00 | 0.00 |
| 04/22/1999 | 2411 | 21,180 | NEW TRANS | 0.00 | 0.00 | 0.00 |
| 04/22/1999 | 2411 | 21,180 | Ac repair | 0.00 | 0.00 | 0.00 |
| 04/22/1999 | 2411 | 21,180 | Air DRYER SVC | 0.00 | 0.00 | 0.00 |
| 04/22/1999 | 2411 | 21,180 | NEW AIR BAG | 0.00 | 0.00 | 0.00 |
| 05/05/1999 | 2792 | 0 | Trans core | 0.00 | 782.66 | 782.66 |
| 05/10/1999 | 2796 | 36,777 | Ac repair | 0.00 | 403.18 | 403.18 |
| 05/11/1999 | 2452 | 36,773 | NEW AIR COMPRESSER | 0.00 | 0.00 | 0.00 |
| 05/11/1999 | 2452 | 36,773 | Ac repair | 0.00 | 0.00 | 0.00 |
| 05/11/1999 | 2452 | 36,773 | ReBUILD AIR DRYER | 0.00 | 0.00 | 0.00 |
| 05/11/1999 | 2452 | 36,773 | Tires,replace 2 | 0.00 | 0.00 | 0.00 |
| 05/11/1999 | 2840 | 36,773 | See r/o | 360.00 | 4,246.00 | 4,606.00 |
| 05/17/1999 | 2766 | 0 | Ac repair | 0.00 | 346.57 | 346.57 |
| 05/17/1999 | 2794 | 0 | Ac repair | 0.00 | 346.57 | 346.57 |
| 05/20/1999 | 2797 | 41,063 | new air compresser | 0.00 | 3,596.40 | 3,596.40 |
| 05/26/1999 | 2795 | 41,452 | Ac repair | 0.00 | 2,889.63 | 2,889.63 |
| 06/10/1999 | 2841 | 48,907 | See r/o | 126.00 | 166.00 | 292.00 |
| 06/11/1999 | 2524 | 48,907 | Fuel filter, replace | 0.00 | 0.00 | 0.00 |
| 06/11/1999 | 2524 | 48,907 | FIX LIGHTS | 0.00 | 0.00 | 0.00 |
| 06/11/1999 | 2524 | 48,907 | | 0.00 | 0.00 | 0.00 |
| 06/24/1999 | 2559 | 57,404 | | 0.00 | 0.00 | 0.00 |
| 06/24/1999 | 2559 | 57,404 | | 0.00 | 0.00 | 0.00 |
| 06/24/1999 | 2559 | 57,404 | | 0.00 | 0.00 | 0.00 |
| 06/24/1999 | 2559 | 57,404 | | 0.00 | 0.00 | 0.00 |
| 06/24/1999 | 2842 | 57,404 | See r/o | 108.00 | 168.00 | 276.00 |
| 07/06/1999 | 2798 | 61,776 | Ac repair | 0.00 | 117.25 | 117.25 |
| 07/23/1999 | 2769 | 67,624 | Ac repair | 0.00 | 0.00 | 0.00 |
| 07/23/1999 | 2769 | 67,624 | Trans oil leak | 0.00 | 3,010.10 | 3,010.10 |
| 08/05/1999 | 2779 | 71,382 | Ac repair | 0.00 | 297.40 | 297.40 |
| 08/20/1999 | 2843 | 75,016 | See r/o | 180.00 | 1,876.00 | 2,056.00 |
| 08/24/1999 | 2713 | 75,016 | 4 new drive tires | 0.00 | 0.00 | 0.00 |
| 08/24/1999 | 2713 | 75,016 | Fix lights | 0.00 | 0.00 | 0.00 |
| 08/24/1999 | 2713 | 75,016 | | 0.00 | 0.00 | 0.00 |
| 09/10/1999 | 2827 | 84,251 | Ac repair | 160.00 | 0.00 | 160.00 |
| 09/10/1999 | 2827 | 84,251 | NEW TOLIET FAN | 0.00 | 1,125.00 | 1,125.00 |

(RO65C)

