**EXHIBIT 14**

C-1

| U.S. Department of Justice | Inmate Personal Property Record— |
| Federal Bureau of Prisons | Institution: USP Atlanta |

| 1. Name: Thomas, Roy | 2. Register Number: 11340-007 | 3. Unit: B03-323 | 4. Date and Time of Inventory 3-3-04 8:00 |

5. Purpose of Inventory (check one that applies): Date and Time of Action: 3-3-04 / 8:00
a.___ Admission   b.___ Hospital   c.___ Writ   d._✓_ Transfer   e.___ Detention   f.___ Release
g.___ Incoming package   h.___ Other (specify)

6. Disposition (Disp.)
D – Donated   (M – Mail)   S – Storage
K – Keep in Possession
C – Contraband (Attach BP-Record-102)

7. Type of Property:

a. Personally Owned Items

| # | Article | Disp. |
|---|---|---|
| | Batteries | |
| | Belt | |
| | Billfold | |
| | Books, reading hard___, soft___ | |
| 4 | Books, religious hard 4, soft___ | M |
| | Brassiere | |
| | Cap, Hat | |
| | Coat | |
| | Coins | |
| | Comb | |
| | Combination lock | |
| | Dress | |
| | Driver's license | |
| | Earplugs | |
| | Eyeglass case | |
| | Eyeglasses | |
| 2 | Gloves (handball) | M |
| 1 | Hair brush/pick | M |
| | Handkerchief | |
| | Jacket | |
| | Jogging suit | |
| 2 | Legal Materials 1 inches | M |
| | Letters | |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pant/slacks | |
| | Pen, ballpoint | |
| | Pencils | |
| 1 | Personal papers 1 inch | M |
| 1 | Photo album | M |
| | Photos | |

| # | Article | Disp. |
|---|---|---|
| | Plastic spoon, cup | |
| | Playing cards | |
| | Purse | |
| | Radio (w/earplug) | |
| | Religious medals | |
| | Ring | |
| | Shirt/blouse | |
| | Shoes | |
| | Shoes, shower | |
| | Shoes, slippers | |
| 2 | Shoes, tennis nike new bal. | M |
| | Shorts | |
| | Skirt | |
| | Slip | |
| | Social security card | |
| | Socks | |
| | Socks, athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| | Sweater | |
| | Sweat pants | |
| 2 | Sweat shirt | M |
| | Trophy | |
| | T-Shirts | |
| 8 | Underwear | M |
| | Watch/watch band | |
| | Wig | |
| 2 | thermo top | M |
| 1 | thermo bott | M |
| 2 | headband | M |

b. Hygiene, etc.

| # | Article | Disp. |
|---|---|---|
| | Dental floss | |
| | Dentures | |
| 4 | Deodorant | M |
| 6 | Hair oil | M |
| | Noxzema | |
| | Powder | |
| | Razor | |
| | Razor blades | |
| 1 | Shampoo | M |
| | Shaving lotion | |
| 2 | Skin lotion | M |
| 16 | Soap | M |
| 1 | Soap dish | M |
| 5 | Toothbrush w/2 holder | M |
| 5 | Toothpaste | M |
| 1 | detergent | M |
| 2 | vaseline | M |
| 1 | mouth guard | M |

c. Hobbycrafts

| # | Article | Disp. |
|---|---|---|
| 7 | kufis | M |

d. Food/Tobacco Items

| # | Article | Disp. |
|---|---|---|
| | Canned tobacco | |
| | Chewing tobacco | |
| | Cigarettes | |
| | Cigars, snuff | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant chocolate | |
| | Instant coffee | |
| | Instant tea | |
| | Pipe cleaner/filters | |
| | Pipes | |
| 4 | vitamins | M |

e. Miscellaneous (List any damaged property and from where it was received; e.g., U.S. Marshal)

A-DES

8. Items Alleged by Inmate to Have Value Over $100.00
Description of Property                                    Value Alleged by Inmate

[X] No individual item over $100.00

9. Article(s) Listed as "Mail" (M) Are to be Forwarded to (Name and Address of Consignee):
Property to USP Big Sandy

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify its accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as mailed, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Receiving Officer: Daniel Quiñones, D.Q.   Date: 3-3-04   Time: 8:30

I have today reviewed the property returned to me. Signature of Inmate: x Roy Thomas   Reg. No.: 11340-007   Date: 3-3-04   Time: 8:30

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Releasing Officer: _____   Date: ___   Time: ___

I have today reviewed the property returned to me. Signature of Inmate _____   Reg. No.: ___   Date: ___   Time: ___

Original — Inmate's Central File; CC: Inmate, R & D, Special Housing
USP LVN                           Previous editions not usable                           BP-383(58)
                                                                                          October 1982

CCA-IAM 00090

# U.S. Department of Justice
Federal Bureau of Prisons

**Inmate Personal Property Record—**
Institution: __USP Atlanta__

| 1. Name: Thomas, Roy | 2. Register Number: 11340-007 | 3. Unit: B03-323 | 4. Date and Time of Inventory: 3-3-04  8:00 |
|---|---|---|---|

