**EXHIBIT 15**

**U.S. Department of Justice**
Federal Bureau of Prisons

**Inmate Personal Property Record—**
Institution: USP- Big Sandy

| 1. Name: Thomas, Roy | 2. Register Number: 11340-007 | 3. Unit: C-1 | 4. Date and Time of Inventory 3-16-04 7:50a |
|---|---|---|---|

5. Purpose of Inventory (check one that applies): Date and Time of Action: 3-16-04 7:50am
a.___ Admission  b.___ Hospital  c.___ Writ  d. ✓ Transfer  e.___ Detention  f.___ Release
g.___ Incoming package  h.___ Other (specify)

6. Disposition (Disp.)
D – Donated   M – Mail   S – Storage
K – Keep in Possession
C – Contraband (Attach BP-Record-102)

7. Type of Property:

**a. Personally Owned Items**

| # | Article | Disp. |
|---|---|---|
| 14 | Batteries | K |
| | Belt | |
| | Billfold | |
| | Books, reading hard___, soft___ | |
| 8 | Books, religious hard 6, soft 2 | K |
| | Brassiere | |
| 1 | Cap/Hat Knit | K |
| | Coat | |
| | Coins | |
| | Comb | |
| | Combination lock | |
| | Dress | |
| | Driver's license | |
| | Earplugs | |
| | Eyeglass case | |
| | Eyeglasses | |
| | Gloves | |
| 1 | Hair brush/pick | K |
| | Handkerchief | |
| | Jacket | |
| | Jogging suit | |
| 3 | Legal Materials in chest | K |
| 25 | Letters | K |
| | Magazines | |
| | Mirror | |
| 1 | Nail Clippers | K |
| | Pant/slacks | |
| 2 | Pen, ballpoint | K |
| | Pencils | |
| 1 | Personal papers in chest | K |
| 1 | Photo album | K |
| | Photos | |

| # | Article | Disp. |
|---|---|---|
| 1 | Plastic spoon/cup | K |
| | Playing cards | |
| | Purse | |
| 1 | Radio (w/earplugs) Sony | K |
| | Religious medals | |
| | Ring | |
| | Shirt/blouse | |
| | Shoes | |
| 12 | Shoes, shower | K |
| | Shoes, slippers | |
| 3 | Shoes, tennis New Balance/Nike | K |
| | Shorts | K |
| | Skirt | |
| | Slip | |
| | Social security card | |
| | Socks | |
| | Socks, athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| | Sweater | |
| 2 | Sweat pants | K |
| 2 | Sweat shirt | K |
| | Trophy | |
| | T-Shirts | |
| 8 | Underwear | K |
| 1 | Watch/watch band Timex | K |
| | Wig | |
| 1 | Beard Trimmer | K |
| 1 | Thermal Top | K |
| 2 | Thermal bottoms | K |
| 2 | Sock Stays | K |
| 1 | Aiwa Headphones | K |
| 1 | Water Jug | K |
| 1 | Tweezers | K |
| 1 | Bowl | |

**b. Hygiene, etc.**

| # | Article | Disp. |
|---|---|---|
| | Dental floss | |
| | Dentures | |
| 1 | Deodorant | K |
| 6 | Hair oil | K |
| | Noxzema | |
| 1 | Powder | K |
| 1 | Razor | R |
| | Razor blades | |
| | Shampoo | |
| 2 | Shaving lotion | |
| 2 | Skin lotion | K |
| 10 | Soap | K |
| 1 | Soap dish | K |
| 4 | Toothbrush 2/holders | K |
| 5 | Toothpaste | K |
| 2 | Ointment | K |
| 2 | Lip Therapy | K |
| 4 | Hand Balls | K |
| 1 | Prayer Rug | K |
| 4 | Sweat | K |
| 1 | Kufis | K |
| 6 | Shower Caps | K |
| 1 | Address Book | K |

c. ___

| # | Article | Disp. |
|---|---|---|
| 2 | Q-Tips | K |
| 1 | Mouth guard | K |
| 1 | Bump stopper | K |
| 1 | Pr Ball gloves | K |
| 2 | Head Bands | K |
| 1 | V-tamins | K |
| 1 | Detergent | K |
| 2 | Vaselines | K |

**d. Food/Tobacco Items**

| # | Article | Disp. |
|---|---|---|
| | Canned tobacco | |
| | Chewing tobacco | |
| | Cigarettes | |
| 1 2PK | Cigars/snuff | K |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant chocolate | |
| | Instant coffee | |
| | Instant tea | |
| | Pipe cleaner/filters | |
| | Pipes | |
| 2 | Magazines | C |
| 7 | Pr Socks | C |
| 6 | Oils | C |
| 2 | Spoons | C |
| 1 | Soap Dish | C |
| 1 Pr | Ball Gloves | C |
| 3 | Hankerchiefs | C |
| 1 | Hair Pick | C |
| 1 Pr | Shower Shoes | C |
| 4 | Kufis | C |
| 1 | Knit Cap | C |

**e. Miscellaneous** (List any damaged property and from where it was received; e.g., U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00
Description of Property | Value Alleged by Inmate

☒ ☒ No individual item over $100.00

9. Article(s) Listed as "Mail" (M) Are to be Forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify its accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.

Comments

Printed Name/Signature of Receiving Officer: George Goble / _____ Date: 3-16-04 Time: 7:50 am

I have today reviewed the property returned to me. Signature of Inmate: Roy Thomas Reg. No.: 11340-007 Date: 3-16-04 Time: 7:50 am

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.

Comments

Printed Name/Signature of Releasing Officer: _____ Date: _____ Time: _____

I have today reviewed the property returned to me. Signature of Inmate _____ Reg. No.: _____ Date: _____ Time: _____

Original — Inmate's Central File; CC: Inmate, R & D, Special Housing

BP-383(58)
October 1982