**Exhibits 16-40, FILED UNDER SEAL**