**Exhibit 41**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
SOCIAL SERVICES DIVISION - ADULT BRANCH

PRESENTENCE REPORT

|  |  |
|---|---|
|  | PDID No.: 377-450 |
|  | Docket No.: F-2152-91 C-E |
| Re: Roy Thomas | Date Referred: 10-9-92 |
| To: The Honorable Harriet R. Taylor | Date Due: 11-17-92 |
| From: Probation Officer Frank McGuire | Sentencing Date: 11-19-92 |

Defendant Information:
True Name: Roy Thomas                                  Address: ███

                                                       Tel. #: ███

Aliases: "Boo"

Age/Birthdate: ███         Sex: Male         Birthplace: DC

Time in D.C. Area: life                     Citizenship: U.S.
                                            Alien No.: N/A

Marital Status: Single  Dependents: 3  Education: High School Grad

Social Security No.: ███                    Permit No.: DC

DCDC No.: 232-011                           FBI No.: ███

Offense, Code and Penalty: See page 2

Plea: Not Guilty  Judgment: Guilty (Jury)  Bond Status: Held without Bond

Detainers or Pending Charges: F-2152-91 Jury trial 2-8-92

Co-defendants:

(b)(7)c

AUSA: Clifford Oronk                        Telephone: 514-7422

Defense Counsel: Steven Kiersh              Telephone: 331-2868

"In accordance with the U.S. Parole Commission and Reorganization Act, Public Law 94-233, dated March 15, 1976 this report is disclosable to inmates in federal institutions for purposes of parole consideration."

7

**EMPLOYMENT HISTORY:**

The defendant indicated that he has worked in two jobs. His first job was three and a half months ago prior to his arrest. Until the time of the arrest when he was working for Capital Clothier at 18th & Columbia Road, N.W. He was cashier and stock person and earned $5 per hour. Reason for leaving: arrest The defendant stated that he was spending part of his time in school.

From: 1987 to 1988 (8 mos.)
Name of Employer: Capital Auto Finance
Address: 18th & Columbia Road
Telephone Number:
Position/Salary: Transporting People to car lenders/$5.50 per hour
Reason for Leaving: Incarcerated
Verification:
Comments: The defendant indicated he had no other employment

**SOCIAL HISTORY:**
   Family History:

The defendant was born to Ray Thomas, Sr. His father is presently in a drug program at CADAC, located on the grounds of St. Elizabeth's. The defendant stated that his father has had a drug problem for over 20 years. His mother is Patricia Jordan who works as a beautician. He has only one sibling, a sister. The defendant noted that his parents never lived together while he was growing up. He had little contact with his natural father since his father was always seemed to be incarcerated. When questioned, he admitted that his family had provided for his basic needs. He noted that at one time in his early years, the family was on public assistance.

He could not remember having a juvenile record, although he did remember being in a group home for breaking and entering. A search of Court records for juveniles and a call to Prince Georges Juvenile Services brought no record to light in either jurisdiction. His grandmother, in commenting on the present case, assured me that her grandson had always been so kind that it was inconceivable that he would ever kill anyone.

**SOCIAL HISTORY:**

   Education/Training:

The defendant obtained a GED at the DC Jail. The last high school he attended was Northwestern High School located in Hyattesville, Maryland. He left in the tenth grade because he wanted to work.

CCA-IAM 00223