**Exhibit 43**

# Certificate

## of Completion

**For Successful completion of**
**Custodial Maintenance Course**
the undersigned is hereby awarded to

**Roy Thomas**

September 19, 2003

*Willie Covington, Instructor*

*D. Williams-Hubble, Education Supervisor*

CCA-IAM 00202



# TPC Training Systems

Upon the Recommendation of
**ATLANTA EDUCATION DEPARTMENT**

**Roy Thomas**

is awarded this
Certificate

for successfully completing the
prescribed course study in
**Custodial Maintenance**

Awarded this twelfth day of September
Two thousand three

**ATLANTA EDUCATION DEPARTMENT**

TPC Training Systems, 750 Lake Cook Rd
Buffalo Grove, IL 60089

 A division of
Telemedia, Inc.

CCA-IAM 00203



# TPC Training Systems

Upon the Recommendation of
**ATLANTA EDUCATION DEPARTMENT**

**Roy Thomas**

is awarded this
**Certificate**

for successfully completing the
prescribed course study in
**Industrial Safety and Health**

Awarded this fourteenth day of July
Two thousand three



**ATLANTA EDUCATION DEPARTMENT**

TPC Training Systems, 750 Lake Cook Rd
Buffalo Grove, IL 60089

A division of
Telemedia, Inc.

CCA-IAM 00204

**TPC Training Systems**

# Certificate of Completion

## Roy Thomas
Name

**has successfully completed
the study of TPC Unit No.** ___453___

**Maintaining Floors and Other Surfaces**
Unit Title

September 19, 2003
Date of Completion

Signature    Willie Covington, REH, VT Instructor



A division of
Telemedia, Inc.

---

**TPC Training Systems**

# Certificate of Completion

## Roy Thomas
Name

**has successfully completed
the study of TPC Unit No.** ___455___

**Carpet and Upholstery Care**
Unit Title

September 19, 2003
Date of Completion

Signature    Willie Covington, REH, VT Instructor

A division of
Telemedia, Inc.

CCA-IAM 00205

## TPC Training Systems

# *Certificate of Completion*

## Roy Thomas
*Name*

### *has successfully completed*
### *the study of TPC Unit No.*   454

**Rest Room Care**
*Unit Title*

September 19, 2003
*Date of Completion*



*Signature*   Willie Covington, REH, VT Instructor

A division of
Telemedia, Inc.

---

## TPC Training Systems

# *Certificate of Completion*

## Roy Thomas
*Name*

### *has successfully completed*
### *the study of TPC Unit No.*   452

**Floors and Floor Care Equipment**
*Unit Title*

September 19, 2003
*Date of Completion*

*Signature*   Willie Covington, REH, VT Instructor

A division of
Telemedia, Inc.

CCA-IAM 00206



# TPC Training Systems

# *Certificate of Completion*

## Roy Thomas
Name

*has successfully completed*
*the study of TPC Unit No.* ___451___

**Cleaning Chemicals**
Unit Title

September 19, 2003
Date of Completion

Signature    Willie Covington, REH, VT Instructor

A division of
Telemedia, Inc.

CCA-IAM 00207