**Exhibit 44**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                        FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Mr. Ward | DATE: 3/6/04 |
|---|---|
| FROM: Roy Thomas 11340007 | REGISTER NO.: 11340 007 |
| WORK ASSIGNMENT: | UNIT: C1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I'm requesting to be an orderly in the rec. Dep't am detail if possible if not I'm willing to work the evening detail also. I'm experienced in refing ball games running table top tournaments, I'm also certified in cust. Maint. (cleaning, buffing, etc) Thank you very much.

Roy Thomas, 11340007

(Do not write below this line)

DISPOSITION:

Approved for Food Serv C1

Approved Ward 3-7-04

Signature Staff Member                                 Date 3/9/04

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

CCA-IAM 00214