**Exhibit 45**

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS

C-1

| TO: (Name and Title of Staff Member) Mr. Miller / Capt. Courclouze | DATE: 3/12/04 |
| FROM: Roy Thomas | REGISTER NO.: 1134 0007 |
| WORK ASSIGNMENT: Pending Food Service | UNIT: C1 229 U |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I'm requesting to work in the rear corridor 2 Evening shift. I have hands on experience in cleaning, buffing and sanitation. I'm now pending food service but have yet to work. Thank you very much, and I've yet to be medically cleared for food service.

Roy Thomas, 1134 0007

(Do not write below this line)

DISPOSITION:

Will release with a replacement.
Approved for
God less it

| Signature Staff Member   B. Jan AFSA | Date 3-16-04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

CCA-IAM 00213