**Exhibit 46**

| Inmate's Name | Register No. | Unit |
|---|---|---|
| THOMAS, R. | 11340-007 | CA |

| Evaluation Period | Work Assignment |
|---|---|
| APRIL | AM TABLES |

Bonus Justification


Signature and Date of Dept. Head Approval


Route to Dept. Head for Review, Then to Unit Team


Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

CCA-IAM 00185

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, ... ring to others.
2. Fair. Seldom makes friends readily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - ④ M.
2. Hours of Satisfactory work _____ 38 _____
3. Regular Pay _____ 4.56 _____
4. Bonus Recommended: ___ yes; ___ no
5. Total Pay _____ $4.56 _____

| | |
|---|---|
| Supervisor's Signature *R P Lidd* | Date 5-5-04 |
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| | |
|---|---|
| Staff Witness' Signature | Date |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| DAY OF MO: | | | | 1 7.5 | 2 OFF | 3 OFF |
| DAY OF MO:4 7.5 | 5 7.5 | 6 7.5 | 7 7.5 | 8 out of F/S | 9 OFF | 10 OF |
| DAY OF MO:11 | 12 | 13 | 14 | 15 | 16 | 17 |
| DAY OF MO:18 | 19 | 20 | 21 | 22 | 23 | 24 |
| DAY OF MO:25 | 26 | 27 | 28 | 29 | 30 | |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

C = Callout    V = Visit    AD = Admin. Det./Discip. Seg
E = Education    HO = Holiday    U = Unsatisfactory
F = Furlough    I = Medical Idle
H = Hospital    UA = Unauthorized

| Inmate's Name THOMAS, R. | Register No. 11340-007 | Detail AM TABLE |
|---|---|---|
| Month: APRIL | Total Hours: | |

(This form may be replicated via WP)      Replaces reverse of BP-324 of OCT 84

CCA-IAM 00186

| Inmate's Name THOMAS, R. | Register No. 11340-007 | Unit OA AM TABLES |
|---|---|---|
| Valuation Period MARCH | Work Assignment AM TABLES | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

CCA-IAM 00187

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Cool, aloof. Creates family. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one)  1 - 2 - 3 -④- M.

2. Hours of Satisfactory work ___88___

3. Regular Pay ___10.56___

4. Bonus Recommended: ___ yes; ___ no

5. Total Pay ___10.56___

| | | |
|---|---|---|
| Supervisor's Signature   *[signature]* | Date | 3-27-04 |
| Inmate's Signature   *Roy Thomas* | Date | 3/28/04 |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason: _____

| | |
|---|---|
| Staff Witness' Signature | Date |

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| DAY OF MO: | 1 | 2 | 3 | 4 | 5 | 6 |  |
| DAY OF MO:7 | 8 | 9 | 10 | 11 | 12 | 13 |  |
| DAY OF MO:14 | 15 | 16 START 5.5 | 17 7.5 | 18 7.5 | 19 OFF | 20 OFF |  |
| DAY OF MO:21 | 22 7.5 | 23 7.5 | 24 7.5 | 25 7.5 | 26 7.5 | 27 OFF | OFF |
| DAY OF MO:28 | 29 7.5 | 30 7.5 | 31 7.5 | 7.5 | | | |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name THOMAS R | Register No. 11340-007 | Detail AM TABLES |
|---|---|---|
| Month MARCH | Total Hours: | |

(This form may be replicated via WP)

Replaces reverse of BP-324 of OCT 84

CCA-IAM 00188