**Exhibit 47**

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Thomas | 11340-007 | C1 |
| Evaluation Period<br>April 2005 | Work Assignment | |
| | | Corridor #1 P/M |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Work must be redone.
3. Satisfactory. Makes some mistakes but no more than expected at this level. Should do better work.
4. Good. Makes fewer mistakes than most inmates at this level.
5. Outstanding. Does superior work. Does Journeyman level work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST, EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION, DEPENDABILITY, SAFETY, CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

CCA-IAM 00159

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does at is told without any fuss.
④. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
④. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
④. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - ④ - M.

2. Hours of Satisfactory work ___ 57 ___

3. Regular Pay ___ $6.84 ___

4. Bonus Recommended: ___ yes; ✓ no

5. Total Pay ___ $6.84 ___

| Supervisor's Signature _(signature)_ / William E. Tolson II. | Date 24APR05 |
|---|---|
| Inmate's Signature | Date 24APR05 |

Inmate **Unavailable** ___ was requested to sign this rating, but refused, citing the following reason:

_David Gordon_

| Staff Witness' Signature | Date 4-24-05 |
|---|---|

## PERFORMANCE PAY DAILY RECORD

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Day of Month | | | | | 1 | 2 |
| | | | | | 2 | 2 |
| Day of Month 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 2 | off | off | 2 | 2 | 2 | 2 |
| Day of Month 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 2 | off | off | 2 | 2 | 2 | 2 |
| Day of Month 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 3 | off | off | 3 | 3 | 3 | 3 |
| Day of Month 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 3 | off | off | 4 | 4 | 4 | 3 |

NOTE: For days reflecting less than 7 hours worked explain by inserting applicable code:

| C = Call out | VI = Visit | AD = Admin Det/ Dis. Seg |
|---|---|---|
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | VAC = Vacation |
| H = Hospital | UA = Unauthorized | |

CCA-IAM 00160

INMATE WORK PERFORMANCE RATING - INMATE COPY

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Thomas | 11340-007 | C-1 |

| Evaluation Period | Work Assignment |
|---|---|
| MARCH 2005 | PM MAIN CORRIDOR ORDERLIES |

**Bonus Justification**

**Signature and Date of Dept. Head Approval**

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating assignment, not the inmate's best day nor worst day. A completed "5" is what is expected of a satisfactory worker in the community.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Satisfactory. Makes some mistakes and does not check work should do objective work.
3. Satisfactory. Makes few mistakes than most inmates at this level.
4. Outstanding. Does superior work.

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Does just enough to get by, has to be prodded occasionally.
3. Satisfactory worker. Does a full day, does not push or waste.
4. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Satisfactory. Can adapt to changes and can start work without waiting to be told.
3. Satisfactory. Plans own work, goes on own in most things. Doesn't wait to be told.
4. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST, EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
3. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to learn.
4. Outstanding. Eager to master own job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn.
2. Slow but picks it up eventually will pick up the skills. Needs more instructions than most.
3. Average. Learns required and faster to learn than most inmates. Needs average amount of instruction.
4. Good. Learns quickly, good memory. Rarely makes the same mistake twice.
5. Outstanding. Needs only to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION, DEPENDABILITY, SAFETY, CARE OF EQUIPMENT
1. Unsafe, constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Dependable, can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Responsible, supervision required. Good record of dependability, prompt.
5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resents or ignores advice.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. Agreeable. Accepts instruction.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Resentful, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, gets along with most others. Well liked.
5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Continue to employ the person to a less demanding job at a lower pay scale?
3. Continue to employ the person, but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same position?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - (4) M.
2. Hours of Satisfactory work ___69___
3. Regular Pay  8.28
4. Bonus Recommended: ___ yes/ ✓ no
5. Total Pay ___

| Supervisor's Signature  R Brandenburg | Date MARCH 31, 2005 |
|---|---|
| Inmate's Signature  R Thomas | Date MARCH 31, 2005 |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00161

