**Exhibit 48**

OCT 98
U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

Case 1:08-cv-01311-RMS   Document 11-29   Filed 09/01/2007   Page ...

| Inmate's Name | Register No. | Unit |
|---|---|---|
| *Thomas* | *11340-007* | *B03* |

| Evaluation Period | Work Assignment |
|---|---|
| *April 06* | *Compound AA S* |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

**Instructions:** Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Unsatisfactory. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly; Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.
2. Hours of Satisfactory work _____ *0*
3. Regular Pay _____ *0*
4. Bonus Recommended: ___ yes; ___ no
5. Total Pay _____

| Supervisor's Signature | Date |
|---|---|
|  | *4-22-06* |
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|
|  | *4-27-06* |

**CCA-IAM 00131**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| DAY OF MO: 30 | | | | | | 1 |
| DAY OF MO: 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| DAY OF MO: 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| DAY OF MO: 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| DAY OF MO: 23/30 | 24 | 25 | 26 | 27 | 28 | 29 |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name Thomas | Register No. 11340-007 | Detail Compound AM |
|---|---|---|
| Month: April     06 | Total Hours: 0 | |

(This form may be replicated via WP)          Replaces reverse of BP-324 of OCT 84

CCA-IAM 00132

U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS

| Inmate's Name  *Thomas* | Register No.  *11340-007* | Unit  *B-07* |
|---|---|---|
| Evaluation Period  March | Work Assignment           Compound  *S* | |

Bonus Justification


Signature and Date of Dept. Head Approval


Route to Dept. Head for Review, Then to Unit Team


Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00133

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   1. Poor. Resentful and hostile. May argue with supervisor.
   2. Fair. Resists or ignores suggestions.
   3. Satisfactory. Generally does what is told without any fuss.
   4. Good: No hostility or resentment. Tries to improve.
   5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   1. Poor. Negativistic, hostile, annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   4. Good. Friendly, congenial, helpful; others like to work with.
   5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours
   in the community would you:

   1. Fire or lay off that individual?
   2. Transfer the person to a less demanding job at a lower pay scale?
   3. Continue to employ the person but without a raise or promotion this time?
   4. Raise the person's pay but keep the person at the same job?
   5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
   1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.

   2. Hours of Satisfactory work _____0_____ .

   3. Regular Pay _____0_____ .

   4. Bonus Recommended: ___ yes; ___ no

   5. Total Pay _____ .

| Supervisor's Signature _Wood_ | Date _3-19-06_ |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason:

| Staff Witness' Signature _Debo_ | Date _3-19-06_ |
|---|---|

| Month MARCH | | | | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

CCA-IAM 00134

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| Inmate's Name *Thomas* | Register No. *11340-007* | Unit *B-07* |
|---|---|---|
| Evaluation Period      *March* | Work Assignment      Compound    *S* | |

Bonus Justification


Signature and Date of Dept. Head Approval


Route to Dept. Head for Review, Then to Unit Team


Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00135

G. RESPONSE TO SUPERVISION AND INSTRUCTION

  1. Poor. Resentful and hostile. May argue with supervisor.
  2. Fair. Resists or ignores suggestions.
  3. Satisfactory. Generally does what is told without any fuss.
  4. Good. No hostility or resentment. Tries to improve.
  5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS

  1. Poor. Negativistic, hostile, annoying to others.
  2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
  3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
  4. Good. Friendly, congenial, helpful; others like to work with.
  5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

  1. Fire or lay off that individual?
  2. Transfer the person to a less demanding job at a lower pay scale?
  3. Continue to employ the person but without a raise or promotion this time?
  4. Raise the person's pay but keep the person at the same job?
  5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY

  1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.