CCA-IAM 0017

Nashville, TN 337211

*Page 2*

# Repair Detail Report

Selection:   Unit Number 410

| Date | Repair Order # | Odometer | Description | Labor Cost | Parts Cost | Total Cost |
|------|------|------|------|------|------|------|
| 10/06/1999 | 2937 | 97,442 | Rear wheel seal | 0.00 | 0.00 | 0.00 |
| 10/06/1999 | 2937 | 97,442 | | 0.00 | 0.00 | 0.00 |
| 10/06/1999 | 2937 | 97,442 | | 0.00 | 0.00 | 0.00 |
| 10/06/1999 | 2937 | 97,442 | | 153.00 | 265.50 | 418.50 |
| 10/21/1999 | 2982 | 0 | Ac repair | 0.00 | 364.66 | 364.66 |
| 11/04/1999 | 3046 | 109,000 | new rear main seal | 0.00 | 0.00 | 0.00 |
| 11/04/1999 | 3046 | 109,000 | | 0.00 | 0.00 | 0.00 |
| 11/04/1999 | 3046 | 109,000 | | 0.00 | 0.00 | 0.00 |
| 11/04/1999 | 3046 | 109,000 | | 144.00 | 277.00 | 421.00 |
| 11/04/1999 | 3052 | 0 | See r/os | 0.00 | 76.41 | 76.41 |
| 11/30/1999 | 3103 | 104,045 | Heater repair | 0.00 | 854.44 | 854.44 |
| 12/03/1999 | 3133 | 120,321 | Wiper Blade - replace | 0.00 | 0.00 | 0.00 |
| 12/03/1999 | 3133 | 120,321 | | 0.00 | 0.00 | 0.00 |
| 12/03/1999 | 3133 | 120,321 | | 0.00 | 0.00 | 0.00 |
| 12/03/1999 | 3133 | 120,321 | | 180.00 | 319.00 | 499.00 |
| 12/23/1999 | 3203 | 129,783 | | 0.00 | 0.00 | 0.00 |
| 12/23/1999 | 3203 | 129,783 | | 0.00 | 0.00 | 0.00 |
| 12/23/1999 | 3203 | 129,783 | | 0.00 | 0.00 | 0.00 |
| 12/23/1999 | 3203 | 129,783 | | 0.00 | 0.00 | 0.00 |
| 12/23/1999 | 3203 | 129,783 | | 108.00 | 376.00 | 484.00 |
| 02/14/2000 | 3369 | 143,423 | Series 50 repower | 0.00 | 45,360.00 | 45,360.00 |
| 02/28/2000 | 3427 | 152,963 | Fuel filter, replace | 0.00 | 0.00 | 0.00 |
| 02/28/2000 | 3427 | 152,963 | | 0.00 | 0.00 | 0.00 |
| 02/28/2000 | 3427 | 152,963 | | 0.00 | 0.00 | 0.00 |
| 02/28/2000 | 3427 | 152,963 | | 0.00 | 0.00 | 0.00 |
| 02/28/2000 | 3427 | 152,963 | | 180.00 | 370.00 | 550.00 |
| 03/01/2000 | 3438 | 0 | Ac compresser | 0.00 | 694.78 | 694.78 |
| 05/02/2000 | 3607 | 184,233 | 2 tires | 0.00 | 0.00 | 0.00 |
| 05/02/2000 | 3607 | 184,233 | | 0.00 | 0.00 | 0.00 |
| 05/02/2000 | 3607 | 184,233 | | 0.00 | 0.00 | 0.00 |
| 05/02/2000 | 3607 | 184,233 | | 0.00 | 0.00 | 0.00 |
| 05/02/2000 | 3607 | 184,233 | | 0.00 | 0.00 | 0.00 |
| 05/02/2000 | 3607 | 184,233 | | 180.00 | 1,099.00 | 1,279.00 |
| 05/19/2000 | 3675 | 179,661 | Ac repair | 0.00 | 1,103.99 | 1,103.99 |
| 06/14/2000 | 3747 | 207,628 | 6 tires | 0.00 | 0.00 | 0.00 |
| 06/14/2000 | 3747 | 207,628 | All new brakes and drums | 0.00 | 0.00 | 0.00 |
| 06/14/2000 | 3747 | 207,628 | | 486.00 | 1,580.00 | 2,066.00 |
| 06/20/2000 | 3775 | 0 | See r/o | 0.00 | 300.39 | 300.39 |
| 06/20/2000 | 3777 | 0 | See r/o | 0.00 | 1,636.52 | 1,636.52 |
| 06/27/2000 | 3803 | 216,206 | | 0.00 | 0.00 | 0.00 |
| 07/11/2000 | 3876 | 224,654 | Fuel filter, replace | 90.00 | 165.00 | 255.00 |
| 07/14/2000 | 3887 | 227,880 | Fuel filter, replace | 0.00 | 0.00 | 0.00 |
| 07/14/2000 | 3887 | 227,880 | | 180.00 | 219.00 | 399.00 |
| 07/14/2000 | 3887 | 227,880 | | 0.00 | 0.00 | 0.00 |
| 07/25/2000 | 3888 | 233,648 | door spring | 0.00 | 0.00 | 0.00 |
| 07/25/2000 | 3888 | 233,648 | Fuel filters | 0.00 | 0.00 | 0.00 |
| 07/25/2000 | 3888 | 233,648 | 2 blower motors | 0.00 | 0.00 | 0.00 |
| 07/25/2000 | 3888 | 233,648 | 1 pancake | 0.00 | 0.00 | 0.00 |
| 07/25/2000 | 3888 | 233,648 | | 0.00 | 0.00 | 0.00 |
| 07/25/2000 | 3888 | 233,648 | | 270.00 | 1,133.00 | 1,403.00 |
| 07/25/2000 | 3910 | 0 | See r/o | 0.00 | 62.24 | 62.24 |
| 08/02/2000 | 3928 | 238,162 | Tires, replace 1 | 90.00 | 424.00 | 514.00 |