5. Purpose of Inventory (check one that applies): Date and Time of Action: __3-3-04 / 8:00__
   a.___ Admission   b.___ Hospital   c.___ Writ   d._✓_ Transfer   e.___ Detention   f.___ Release
   g.___ Incoming package   h.___ Other (specify)

6. Disposition (Disp.):
   D – Donated   (M – Mail)   S – Storage
   K – Keep in Possession
   C – Contraband (Attach BP-Record-102)

7. Type of Property:

**a. Personally Owned Items**

| # | Article | Disp. |
|---|---|---|
| 14 | Batteries | M |
| | Belt | |
| | Billfold | |
| | Books, reading hard___, soft___ | |
| 4 | Books, religious hard 2, soft 2 | M |
| | Brassiere | |
| 2 | Cap (Hat) | M |
| | Coat | |
| | Coins | |
| | Comb | |
| | Combination lock | |
| | Dress | |
| | Driver's license | |
| | Earplugs | |
| | Eyeglass case | |
| | Eyeglasses | |
| | Gloves | |
| 2 | Hair brush/(pick) | M |
| 3 | Handkerchief | M |
| | Jacket | |
| | Jogging suit | |
| | Legal Materials | |
| 2 | Letters Inches | M |
| | Magazines | |
| | Mirror | |
| 1 | Nail Clippers | M |
| | Pant/slacks | |
| 6 | Pen, ballpoint | M |
| | Pencils | |
| | Personal papers | |
| | Photo album | |
| | Photos | |

| # | Article | Disp. |
|---|---|---|
| 1 | Plastic spoon/(cup) | M |
| | Playing cards | |
| | Purse | |
| 1 | Radio (w/earplug) sony | M |
| | Religious medals | |
| | Ring | |
| | Shirt/blouse | |
| | Shoes | |
| 1 | Shoes, shower | M |
| 1 | Shoes, slippers | M |
| | Shoes, tennis | |
| 1 | Shorts | M |
| | Skirt | |
| | Slip | |
| | Social security card | |
| | Socks | |
| 12 | Socks, athletic | M |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| 2 | Sweater | M |
| | Sweat pants | |
| | Sweat shirt | |
| | Trophy | |
| | T-Shirts | |
| | Underwear Iron man | |
| 1 | Watch/watch band | M |
| | Wig | |
| 3 | add. book | M |
| 1 | sony headphone | M |
| 1 | ajwa headphone | M |
| 2 | ath. supporter | M |
| 1 | waist trimmer | M |
| 1 | bowl | M |

**b. Hygiene, etc.**

| # | Article | Disp. |
|---|---|---|
| | Dental floss | |
| | Dentures | |
| | Deodorant | |
| | Hair oil | |
| | Noxzema | |
| 1 | Powder | M |
| 1 | Razor | M |
| | Razor blades | |
| | Shampoo | |
| | Shaving lotion | |
| 2 | Skin lotion | M |
| | Soap | |
| 1 | Soap dish | M |
| | Toothbrush | |
| | Toothpaste | |
| 2 | lip balm | M |
| 1 | tweezers | M |
| 1 | beard trimmer (norelco) | M |
| 1 | bump stopper | M |
| 3 | braces | M |
| 2 | cotton swabs | M |
| 6 | shower cap | M |

**c. Hobbycrafts**

| # | Article | Disp. |
|---|---|---|
| 4 | handballs | M |
| 1 | muscle rub | M |
| 1 | cream | M |
| 1 | prayer oil | M |
| 1 | prayer rug | M |

**d. Food/Tobacco Items**

| # | Article | Disp. |
|---|---|---|
| | Canned tobacco | |
| | Chewing tobacco | |
| | Cigarettes | |
| 145 | Cigars, snuff | M |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant chocolate | |
| | Instant coffee | |
| | Instant tea | |
| | Pipe cleaner/filters | |
| | Pipes | |
| 4 | Utensils | M |

**e. Miscellaneous** (List any damaged property and from where it was received; e.g., U.S. Marshal)

A-DES

8. Items Alleged by Inmate to Have Value Over $100.00
   Description of Property

   Value Alleged by Inmate

   ∅

   ☒ No individual item over $100.00

9. Article(s) Listed as "Mail" (M) Are to be Forwarded to (Name and Address of Consignee):
   __Property to USP Big Sandy__

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify its accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
   Comments

   Printed Name/Signature of Receiving Officer: _Daniel Quinones, DQ_ Date: 3-3-04 Time: 8:00

   I have today reviewed the property returned to me. Signature of Inmate: _Roy Thomas_ Reg. No.: 11340-007 Date: 3-3-04 Time: 8:00

   b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
   Comments

   Printed Name/Signature of Releasing Officer: _____ Date: _____ Time: _____

   I have today reviewed the property returned to me. Signature of Inmate _____ Reg. No.: _____ Date: _____ Time: _____

Original — Inmate's Central File; CC: Inmate, R & D, Special Housing

BP-383(58)