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | 1<br>3 HOURS | 2<br>3 HOURS | 3<br>3 HOURS | 4<br>OFF HOURS | 5<br>OFF HOURS |
| 6<br>3 HOURS | 7<br>3 HOURS | 8<br>3 HOURS | 9<br>3 HOURS | 10<br>3 HOURS | 11<br>OFF HOURS | 12<br>OFF HOURS |
| 13<br>3 hours | 14<br>3 hours | 15<br>3 hours | 16<br>3 hours | 17<br>3 hours | 18<br>OFF hours | 19<br>OFF hours |
| 20<br>3 HOURS | 21<br>3 HOURS | 22<br>3 HOURS | 23<br>3 HOURS | 24<br>3 HOURS | 25<br>OFF HOURS | 26<br>OFF HOURS |
| 27<br>3 HOURS | 28<br>3 HOURS | 29<br>3 HOURS | 30<br>3 HOURS | 31<br>3 HOURS | | |

**Note: For days reflecting less than 7 hours worked explain by inserting applicable code:**

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name | Register No. | Detail |
|---|---|---|
| Thomas | 11340-007 | PM CORRIDOR ORDERLIES |

| Month: MARCH 2005 | Total Hours: 69 |
|---|---|

(This form may be replicated via WP)

Replaces reverse of BP-324 of OCT 84

CCA-IAM 00162

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Thomas | 11340-007 | C-1 |

| Evaluation Period | Work Assignment |
|---|---|
| FEBRUARY 2005 | CORRIDOR ORDERLY PM |

**Bonus Justification**

---

**Signature and Date of Dept. Head Approval**

Route to Dept. Head for Review, then to Unit Team

**Instructions:** Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period, neither the inmate's best day nor worst day--as compared with what is expected of a satisfactory worker in the same assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Below Average. Careless; makes mistakes and does not check work. Should correct own work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Above Average. Makes fewer mistakes than most inmates at this level of training. Does journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Below Average. Just enough to get by. Needs to be prodded occasionally.
3. Satisfactory. Works steadily but does a full day's work and wastes little time.
4. Above Average. Works steadily but does a full day's work and wastes little time.
5. Outstanding. Drives self, exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Below Average. Relies on others to say what work needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will do work without waiting to be told.
4. Above Average. With own initiative, acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Unsatisfactory. Shows no interest in job. Regards job as a drag or waste of time.
2. Below Average. Shows minimal interest.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Above Average. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Unsatisfactory. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn.
2. Below Average. Slow but will try; eventually will pick up the skills. Needs more instructions than most.
3. Satisfactory. Learns and does no faster to learn than most inmates. Requires average amount of instruction.
4. Above Average. Learns rapidly. Good memory. Rarely needs to learn same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY, CARE OF EQUIPMENT**
1. Unsatisfactory. Needs constant supervision.If left unsupervised will goof up, get in trouble, or wander off.
2. Below Average. Needs closer supervision than most. Not very dependable.
3. Satisfactory. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Above Average. Needs little supervision. Good record of dependability on promptness.
5. Outstanding. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Unsatisfactory. Poor. Resentful and hostile. May argue with supervisor.
2. Below Average. Satisfactory or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Above Average. Good. No hostility or resentment. Does some as told.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Unsatisfactory. Poor. Receives or is hostile.
2. Below Average. Doesn't make friends easily, annoying to others.
3. Satisfactory. Gets along OK with most co-workers.
4. Above Average. Presently has some interpersonal difficulties.
5. Outstanding. Congenial, helpful. Others seem to seek him out and is accepted by them. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - ④ - M.
2. Hours of Satisfactory work _60_
3. Regular Pay _7.20_
4. Bonus Recommended: yes ___ no ✓
5. Total Pay _7.20_

| | | Date |
|---|---|---|
| Supervisor's Signature | R Brandenburg | FEBRUARY 28, 2005 |
| Inmate's Signature | Roy Thomas | FEBRUARY 28, 2005 |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason:

| | Date |
|---|---|
| Staff Witness' Signature | |

This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00163

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| | | 3 HOURS | 3 HOURS | 3 HOURS | OFF HOURS | OFF HOURS |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 3 HOURS | 3 HOURS | 3 HOURS | 3 HOURS | 3 HOURS | OFF HOURS | OFF HOURS |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 3 HOURS | 3 HOURS | 3 HOURS | 3 HOURS | 3 HOURS | OFF HOURS | OFF HOURS |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 3 HOURS | 3 HOURS | 3 HOURS | 3 HOURS | 3 HOURS | OFF HOURS | OFF HOURS |
| 27 | 28 | | | | | |
| 3 HOURS | 3 HOURS | | | | | |