  2. Hours of Satisfactory work _____0_____ .

  3. Regular Pay _____0_____ .

  4. Bonus Recommended: ___ yes; ___ no

  5. Total Pay _____ . _____

| Supervisor's Signature _Wood_ | Date 3-19-06 |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature _Deb_ | Date 3-19-06 |
|---|---|

**Month** _March_

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

CCA-IAM 00136

| Inmate's Name | *Thomas* | Register No. | C 11340-007 | Unit | C-02 |
|---|---|---|---|---|---|
| Evaluation Period | FEB. 2006 | Work Assignment | COMPOUND A.M. | | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard-all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest.
4. Good. Above-average interest in job. Wants to learn own job but does not put forth extra effort.
5. Outstanding. Eager to master job. Asks questions about own work and related work. May do extra work to improve skills.
that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn; no matter how hard trying.
2. Fair. Slow but if it tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours _____ in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.
2. Hours of Satisfactory work _____ Ø
3. Regular Pay _____
4. Bonus Recommended: _____ yes; _____ no
5. Total Pay _____

| Supervisor's Signature | *D. Ward* | Date | 2-24-06 |
|---|---|---|---|
| Inmate's Signature | | Date | |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | *D. Day* | Date | 2-24-06 |
|---|---|---|---|

CCA-IAM 00137

BP-8575.052
MAR 94
U.S. DEPARTMENT OF JUSTICE

PERFORMANCE PAY WORK RECORD

FEDERAL BUREAU OF PRISONS

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| DAY OF MO: | | | | 1 | 2 | 3 | 4 |
| | | | off | off | Ø | | |
| DAY OF MO: 5 | | 6 | 7 | 8 | 9 | 10 | 11 |
| | | | | | Ø | | |
| DAY OF MO: 12 | | 13 | 14 | 15 | 16 | 17 | 18 |
| | | | | | Ø | | |
| DAY OF MO: 19 | | 20 | 21 | 22 | 23 | 24 | 25 |
| | | | | | Ø | | |
| DAY OF MO: 26 | | 27 | 28 | | | | |
| | | | | | | | |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

C = Callout          V = Visit          AD = Admin. Det./Discip. Seg
E = Education        HO = Holiday        U = Unsatisfactory
F = Furlough          I = Medical Idle
H = Hospital        UA = Unauthorized

| Inmate's Name: *Thomas* | Register No. | Detail: Orderly Corr. AM COMPOUND AM. |
|---|---|---|
| Month: FEBRUARY 2006 | Total Hours: Ø | |

(This form may be replicated via WP)

Replaces reverse of BP-324 of OCT 84

CCA-IAM 00138

| Inmate's Name | Thomas | Register No. | c 11340-007 | Unit | C-02 |
|---|---|---|---|---|---|
| Evaluation Period | FEB. 2006 | Work Assignment | COMPOUND A.M. | | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

**Instructions:** Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things.
5. Outstanding. Has good ideas on better ways of doing things. Doesn't wait to be told what to do.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn; no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours     in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.
2. Hours of Satisfactory work _____ 0 _____
3. Regular Pay _____
4. Bonus Recommended: ___ yes; ___ no
5. Total Pay _____

| Supervisor's Signature | D Wood | Date | 2-24-06 |
|---|---|---|---|
| Inmate's Signature | | Date | |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | V Day | Date | 2-24-06 |
|---|---|---|---|

CCA-IAM 00139

**PERFORMANCE PAY PAIR** ORD    **INMATE COPY**
U.S. DEPARTMENT OF JUSTICE    FEDERAL BUREAU OF PRISONS

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| DAY OF MO: | | | 1 | 2 | 3 | 4 |
| | | off | off | Ø | | |
| DAY OF MO: 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| | | | | Ø | | |
| DAY OF MO: 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| | | | | Ø | | |
| DAY OF MO: 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| | | | | Ø | | |
| DAY OF MO: 26 | 27 | 28 | | | | |
| | | | | | | |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | | |
|---|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

Inmate's Name: _Thomas_    Register No.    Detail: Orderly Corr. AM
**COMPOUND AM.**

Month: **FEBRUARY 2006**    Total Hours: Ø

(This form may be replicated via WP)    Replaces reverse of BP-324 of OCT 84

CCA-IAM 00140

BP-S328.052 WORK PERFORMANCE RATING - INMATE CDFRM
OCT 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Thomas | 11340-007 | C-02 |

| Evaluation Period DECEMBER | Work Assignment |
|---|---|
| JAN | COMP AN |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00141

G. RESPONSE TO SUPERVISION AND INSTRUCTION

    1. Poor. Resentful and hostile. May argue with supervisor.
    2. Fair. Resists or ignores suggestions.
    3. Satisfactory. Generally does what is told without any fuss.
    4. Good. No hostility or resentment. Tries to improve.
    5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS

    1. Poor. Negativistic, hostile, annoying to others.
    2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
    3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
    4. Good. Friendly, congenial, helpful; others like to work with.
    5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY

    Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

    1. Fire or lay off that individual?
    2. Transfer the person to a less demanding job at a lower pay scale?
    3. Continue to employ the person but without a raise or promotion this time?
    4. Raise the person's pay but keep the person at the same job?
    5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY

    1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.