(RO65C)

CCA-IAM 0018

# Repair Detail Report

Selection:   Unit Number 410

| Date | Repair Order # | Odometer | Description | Labor Cost | Parts Cost | Total Cost |
|---|---|---|---|---|---|---|
| 08/22/2000 | 4000 | 242,530 | SeER/O | 0.00 | 441.77 | 441.77 |
| 09/20/2000 | 4065 | 243,690 | Rebuilt motor 5o series | 0.00 | 0.00 | 0.00 |
| 09/20/2000 | 4065 | 243,690 | Ac repair | 0.00 | 0.00 | 0.00 |
| 09/20/2000 | 4065 | 243,690 | new converter | 0.00 | 0.00 | 0.00 |
| 09/20/2000 | 4065 | 243,690 | | 0.00 | 0.00 | 0.00 |
| 09/20/2000 | 4065 | 243,690 | | 0.00 | 0.00 | 0.00 |
| 09/20/2000 | 4065 | 243,690 | | 0.00 | 0.00 | 0.00 |
| 09/20/2000 | 4065 | 243,690 | | 0.00 | 1,600.00 | 1,600.00 |
| 09/25/2000 | 4096 | 0 | new tv converter | 90.00 | 165.00 | 255.00 |
| 11/07/2000 | 4227 | 265,849 | new air bag | 0.00 | 0.00 | 0.00 |
| 11/07/2000 | 4227 | 265,849 | Tag axel seal and studs | 0.00 | 0.00 | 0.00 |
| 11/07/2000 | 4227 | 265,849 | | 0.00 | 0.00 | 0.00 |
| 11/07/2000 | 4227 | 265,849 | | 0.00 | 0.00 | 0.00 |
| 11/07/2000 | 4227 | 265,849 | | 216.00 | 464.00 | 680.00 |
| 11/17/2000 | 4250 | 270,548 | 2 new windshilds | 0.00 | 0.00 | 0.00 |
| 11/17/2000 | 4250 | 270,548 | 2 new tires | 0.00 | 0.00 | 0.00 |
| 11/17/2000 | 4250 | 270,548 | new ujoints | 0.00 | 0.00 | 0.00 |
| 11/17/2000 | 4250 | 270,548 | Front blowers brushes | 216.00 | 2,130.00 | 2,346.00 |
| 12/01/2000 | 4294 | 279,455 | 1 new tire | 90.00 | 473.00 | 563.00 |
| 01/09/2001 | 4411 | 298,728 | new converter | 0.00 | 0.00 | 0.00 |
| 01/09/2001 | 4411 | 298,728 | | 0.00 | 0.00 | 0.00 |
| 01/09/2001 | 4411 | 298,728 | | 126.00 | 205.00 | 331.00 |
| 01/18/2001 | 4440 | 302,109 | new blower motor | 162.00 | 345.00 | 507.00 |
| 01/18/2001 | 4440 | 302,109 | | 0.00 | 0.00 | 0.00 |
| 01/25/2001 | 4458 | 308,317 | new tires | 0.00 | 0.00 | 0.00 |
| 01/25/2001 | 4458 | 308,317 | Starter switch | 0.00 | 0.00 | 0.00 |
| 01/25/2001 | 4458 | 308,317 | | 0.00 | 0.00 | 0.00 |
| 01/25/2001 | 4458 | 308,317 | | 0.00 | 0.00 | 0.00 |
| 01/25/2001 | 4458 | 308,317 | | 72.00 | 2,058.00 | 2,130.00 |
| 02/06/2001 | 4484 | 313,444 | | 72.00 | 15.00 | 87.00 |
| 02/13/2001 | 4492 | 317,892 | RePLACE LUGNUTS | 0.00 | 0.00 | 0.00 |