**Note:** For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name    Thomas | Register No.    11340-007 | Detail    CORRIDOR ORDERLY PM |
|---|---|---|
| Month: FEBRUARY 2005 | Total Hours:    60 | |

(This form may be replicated via WP)    Replaces reverse of BP-324 of OCT 84

CCA-IAM 00164

WORK PERFORMANCE RATING - INMATE COPY

| Inmate Name: ThomaD | Reg. Number: 11340-007 | Unit: CO C-1 |
|---|---|---|
| Evaluation Period JANUARY 2005 | Work Assignment ORDERLY CORRIDOR 1 PM | |

Bonus Justification

---

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating assignment. Rate neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Satisfactory. Makes mistakes and does not check work. Should be checking work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does journeyman level work.
5. Outstanding. Does superior work.

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Satisfactory. Just enough to get by, has to be prodded occasionally.
3. Satisfactory. Works steady but needs to be pushed.
4. Good. A good worker. Does a full day of work.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Satisfactory. Leans on others to say what work needs to be done.
3. Satisfactory. Can adapt to changes in routine if told.
4. Good. Gets on well. Acts on own in most things. Doesn't wait to be told.
5. Outstanding. Has good ideas on better ways of doing things. Acts on own without waiting to be told.

D. INTEREST, EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Satisfactory. Shows minimal interest. Not eager.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to find out more.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn.
2. Satisfactory. Slow but if tries eventually will pick up the skills. Needs more instruction than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION, DEPENDABILITY, SAFETY, CARE OF EQUIPMENT
1. Undependable. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Dependable. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Satisfactory. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negativistic, hostile, annoying to others.
2. Satisfactory. Makes friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers.
4. Good. Friendly, congenial, helpful. Others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Continue the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay -- Grade Class (Circle one) 1 - 2 - 3 - (4) - M.
2. Hours of Satisfactory work    154
3. Regular Pay    18.48
4. Bonus Recommended:   yes ✓ no
5. Total Pay    18.48

| Supervisor's Signature   R Brandenburg | Date JANUARY 31, 2005 |
|---|---|
| Inmate's Signature   Roy Thomas | Date JANUARY 31, 2005 |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00165

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 31 | | | | | 1 |
| 7 HOURS | 7 HOURS | | | | | OFF HOURS |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |

**Note:** For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name  Thomas | Register No.  11340-007 | Detail  ORDERLY CORRIDOR 1 PM |
|---|---|---|
| Month:  JANUARY 2005 | Total Hours:  154 | |

(This form may be replicated via WP)                    Replaces reverse of BP-324 of OCT 84

CCA-IAM 00166

Case 1:06-cv-01991-RMC    Document 14-20    Filed 09/01/2007    Page 10 of 27

BP-S324.052 WORK PERFORMANCE RATING    INMATE COPY
CY. DEPARTMENT OF JUSTICE    FEDERAL BUREAU OF PRISONS

| Inmate's Name | Thomas | Register No. | 11340-007 | Unit | C-1 |

| Evaluation Period | DECEMBER 2004 | Work Assignment | ORDERLY CORRIDOR 1 PM |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

**Instructions:** Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the same assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless. Makes mistakes. Does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does better work.
5. Outstanding. Does superior work. Does Journeyman level work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy. Wastes time. Goofs off.
2. Fair. Does just enough to get by. Needs prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does full day's work and wastes little time.
5. Outstanding. Drives self. Exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work, self-start on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to learn.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Inferior. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Slow. Dull but will eventually pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to absorb than most inmates. Requires average amount of instruction.
4. Rapid. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Undependable. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resents or ignores suggestions.
3. Satisfactory. Does what is told without any fuss.
4. Good. Receptivity or agreement. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic. Hostile. Annoying to others.
2. Fair. Makes friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful. Others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you?
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay, keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay – Grade Class (Circle one) 1 – 2 – 3 – ④ M.
2. Hours of Satisfactory work    154
3. Regular Pay    18.48
4. Bonus Recommended:    yes ___ no
5. Total Pay    18.48

| Supervisor's Signature | R Brandenberg | Date | DECEMBER 31, 2004 |
| Inmate's Signature | [signature] | Date | DECEMBER 31, 2004 |
| Inmate: reason: | [signature] was requested to sign this rating, but refused, citing the following |