    2. Hours of Satisfactory work _____

    3. Regular Pay _____

    4. Bonus Recommended: ___ yes; ___ no

    5. Total Pay _____

| | |
|---|---|
| Supervisor's Signature<br>P. ADAMS | Date<br>~~12/18/2005~~ 1-23-06 |
| Inmate's Signature | Date |

_____ was requested to sign this rating, but refused, citing the following
reason:

Staff Witness' Signature | Date

---

| Month | DECEMBER | | | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Inmate's Name _Thomas_ | Register No. _11390-007_ | Unit _C1_ |
|---|---|---|
| Evaluation Period _DECEMBER '05_ | Work Assignment _COMPOUND A.M. S_ | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things.
5. Outstanding. Has good ideas on better ways of doing things. Doesn't wait to be told what to do.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instruction than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - 5
2. Hours of Satisfactory work _50_
3. Regular Pay _5.25_
4. Bonus Recommended: ___ yes; ___ no
5. Total Pay ____

| Supervisor's Signature _[signature]_ | Date _12-26-05_ |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature _[signature]_ | Date |
|---|---|

CCA-IAM 00143

BP-S575.052
MAR 94        PERFORMANCE PAY DAY - RECORD    INMATE COPY
U.S. DEPARTMENT OF JUSTICE                                          FEDERAL BUREAU OF PRISONS

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| DAY OF MO: | | | | 1 | 2 | 3 |
| DAY OF MO: 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| DAY OF MO: 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| DAY OF MO: 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| DAY OF MO: 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name: | | Register No. | Detail: Orderly Corr. AM |
|---|---|---|---|
| | | | COMPOUND P.M. |
| Month: DECEMBER 2005 | | Total Hours: | |

(This form may be replicated via WP)                     Replaces reverse of BP-324 of OCT 84

CCA-IAM 00144

OCT. 98

PERFORMANCE RATING - INMATE CDFRM

U.S. DEPARTMENT OF JUSTICE

Case 1:11-cv-01117-C    Document 44-29    Filed 08/01/2007    Page 16 of 29

FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register No. | Unit |
|---|---|---|
| *Thomas* | *11340-007* | *C-1* |
| Evaluation Period | Work Assignment | |
| *October 2005* | *Compounds* | |

Bonus Justification



Signature and Date of Dept. Head Approval


Route to Dept. Head for Review, Then to Unit Team


Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine.
4. Good. Can plan own work well. Acts on own in most things. Will start work without waiting to be told.
5. Outstanding. Has good ideas on better ways of doing things. Doesn't wait to be told what to do.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

CCA-IAM 00145

2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period; if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - (M)
2. Hours of Satisfactory work  42
3. Regular Pay  5.25
4. Bonus Recommended:  ___ yes;  ✓ no
5. Total Pay  5.25

| Supervisor's Signature | | Date |
|---|---|---|
| Inmate's Signature | | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason: _____

| Staff Witness' Signature | | Date |
|---|---|---|

## PERFORMANCE PAY DAILY RECORD

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Day of Month | 8/01/05 | 8/02/05 | 8/03/05 | 8/04/05 | 8/05/05 | 8/06/05 |
| | 2 | 2 | 2 | 2 | 2 | |
| Day of Month | 8/08/05 | 8/09/05 | 8/10/05 | 8/11/05 | 8/12/05 | 8/13/05 |
| | 2 | 2 | 2 | 2 | 2 | |
| Day of Month | 8/14505 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 |
| | 2 | 2 | 2 | 2 | 2 | |
| Day of Month | 8/22/05 | 8/23/05 | 8/24/05 | 8/25/05 | 8/26/05 | 8/27/05 |
| | 2 | 2 | 2 | 2 | 2 | |
| Day of Month | 8/29/05 | 8/30/05 | 8/31/05 | | | |
| | 2 | | | | | |