| 02/13/2001 | 4492 | 317,892 | 3 NEW TIRES | 0.00 | 0.00 | 0.00 |
| 02/13/2001 | 4492 | 317,892 | Ac repair | 108.00 | 4,231.32 | 4,339.32 |
| 03/05/2001 | 4542 | 326,887 | Ac repair | 0.00 | 0.00 | 0.00 |
| 03/05/2001 | 4542 | 326,887 | new drivers window | 216.00 | 2,022.00 | 2,238.00 |
| 03/12/2001 | 4549 | 332,053 | 1 flex pipe | 0.00 | 0.00 | 0.00 |
| 03/12/2001 | 4549 | 332,053 | 2 clamps | 0.00 | 0.00 | 0.00 |
| 03/12/2001 | 4549 | 332,053 | Alternator, replace | 0.00 | 0.00 | 0.00 |
| 03/12/2001 | 4549 | 332,053 | Belt,replace | 180.00 | 818.00 | 998.00 |
| 03/23/2001 | 4583 | 335,082 | | 108.00 | 79.60 | 187.60 |
| 04/05/2001 | 4620 | 344,755 | Blower belt | 0.00 | 0.00 | 0.00 |
| 04/05/2001 | 4620 | 344,755 | | 144.00 | 127.00 | 271.00 |
| 05/07/2001 | 4716 | 355,915 | Adjusted brakes | 54.00 | 0.00 | 54.00 |
| 05/15/2001 | 4748 | 359,011 | Wipers | 0.00 | 0.00 | 0.00 |
| 05/15/2001 | 4748 | 359,011 | | 0.00 | 0.00 | 0.00 |
| 05/15/2001 | 4748 | 359,011 | | 72.00 | 187.00 | 259.00 |
| 05/21/2001 | 4759 | 362,747 | Taillight | 54.00 | 202.00 | 256.00 |
| 06/04/2001 | 4773 | 365,265 | new rs tag bearings | 0.00 | 0.00 | 0.00 |
| 06/04/2001 | 4773 | 365,265 | new wheel and tire | 0.00 | 0.00 | 0.00 |
| 06/04/2001 | 4773 | 365,265 | 2 tires | 0.00 | 0.00 | 0.00 |
| 06/04/2001 | 4773 | 365,265 | new shock | 216.00 | 1,333.00 | 1,549.00 |
| 06/20/2001 | 4806 | 371,024 | Adjust brakes | 0.00 | 0.00 | 0.00 |

(RO65C)

**CCA-IAM 0019**

Case 1:05-cv-01374-RMC     Document 44-18     Filed 08/01/2007     Page 5 of 5

# Repair Detail Report

*Selection:     Unit Number 410*

| Date | Repair Order # | Odometer | Description | Labor Cost | Parts Cost | Total Cost |
|---|---|---|---|---|---|---|
| 06/20/2001 | 4806 | 371,024 | Repaired lights | 0.00 | 0.00 | 0.00 |
| 06/20/2001 | 4806 | 371,024 | | 72.00 | 273.00 | 345.00 |
| 07/20/2001 | 4892 | 339,743 | Replaced battieries | 36.00 | 210.00 | 246.00 |
| 07/30/2001 | 4924 | 384,209 | Replaced 2 windows | 0.00 | 0.00 | 0.00 |
| 07/30/2001 | 4924 | 384,209 | | 0.00 | 0.00 | 0.00 |
| 07/30/2001 | 4924 | 384,209 | | 72.00 | 105.00 | 177.00 |
| | | | | | Total: | $108,804.88 |

**Grand Total:          $109,406.38**

(RO65C)

**CCA-IAM 0020**