| Staff Witness' Signature | | Date | |

This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00167

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | 1<br>7 HOURS | 2<br>7 HOURS | 3<br>OFF HOURS | 4<br>OFF HOURS |
| 5<br>7 HOURS | 6<br>7 HOURS | 7<br>7 HOURS | 8<br>7 HOURS | 9<br>7 HOURS | 10<br>OFF HOURS | 11<br>OFF HOURS |
| 12<br>7 HOURS | 13<br>7 HOURS | 14<br>7 HOURS | 15<br>7 HOURS | 16<br>7 HOURS | 17<br>OFF HOURS | 18<br>OFF HOURS |
| 19<br>7 HOURS | 20<br>7 HOURS | 21<br>7 HOURS | 22<br>7 HOURS | 23<br>7 HOURS | 24<br>OFF HOURS | 25<br>OFF HOURS |
| 26<br>7 HOURS | 27<br>7 HOURS | 28<br>7 HOURS | 29<br>7 HOURS | 30<br>7 HOURS | 31<br>OFF HOURS | |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

C = Callout          V = Visit          AD = Admin. Det./Discip. Seg
E = Education        HO = Holiday        U  = Unsatisfactory
F = Furlough          I = Medical Idle
H = Hospital         UA = Unauthorized

| Inmate's Name  Thomas | Register No.  11340-007 | Detail  ORDERLY CORRIDOR 1PM |
|---|---|---|
| Month:  DECEMBER 2004 | Total Hours:  154 | |

(This form may be replicated via WP)          Replaces reverse of BP-324 of OCT 84

CCA-IAM 00168

WORK PERFORMANCE RATING - INMATE COPY

| Inmate's Name | nomas | Register No. | 11340-007 | Unit | C-1 |

| Evaluation Period | NOVEMMBER, 2004 | Work Assignment | ORDERLY CORRIDOR 1 PM |

Bonus Justification

---

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

**Instructions:** Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does better work.
5. Outstanding. Does superior work, almost most inmates at this level of training. Does Journeyman level work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Does just enough to get by. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by, has to be prodded occasionally.
3. Satisfactory. Works steady but does not push self.
4. Good. Willing worker. Does a good day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Depends on others to say what needs to be done.
3. Satisfactory. Can do an ordinary routine with little start work without waiting to be told.
4. Good. Can plan own work and carries it out on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST, EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest. Is not eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn; no matter how hard is trying.
2. Fair. Slow but is trying. Will eventually will pick up the skills. Needs more instructions than most.
3. Average. Not as slight and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns very quickly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION, DEPENDABILITY, SAFETY, CARE OF EQUIPMENT**
1. Unsafe, constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. If very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Little supervision. Good record of dependability on promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile.
2. Fair. Neglects or ignores supervisor. May argue with supervisor.
3. Satisfactory. Accepts supervision to learn than most inmates.
4. Good. Accepts, generally does what is told without any fuss.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, cooperative, helpful, others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but, without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay — Grade Class (Circle one) 1 - 2 - 3 - (4) M.
2. Hours of Satisfactory work ___154___
3. Regular Pay ___18.48___
4. Bonus Recommended: yes/ no
5. Total Pay ___18.48___

| Supervisor's Signature | R Brandenburg | | Date | 11-30-04 |
| Inmate's Signature | Thomas 11340007 | | Date | 11-30-04 |

Inmate reason: _____ was requested to sign this rating, but refused, citing the following

| Staff Witness' Signature | | Date | |

This form may be replicated via WP.

Replaces BP-S324, OCT 94

CCA-IAM 00169

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 28 | 29 | 30 | | | | |
| 7 HOURS | 7 HOURS | 7 HOURS | | | | |

**Note:** For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name | Register No. | Detail |
|---|---|---|
| Thomas | 11340-007 | ORDERLY CORRIDOR 1 PM |
| Month: NOVEMBER 2004 | Total Hours: | 154 |

(This form may be replicated via WP)          Replaces reverse of BP-324 of OCT 84

CCA-IAM 00170

| Inmate's Name: Thomas | Register No. 11340-007 | Unit: C-1 |
|---|---|---|
| Evaluation Period OCTOBER 2004 | Work Assignment ORDERLY CORRIDOR 1 PM | |