NOTE: For days reflecting less than 7 hours worked explain by inserting applicable code:
C = Call out          VI = Visit          AD = Admin Det/ Dis. Seg
E = Education         HO = Holiday        U = Unsatisfactory
F = Furlough          I = Medical Idle    VAC = Vacation
H = Hospital          UA = Unauthorized

CCA-IAM 00146

**U.S. DEPARTMENT OF JUSTICE**                                                    **FEDERAL BUREAU OF PRISONS**

| Inmate's Name | Register No. | Unit |
|---|---|---|
| *Thomas* | *11340-007* | *C-1* |
| Evaluation Period | Work Assignment | |
| 2005 August | *Compound S* | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

**Instructions:** Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training.
2. Fair. Careless; makes mistakes and does not check work. Work must be redone.
3. Satisfactory. Makes some mistakes but no more than expected at this level. Should do better work.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine.
4. Good. Can plan own work well. Acts on own in most things. Will start work without waiting to be told.
5. Outstanding. Has good ideas on better ways of doing things. Doesn't wait to be told what to do.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

CCA-IAM 00147

2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally doe_ _hat is told without any fuss.
4. Good. Is quite co-operative at. TIME CUSTioRM4-29
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - (M)
2. Hours of Satisfactory work _72_
3. Regular Pay _5.25_
4. Bonus Recommended: ___ yes; _✓_ no
5. Total Pay _5.25_

| Supervisor's Signature | | Date 8-25-01 |
|---|---|---|
| Inmate's Signature | | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | | Date |
|---|---|---|

## PERFORMANCE PAY DAILY RECORD

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Day of Month | 8/1/05 | 8/3/05 | 8/3/05 | 8/4/05 | 8/5/05 | 8/03/05 |
| | 1 | / | / | / | | |
| Day of Month | 8/8/05 | 8/9/05 | 8/10/05 | 8/11/05 | 8/12/05 | 8/09/05 |
| | / | / | / | / | | |
| Day of Month | 8/15/05 | 8/16/05 | 8/17/05 | 8/18/05 | 8/20/05 | 7/16/05 |
| | | / | / | / | / | |
| Day of Month | 8/23/05 | 8/24/05 | 8/25/05 | 8/26/05 | 8/27/05 | 7/23/05 |
| | | | | | / | |
| Day of Month | 8/30/05 | 8/31/05 | 7/27/05 | 7/28/05 | 7/29/05 | 7/30/05 |
| 7/31/05 | | \ | / | | | |

NOTE: For days reflecting less than 7 hours worked explain by inserting applicable code:
C = Call out        VI = Visit              AD = Admin Det/ Dis. Seg
E = Education       HO = Holiday            U = Unsatisfactory
F = Furlough        I = Medical Idle        VAC = Vacation
H = Hospital        UA = Unauthorized

CCA-IAM 00148

WORK PERFORMANCE RATING - INMATE CDFRM

FEDERAL BUREAU OF PRISONS

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Thomas | 11340-007 | C-1 |
| Evaluation Period | Work Assignment | |
| September 2005 | Compound S | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

CCA-IAM 00149

2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. Goes out of duty or assignment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - (M.)
2. Hours of Satisfactory work ___45___
3. Regular Pay ___5.25___
4. Bonus Recommended: ___ yes; ✓ no
5. Total Pay ___5.25___

| Supervisor's Signature | _(signature)_ | Date | 9-30-05 |
| Inmate's Signature | _(signature)_ | Date | |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason: _____

| Staff Witness' Signature | | Date | |

## PERFORMANCE PAY DAILY RECORD

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Day of Month | 8/01/05 | 8/02/05 | 8/03/05 | 8/04/05 | 8/05/05 | 8/06/05 |
| | | | | | | |
| Day of Month | 8/08/05 | 8/09/05 | 8/10/05 | 8/11/05 | 8/12/05 | 8/13/05 |
| | | | | 3 | 3 | |
| Day of Month | 8/14505 | 8/16/05 | 8/17/05 | 8/18/05 | 8/19/05 | 8/20/05 |
| | 3 | 3 | 3 | 3 | 3 | |
| Day of Month | 8/22/05 | 8/23/05 | 8/24/05 | 8/25/05 | 8/26/05 | 8/27/05 |
| | 3 | 3 | 3 | 3 | 3 | |
| Day of Month | 8/29/05 | 8/30/05 | 8/31/05 | | | |
| | 3 | 3 | 3 | | | |