**Bonus Justification**

**Signature and Date of Dept. Head Approval**

Route to Dept. Head for Review, then to Unit Team

**Instructions:** Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating assignment whether the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the community.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Carelessly makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does little, requires urging, must be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Works harder. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work and family. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST, EAGERNESS TO LEARN**
1. Unsatisfactory. Shows no interest in job.
2. Fair. Shows minimal interest but regards job as a drag or waste of time.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Unsatisfactory. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, requires many tries.
2. Fair. Slow but eventually will pick up the skills. Needs more instructions than most.
3. Satisfactory. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns quickly. Good memory. Rarely needs the same instruction twice.
5. Outstanding. Very quick to learn, excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION, DEPENDABILITY, SAFETY, CARE OF EQUIPMENT**
1. Unsatisfactory. Needs constant supervision if left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Fair. Needs close supervision than most. Not very dependable.
3. Satisfactory. Average supervision can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Good. Needs little supervision. Good record of dependability in promptness.
5. Outstanding. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Unsatisfactory. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Neglects or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. Accepts responsibility readily.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Unsatisfactory. Poor. Negativistic, hostile, annoying to others.
2. Fair. Does not make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along ok with most co-workers and is accepted by them.
4. Good. Is congenial, helpful, others like to work together.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - ④ - M,
2. Hours of Satisfactory work _147_
3. Regular Pay _17.64_
4. Bonus Recommended: yes _✓_ no
5. Total Pay _17.64_

| Supervisor's Signature | R Brandenburg | Date | 10-30-04 |
|---|---|---|---|
| Inmate's Signature | Roy Thomas | Date | 10-30-04 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | | Date | |
|---|---|---|---|

This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00171

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 31 | | | | | 1 | 2 |
| 7 HOURS | | | | | OFF HOURS | OFF HOURS |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name Thomas | Register No. 11340-007 | Detail ORDERLY CORRIDOR 1 PM |
|---|---|---|
| Month: OCTOBER 2004 | Total Hours: 147 | |

(This form may be replicated via WP)                    Replaces reverse of BP-324 of OCT 84

CCA-IAM 00172

| | | | |
|---|---|---|---|
| Inmate Name Thomas, Roy | Reg. No. 11340-007 | | C-1 |
| Evaluation Period SEPTEMBER 2004 | Work Assignment ORDERLY CORRIDOR 1 PM | | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating assignment, neither the inmate's best day nor worst day— as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Unsatisfactory. Makes mistakes and does not check work. Should do better.
3. Satisfactory. Makes some mistakes but no more then expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training.
5. Outstanding. Does superior work.

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Unsatisfactory. Slow, needs to be prodded.
3. Satisfactory. Works steadily but does not push self.
4. Good. Steady worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually. Can adapt to changes in routine. Will start work without waiting to be told.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Uses own initiative. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST, EAGERNESS TO LEARN
1. Poor. Shows no interest in job.
2. Fair. Shows minimal interest but regards job as a drag or waste of time.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skill.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn.
2. Fair. Slow but tries; eventually will pick up the skills. Needs more instructions than most.
3. Satisfactory. Slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely needs more than average instruction.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Undependable. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Dependable. Can be relied on for certain things but must be supervised by others. Usually prompt and reliable.
4. Needs little supervision. Good record of dependability on promptness.
5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores supervision.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Does as is told without any fuss.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Cannot get along. Hostile, annoying to others.
2. Fair. Moody. Has trouble. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK by most.
4. Good. Makes friends easily. Has some interpersonal difficulties.
5. Outstanding. Congenial, helpful. Others like to work with him and is accepted by them.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you?
1. Fire or lay off that individual?
2. Continue to employ the person at a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - (4) M.
2. Hours of Satisfactory work  154
3. Regular Pay  $ 18.48
4. Bonus Recommended: ___ yes; ✓ no
5. Total Pay  $ 18.48

| Supervisor's Signature  R. Bradley | Date  9-30-04 |
|---|---|
| Inmate's Signature  Roy Thoms | Date  9-30-04 |