NOTE: For days reflecting less than 7 hours worked explain by inserting applicable code:
C = Call out          VI = Visit           AD = Admin Det/ Dis. Seg
E = Education         HO = Holiday         U = Unsatisfactory
F = Furlough          I = Medical Idle     VAC = Vacation
H = Hospital          UA = Unauthorized

CCA-IAM 00150

| Inmate's Name | Register No. | Unit |
|---|---|---|
| *Thomas* | *11340-007* | *C-1* |

| Evaluation Period | Work Assignment |
|---|---|
| July 2005 | *Compound S* |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)                                    Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**

CCA-IAM 00151

1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Complies with orders without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - (M)
2. Hours of Satisfactory work _____ 73
3. Regular Pay _____ 5.25
4. Bonus Recommended: ___ yes; ✓ no
5. Total Pay _____ 5.25

| Supervisor's Signature | Date 7·22-05 |
|---|---|
| Inmate's Signature | Date |

Inmate
reason: _____ was requested to sign this rating, but refused, citing the following

| Staff Witness' Signature | Date |
|---|---|

### PERFORMANCE PAY DAILY RECORD

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Day of Month | | | | | 7/01/05 | 7/02/05 |
| | | | | | 7✓ | |
| Day of Month | 7/04/05 | 7/05/05 | 7/06/05 | 7/07/05 | 7/08/05 | 7/09/05 |
| | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Day of Month | 7/11/05 | 7/12/05 | 7/13/05 | 7/14/05 | 7/15/05 | 7/16/05 |
| | | ✓ | ✓ | | ✓ | ✓ |
| Day of Month | 7/18/05 | 7/19/05 | 7/20/05 | 7/21/05 | 7/22/05 | 7/23/05 |
| | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Day of Month | 7/25/05 | 7/26/05 | 7/27/05 | 7/28/05 | 7/29/05 | 7/30/05 |
| 7/31/05 | | ✓ | ✓ | ✓ | ✓ | ✓ |

NOTE: For days reflecting less than 7 hours worked explain by inserting applicable code:
C = Call out          VI = Visit          AD = Admin Det/ Dis. Seg
E = Education         HO = Holiday        U = Unsatisfactory
F = Furlough          I = Medical Idle    VAC = Vacation
H = Hospital          UA = Unauthorized

CCA-IAM 00152

James Moore - Inmate Pay Sheet Highlighted.wpd

BP-S324.052 **WORK PERFORMANCE RATING - INMATE** CDFRM
OCT 98
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| Inmate's Name  *Thomas* | Register No.  *11340-007* | Unit  *C-2* |
|---|---|---|
| Evaluation Period  *Nov-05* | Work Assignment  *Compound* | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly, Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things..

(This form may be replicated via WP)                                    Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.

CCA-IAM 00153

    5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
    1. Poor. Negativistic, hostile, annoying to others.
    2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
    ③ Satisfactory. Gets along OK with most co-workers and is accepted by them.
    4. Good. Friendly, congenial, helpful; others like to work with.
    5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
    Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

    1. Fire or lay off that individual?
    2. Transfer the person to a less demanding job at a lower pay scale?
    ③ Continue to employ the person but without a raise or promotion this time?
    4. Raise the person's pay but keep the person at the same job?
    5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
    1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - Ⓜ