Inmate reason: _____ was requested to sign this rating, but refused, citing the following

| Staff Witness' Signature | Date |
|---|---|

This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00173

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | 1<br>7 HOURS | 2<br>7 HOURS | 3<br>OFF HOURS | 4<br>OFF HOURS |
| 5<br>7 HOURS | 6<br>7 HOURS | 7<br>7 HOURS | 8<br>7 HOURS | 9<br>7 HOURS | 10<br>OFF HOURS | 11<br>OFF HOURS |
| 12<br>7 HOURS | 13<br>7 HOURS | 14<br>7 HOURS | 15<br>7 HOURS | 16<br>7 HOURS | 17<br>OFF HOURS | 18<br>OFF HOURS |
| 19<br>7 HOURS | 20<br>7 HOURS | 21<br>7 HOURS | 22<br>7 HOURS | 23<br>7 HOURS | 24<br>OFF HOURS | 25<br>OFF HOURS |
| 26<br>7 HOURS | 27<br>7 HOURS | 28<br>7 HOURS | 29<br>7 HOURS | 30<br>7 HOURS | | |

**Note:** For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name<br>Thomas, Roy | Register No.<br>11340-007 | Detail<br>ORDERLY CORRIDOR 1 PM |
|---|---|---|
| Month: September 2004 | Total Hours: 154 | |

(This form may be replicated via WP)                Replaces reverse of BP-324 of OCT 84

CCA-IAM 00174

BP-S324.052 WORK PERFORMANCE RATING — INMATE COPY

Case 1:05-cv-01374-RMC   Document 15-22   Filed 10/01/2010   Page XXXX

| Inmate's Name | Thomas, Ray | Register No. 11340-007 | Unit C-1 |
|---|---|---|---|

| Evaluation Period AUGUST 2004 | Work Assignment ORDERLY CORRIDOR 1 PM |
|---|---|

**Bonus Justification**

**Signature and Date of Dept. Head Approval**

Route to Dept. Head for Review, Then to Unit Team

**Instructions:** Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory.
2. Fair. Careless; makes more errors than should for this level of training. Work must be redone.
3. Satisfactory. Makes errors and does not check work. Should do better work.
4. Good. Makes some mistakes but no more than expected at this level.
5. Outstanding. Does superior work. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.

**B. QUANTITY OF WORK**
1. Unsatisfactory.
2. Fair. Lazy, wastes time, goofs off.
3. Satisfactory. Does just enough to get by, has to be prodded occasionally.
4. Good. A willing worker. Works steadily but does not push self.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adjust to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well, sets on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas or better ways of doing things.

**D. INTEREST, EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things not required.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn.
2. Fair. Slow but will eventually pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Never makes the same mistake twice. Is learning much more rapidly than most inmates assigned here.

**F. NEED FOR SUPERVISION, DEPENDABILITY, SAFETY, CARE OF EQUIPMENT**
1. Poor. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Fair. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Good. Little supervision required. Good record of dependability an promptness.
5. Outstanding. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resents or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. Accepts criticism or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Antagonistic, hostile, annoying to others.
2. Fair. Does not make friends well. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful. Others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Continue to employ the person in a less demanding job at a lower pay scale?
3. Continue to employ the person without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one)  1 - 2 - 3 - ④ M.
2. Hours of Satisfactory work  161
3. Regular Pay  $ 19.32
4. Bonus Recommended:  yes / ✓ no
5. Total Pay  $ 19.32

| Supervisor's Signature | R Bramalely | Date | 8-31-04 |
|---|---|---|---|
| Inmate's Signature | Roy Horns | Date | 8-31-04 |

**Inmate:** _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | | Date | |
|---|---|---|---|

This form may be replicated via WP.

Replaces BP-S324, OCT 94

CCA-IAM 00175

Case 1:05-cv-01374-RMC   Document 44-28   Filed 08/01/2007   Page 19 of 27

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 29 | 30 | 31 | | | | |
| 7 HOURS | 7 HOURS | 7 HOURS | | | | |

**Note:** For days reflecting less than 7 hours worked explain by inserting applicable code:

C = Callout          V = Visit          AD = Admin. Det./Discip. Seg
E = Education         HO = Holiday       U = Unsatisfactory
F = Furlough         I = Medical Idle
H = Hospital         UA = Unauthorized

| Inmate's Name   Thomas, Ray | Register No.   11340-007 | Detail   ORDERLY CORRIDOR 1 PM |
|---|---|---|
| Month: AUGUST 2004 | Total Hours: 161 | |

(This form may be replicated via WP)                    Replaces reverse of BP-324 of OCT 84

CCA-IAM 00176

BP-S324.052 WORK PERFORMANCE RATING

| Inmate's Name | Thomas, Ray | Register No. | 11340-007 | Unit | C-1 |
|---|---|---|---|---|---|
| Evaluation Period | JULY 2004 | Work Assignment | ORDERLY CORRIDOR 1 PM | | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work to improve. Can on own improve things.
5. Outstanding. Has good ideas on better ways of doing things. Doesn't wait to be told what to do.