    2. Hours of Satisfactory work _____ 5 _SC_

    3. Regular Pay _____ 5.25 _____

    4. Bonus Recommended: ___ yes; ✓ no

    5. Total Pay _____ 5 2/ _____

| Supervisor's Signature _(signature)_ | Date 11-28-05 |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason: _____

| Staff Witness' Signature | Date |
|---|---|

### PERFORMANCE PAY DAILY RECORD

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Day of Month | | | | | 7/01/05 | 7/02/05 |
| | | | | | | |
| Day of Month | 7/04/05 | 7/05/05 | 7/06/05 | 7/07/05 | 7/08/05 | 7/09/05 |
| | | | | | | |
| Day of Month | 7/11/05 | 7/12/05 | 7/13/05 | 7/14/05 | 7/15/05 | 7/16/05 |
| | | | | | | |
| Day of Month | 7/18/05 | 7/19/05 | 7/20/05 | 7/21/05 | 7/22/05 | 7/23/05 |
| | | | | | | |
| Day of Month 7/31/05 | 7/25/05 | 7/26/05 | 7/27/05 | 7/28/05 | 7/29/05 | 7/30/05 |
| | | | | | | |

NOTE: For days reflecting less than 7 hours worked explain by inserting applicable code:
C = Call out          VI = Visit          AD = Admin Det/ Dis. Seg
E = Education         HO = Holiday         U = Unsatisfactory
F = Furlough          I = Medical Idle     VAC = Vacation
H = Hospital          UA = Unauthorized

CCA-IAM 00154

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| Inmate's Name  Thomas | Register No. 11340-007 | Unit |
|---|---|---|
| Evaluation Period  June 2005 | Work Assignment  Compound 1 S | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - (M)
2. Hours of Satisfactory work ___44___
3. Regular Pay ___5.25___
4. Bonus Recommended:  yes; ___  no ___
5. Total Pay ___5.25___

| Supervisor's Signature | Date  6-34-05 |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

CCA-IAM 00155

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| DAY OF MO: | | | 1 | | | |
| | | | 2 | | | |
| DAY OF MO: | | | | | | |
| DAY OF MO: | | | | | | |
| DAY OF MO: | | | | | | |
| DAY OF MO: | | | 30 | | | |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

| | | |
|---|---|---|
| C = Callout | V = Visit | AD = Admin. Det./Discip. Seg |
| E = Education | HO = Holiday | U = Unsatisfactory |
| F = Furlough | I = Medical Idle | |
| H = Hospital | UA = Unauthorized | |

| Inmate's Name  Thomas | Register No.  11340-007 | Detail  Compound/ S |
|---|---|---|
| Month:  June 2005 | Total Hours:  44 | |

(This form may be replicated via WP)                    Replaces reverse of BP-324 of OCT 84

CCA-IAM 00156

| Inmate's Name *Thomas* | Register No. *11340-007* | Unit *C1* |
|---|---|---|
| Evaluation Period *May* ~~February~~ 2005 | Work Assignment ~~Orderline A~~ *Compound* | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things.
5. Outstanding. Has good ideas on better ways of doing things. Doesn't wait to be told what to do.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision.
2. Needs closer supervision than most. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours          in the community would you:
1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - (M)
2. Hours of Satisfactory work *25*
3. Regular Pay *5.25*
4. Bonus Recommended: yes; *✓* no
5. Total Pay *5.25*

| Supervisor's Signature | Date *5-28-05* |
|---|---|
| Inmate's Signature | Date |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**CCA-IAM 00157**

U.S. DEPARTMENT OF JUSTICE                                                    FEDERAL BUREAU OF PRISONS

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| DAY OF MO: |  | 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |  | OFF |
| DAY OF MO: 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| OFF |  |  |  |  |  | OFF |
| DAY OF MO: 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| OFF |  |  |  |  |  | OFF |
| DAY OF MO: 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| OFF |  |  |  |  |  | OFF |
| DAY OF MO: 27 | 28 | 29 | 30 | 31 |  |  |
| ___ | ___ |  |  |  |  |  |

Note: For days reflecting less than 7 hours worked explain by inserting applicable code:

C = Callout          V = Visit          AD = Admin. Det./Discip. Seg
E = Education        HO = Holiday       U = Unsatisfactory
F = Furlough          I = Medical Idle
H = Hospital         UA = Unauthorized

| Inmate's Name: *Thomas* | Register No. *11340-007* | Detail: *Compound* ~~Ord Corr A~~ |
|---|---|---|
| Month: ~~February~~ *May* | Total Hours: *25* |  |

(This form may be replicated via WP)                        Replaces reverse of BP-324 of OCT 84

CCA-IAM 00158