D. INTEREST, EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Satisfactory. Shows minimal interest but not very eager to learn
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard he tries.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly, good memory. Rarely makes the same mistake twice.
5. Outstanding. Quick to learn, excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or annoys suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - ④ - M.
2. Hours of Satisfactory work ___147___
3. Regular Pay ___17.64___
4. Bonus Recommended: yes ___ ✓ no
5. Total Pay ___17.64___

| Supervisor's Signature | R Brandenburg | Date | 7-31-04 |
|---|---|---|---|
| Inmate's Signature | Ray Thomas | Date | 7-31-04 |

Inmate: _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | | Date | |
|---|---|---|---|

This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00177

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | 1 7 HOURS | 2 OFF HOURS | 3 OFF HOURS |
| 4 7 HOURS | 5 7 HOURS | 6 7 HOURS | 7 7 HOURS | 8 7 HOURS | 9 OFF HOURS | 10 OFF HOURS |
| 11 7 HOURS | 12 7 HOURS | 13 7 HOURS | 14 7 HOURS | 15 7 HOURS | 16 OFF HOURS | 17 OFF HOURS |
| 18 7 HOURS | 19 7 HOURS | 20 7 HOURS | 21 7 HOURS | 22 7 HOURS | 23 OFF HOURS | 24 OFF HOURS |
| 25 7 HOURS | 26 7 HOURS | 27 7 HOURS | 28 7 HOURS | 29 7 HOURS | 30 OFF HOURS | 31 OFF HOURS |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

Inmate's Name Thomas, Ray
Register No. 11340-007
Detail ORDERLYCORRIDOR 1 PM

Month: JULY 2004
Total Hours: 147

(This form may be replicated via WP)        Replaces reverse of BP-324 of OCT 84

CCA-IAM 00178

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Thomas, Ray | 11340-007 | C-1 |

| Evaluation Period | Work Assignment |
|---|---|
| JUNE 2004 | ORDERLY CORRIDOR\|PM |

**Bonus Justification**

**Signature and Date of Dept. Head Approval**

Route to Dept. Head for Review, Then to Unit Team

**Instructions:** Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but has to be pushed.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on new things or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard tries.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instruction than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Undependable. Needs constant supervision. If left unsupervised will goof off, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability on promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful. Others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person, but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - ④ . M.
2. Hours of Satisfactory work _____ 159
3. Regular Pay _____ 18.48
4. Bonus Recommended: yes: ✓ no
5. Total Pay _____ 18.48

| Supervisor's Signature | R. Brandely | Date | 6-30-04 |
|---|---|---|---|
| Inmate's Signature | Ray Thom 113 | Date | 6-30-04 |

Inmate reason: ➤ _____ was requested to sign this rating, but refused, citing the following

| Staff Witness' Signature | | Date | |
|---|---|---|---|

This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00179

Case 1:05-cv-01374-RMC    Document 44-28    Filed 08/01/2007    Page 23 of 27

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | 1<br>7 HOURS | 2<br>7 HOURS | 3<br>7 HOURS | 4<br>OFF HOURS | 5<br>OFF HOURS |
| 6<br>7 HOURS | 7<br>7 HOURS | 8<br>7 HOURS | 9<br>7 HOURS | 10<br>7 HOURS | 11<br>OFF HOURS | 12<br>OFF HOURS |
| 13<br>7 HOURS | 14<br>7 HOURS | 15<br>7 HOURS | 16<br>7 HOURS | 17<br>7 HOURS | 18<br>OFF HOURS | 19<br>OFF HOURS |
| 20<br>7 HOURS | 21<br>7 HOURS | 22<br>7 HOURS | 23<br>7 HOURS | 24<br>7 HOURS | 25<br>OFF HOURS | 26<br>OFF HOURS |
| 27<br>7 HOURS | 28<br>7 HOURS | 29<br>7 HOURS | 30<br>7 HOURS | | | |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V  = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U  = Unsatisfactory |
| F = Furlough | I  = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name<br>Thomas, Ray | Register No.<br>11340-007 | Detail<br>ORDERLY CORRIDOR PM |
|---|---|---|
| Month:  JUNE 2004 | Total Hours:  154 | |

(This form may be replicated via WP)                    Replaces reverse of BP-324 of OCT 84

CCA-IAM 00180

| Inmate's Name | Thomas, Ray | Register No. | 11340-007 | Unit | C-1 |

| Evaluation Period | MAY 1-31 2004 | Work Assignment | ORDERLY CORRIDOR 1 PM |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but does no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training.
5. Outstanding. Does superior work

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST, EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tried eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION, DEPENDABILITY, SAFETY, CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Good. Needs little supervision. Good record of dependability an promptness.
5. Outstanding. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Normally does what is told without any fuss.
4. Good. Accepts supervision or recommend. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful, others like to work with him.
5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 -(4)- M.
2. Hours of Satisfactory work _154_
3. Regular Pay _18.48_
4. Bonus Recommended: yes _√_ no
5. Total Pay _18.48_

| Supervisor's Signature | R Brandenburg | Date | 5-28-04 |
| Inmate's Signature | Ray Thomas | Date | 5-28-04 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | | Date |

This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00181

BP-S575.052     PERFORMANCE PAY DAILY RECORD - INMATE   CDFRM
MAR 94
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 30 | 31 | | | | | 1 |
| 7 HOURS | 7 HOURS | | | | | OFF HOURS |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | 7 HOURS | OFF HOURS | OFF HOURS |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name  Thomas, Ray | Register No.  11340-007 | Detail  ORD CORRIDOR 1 PM |
|---|---|---|
| Month: MAY 2004 | Total Hours: 154 | |

(This form may be replicated via WP)          Replaces reverse of BP-324 of OCT 84

CCA-IAM 00182

| Inmate's Name Thomas Roy | Register No. 11340-007 | Unit C-1 |
|---|---|---|
| Evaluation Period 4-2004 | Work Assignment ORDERLY CORRIDOR PM | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the rating assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless, makes mistakes and does not check own work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training.
5. Outstanding. Does superior work

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Satisfactory relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST, EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest Only. Shows average amount of interest eager to learn
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve knowledge.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn; excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Undependable. Needs constant supervision.If left unsupervised will foul up, get in trouble, or wander off.
2. Average. Needs closer supervision than most. Not very dependable.
3. Dependable. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Good. Needs little supervision. Good record of dependability on promptness.
5. Outstanding. No supervision required. Completely dependable in all things.

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.
2. Hours of Satisfactory work   112
3. Regular Pay
4. Bonus Recommended:   yes; ✓ no
5. Total Pay

13:44

| Supervisor's Signature R. Brandley | Date 4-30-04 |
|---|---|
| Inmate's Signature Roy Thomas | Date 4-30-04 |

Inmate reason: _____ was requested to sign this rating, but refused, citing the following

| Staff Witness' Signature | Date |
|---|---|

This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00183

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | 4-1 HOURS | 4-2 HOURS | 4-3 HOURS |
| 4-4 HOURS | 4-5 HOURS | 4-6 HOURS | 4-7 HOURS | 4-8 7 HOURS | 4-9 Day off HOURS | 4-10 Day off HOURS |
| 4-11 7 HOURS | 4-12 7 HOURS | 4-13 7 HOURS | 4-14 7 HOURS | 4-15 7 HOURS | 4-16 Day off HOURS | 4-17 Day off HOURS |
| 4-18 7 HOURS | 4-19 7 HOURS | 4-20 7 HOURS | 4-21 7 HOURS | 4-22 7 HOURS | 4-23 Day off HOURS | 4-24 Day off HOURS |
| 4-25 7 HOURS | 4-26 7 HOURS | 4-27 7 HOURS | 4-28 7 HOURS | 4-29 7 HOURS | 4-30 Day off HOURS | |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name Thomas, Roy | Register No. 11340-007 | Detail ORD CORRIDOR PM |
|---|---|---|
| Month: APRIL 2004 | Total Hours: 112 | |

(This form may be replicated via WP)      Replaces reverse of BP-324 of OCT 84

Assigned to detail on 4-8

CCA-IAM 00184