**Exhibit 49**

**U.S. DEPARTMENT OF JUSTICE**                                          FEDERAL BUREAU OF PRISONS

| Inmate's Name  THOMAS, R | Register No. 11340-007 | Unit B2 |
|---|---|---|
| Evaluation Period  12-06 | Work Assignment  B2 ORD | |

Bonus Justification  High Level of work

_Signature_  12/28/06

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. **QUALITY OF WORK**
  1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
  2. Fair. Careless; makes mistakes and does not check work. Should do better work.
  3. Satisfactory. Makes some mistakes but no more than expected at this level.
  4. *(circled)* Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
  5. Outstanding. Does superior work

B. **QUANTITY OF WORK**
  1. Unsatisfactory. Lazy, wastes time, goofs off.
  2. Fair. Does just enough to get by. Has to be prodded occasionally.
  3. Satisfactory. Works steadily but does not push self.
  4. *(circled)* Good. Willing Worker. Does a full day's work and wastes little time.
  5. Outstanding. Drives self exceptionally hard all the time.

C. **INITIATIVE**
  1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
  2. Fair. Usually relies on others to say what needs to be done.
  3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
  4. *(circled)* Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
  5. Outstanding. Has good ideas on better ways of doing things.

D. **INTEREST; EAGERNESS TO LEARN**
  1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
  2. Fair. Shows minimal interest but not very eager to learn.
  3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
  4. *(circled)* Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
  5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. **ABILITY TO LEARN**
  1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
  2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
  3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
  4. *(circled)* Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
  5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. **NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
  1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
  2. Needs closer supervision than most. Not very dependable.
  3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
  4. *(circled)* Needs little supervision. Good record of dependability an promptness.
  5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00113

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - (4) M.

2. Hours of Satisfactory work ___146___

3. Regular Pay ___27.60___

4. Bonus Recommended: _X_ yes; ___ no

5. Total Pay ___40.60___

Supervisor's Signature: B. M.  Date: 12-12-06
Inmate's Signature: [signature]  Date: 12-27-06

Inmate ___ was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature  Date

**Month Dec 06**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
|        |        |         |           |          | 7      | off      |
| off    | 7      | 7       | 7         | 7        | 7      | 11       |
| 11     | 7      | 7       | 7         | 7        | 7      | 11       |
| 11     | 7      | 7       | 7         | 7        | 7      | 11       |
| 11     | 4f 6   | 7       | 7         | 7        | 7      | 11       |

CCA-IAM 00114

**U.S. DEPARTMENT OF JUSTICE**                                    FEDERAL BUREAU OF PRISONS

| Inmate's Name THOMAS, R | Register No. 11340-007 | Unit B2 |
|---|---|---|
| Evaluation Period 12-06 | Work Assignment B2 ORD | |
| Bonus Justification High Level of work | | |

[Signature] 12/28/06

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. **QUALITY OF WORK**
  1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
  2. Fair. Careless; makes mistakes and does not check work. Should do better work.
  3. Satisfactory. Makes some mistakes but no more than expected at this level.
  4. (circled) Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
  5. Outstanding. Does superior work

B. **QUANTITY OF WORK**
  1. Unsatisfactory. Lazy, wastes time, goofs off.
  2. Fair. Does just enough to get by. Has to be prodded occasionally.
  3. Satisfactory. Works steadily but does not push self.
  4. (circled) Good. Willing Worker. Does a full day's work and wastes little time.
  5. Outstanding. Drives self exceptionally hard all the time.

C. **INITIATIVE**
  1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
  2. Fair. Usually relies on others to say what needs to be done.
  3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
  4. (circled) Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
  5. Outstanding. Has good ideas on better ways of doing things.

D. **INTEREST; EAGERNESS TO LEARN**
  1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
  2. Fair. Shows minimal interest but not very eager to learn.
  3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
  4. (circled) Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
  5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. **ABILITY TO LEARN**
  1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
  2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
  3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
  4. (circled) Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
  5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. **NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
  1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
  2. Needs closer supervision than most. Not very dependable.
  3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
  4. (circled) Needs little supervision. Good record of dependability an promptness.
  5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00115

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.
2. Hours of Satisfactory work ___146___
3. Regular Pay ___27.60___
4. Bonus Recommended: _X_ yes; ___ no
5. Total Pay ___40.60___

Supervisor's Signature: [signature]   Date: 12-12-06
Inmate's Signature: [signature] Sharon   Date: 12-27-06

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature   Date

| | | | Month DEC 06 | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| | | | | | 7 | OFF |
| OFF | 7 | 7 | 7 | 7 | 7 | 11 |
| 11 | 7 | 7 | 7 | 7 | 7 | 11 |
| 11 | 7 | 7 | 7 | 7 | 7 | 11 |
| 11 | 1f/0 | 7 | 7 | 7 | 7 | 11 |

CCA-IAM 00116

**U.S. DEPARTMENT OF JUSTICE**      FEDERAL BUREAU OF PRISONS

| Inmate's Name Thomas, R | Register No. 11340-007 | Unit B2 |
|---|---|---|
| Evaluation Period 10-2004 | Work Assignment ORD B2 | |

Bonus Justification: High Level of Work

_[signature]_

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. **(Good.)** Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

B. QUANTITY OF WORK
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. **(Good.)** Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. **(Good.)** Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. **(Good.)** Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. **(Good.)** Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. **(Needs little supervision.)** Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

**CCA-IAM 00117**

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   1. Poor. Resentful and hostile. May argue with supervisor.
   2. Fair. Resists or ignores suggestions.
   3. Satisfactory. Generally does what is told without any fuss.
   ④ Good. No hostility or resentment. Tries to improve.
   5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   1. Poor. Negativistic, hostile, annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   ④ Good. Friendly, congenial, helpful; others like to work with.
   5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

   1. Fire or lay off that individual?
   2. Transfer the person to a less demanding job at a lower pay scale?
   ③ Continue to employ the person but without a raise or promotion this time?
   4. Raise the person's pay but keep the person at the same job?
   5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
   1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - ④ - M.
   2. Hours of Satisfactory work __147__
   3. Regular Pay __24.00__
   4. Bonus Recommended: _X_ yes; ___ no
   5. Total Pay __31.00__

| Supervisor's Signature B Day | Date 10-26-06 |
|---|---|
| Inmate's Signature X Roy Thomas | Date 10-26-06 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

Month OCT 2006

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 OFF | 2  7 | 3  7 | 4  7 | 5  7 | 6  7 | 7 OFF |
| 8 OFF | 9 H/O | 10  7 | 11  7 | 12  7 | 13  7 | 14 OFF |
| 15 OFF | 16  7 | 17  7 | 18  7 | 19  7 | 20  7 | 21 OFF |
| 22 OFF | 23  7 | 24  7 | 25  7 | 26  7 | 27  7 | 28 OFF |
| 29 OFF | 30  7 | 31  7 | | | | |

CCA-IAM 00118

BP-S324.052 WORK PERFORMANCE RATING - INMATE CDFRM
OCT 98

**U.S. DEPARTMENT OF JUSTICE**                                                                    **FEDERAL BUREAU OF PRISONS**

| Inmate's Name Thomas, R | Register No. 11340-007 | Unit B2 |
|---|---|---|
| Evaluation Period 10-2004 | Work Assignment ORD B2 | |

Bonus Justification: High Level of work

_signature_

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
  1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
  2. Fair. Careless; makes mistakes and does not check work. Should do better work.
  3. Satisfactory. Makes some mistakes but no more than expected at this level.
  **(4) Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.**
  5. Outstanding. Does superior work

B. QUANTITY OF WORK
  1. Unsatisfactory. Lazy, wastes time, goofs off.
  2. Fair. Does just enough to get by. Has to be prodded occasionally.
  3. Satisfactory. Works steadily but does not push self.
  **(4) Good. Willing Worker. Does a full day's work and wastes little time.**
  5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
  1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
  2. Fair. Usually relies on others to say what needs to be done.
  3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
  **(4) Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.**
  5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
  1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
  2. Fair. Shows minimal interest but not very eager to learn.
  3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
  **(4) Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.**
  5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
  1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
  2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
  3. Average. No slower and no faster to learn than most inmates. Needs more instructions than most.
  **(4) Good. Learns rapidly. Good memory. Rarely makes the same mistake twice. Requires average amount of instruction.**
  5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
  1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
  2. Needs closer supervision than most. Not very dependable.
  3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
  **(4) Needs little supervision. Good record of dependability an promptness.**
  5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00119

G. **RESPONSE TO SUPERVISION AND INSTRUCTION**
   1. Poor. Resentful and hostile. May argue with supervisor.
   2. Fair. Resists or ignores suggestions.
   3. Satisfactory. Generally does what is told without any fuss.
   ④. Good. No hostility or resentment. Tries to improve.
   5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. **ABILITY TO WORK WITH OTHERS**
   1. Poor. Negativistic, hostile, annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   ④. Good. Friendly, congenial, helpful; others like to work with.
   5. Outstanding. Gets along well with everyone. Very popular.

I. **OVERALL JOB PROFICIENCY**
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

   1. Fire or lay off that individual?
   2. Transfer the person to a less demanding job at a lower pay scale?
   ③. Continue to employ the person but without a raise or promotion this time?
   4. Raise the person's pay but keep the person at the same job?
   5. Promote the person to a more demanding job at a higher pay rate?

J. **GRADES AND PAY**
   1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - ④ - M.
   2. Hours of Satisfactory work __147__
   3. Regular Pay __24.00__
   4. Bonus Recommended: _X_ yes; ___ no
   5. Total Pay __31.00__

| Supervisor's Signature B Sol | Date 10-26-06 |
|---|---|
| Inmate's Signature X Roy Thomas | Date 10-26-06 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

Month __OCT 2006__

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 OFF | 2  7 | 3  7 | 4  7 | 5  7 | 6  7 | 7 OFF |
| 8 OFF | 9 H/O | 10  7 | 11  7 | 12  7 | 13  7 | 14 OFF |
| 15 OFF | 16  7 | 17  7 | 18  7 | 19  7 | 20  7 | 21 OFF |
| 22 OFF | 23  7 | 24  7 | 25  7 | 26  7 | 27  7 | 28 OFF |
| 29 OFF | 30  7 | 31  7 | | | | |

**CCA-IAM 00120**

BP-S324.052 WORK PERFORMANCE RATING - INMATE FORM
OCT 98
U.S. DEPARTMENT OF JUSTICE                                           FEDERAL BUREAU OF PRISONS

| Inmate's Name THOMAS, R | Register No. 11340-007 | Unit B2 |
|---|---|---|
| Evaluation Period 09-06 | Work Assignment B2 ORD | |

Bonus Justification   High level of work

_signature_

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
  1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
  2. Fair. Careless; makes mistakes and does not check work. Should do better work.
  3. Satisfactory. Makes some mistakes but no more than expected at this level.
  **4. Good. Makes fewer mistakes than most inmates at this level of training.**
  5. Outstanding. Does superior work. Does Journeyman level work.

B. QUANTITY OF WORK
  1. Unsatisfactory. Lazy, wastes time, goofs off.
  2. Fair. Does just enough to get by. Has to be prodded occasionally.
  3. Satisfactory. Works steadily but does not push self.
  **4. Good. Willing Worker. Does a full day's work and wastes little time.**
  5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
  1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
  2. Fair. Usually relies on others to say what needs to be done.
  3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
  **4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.**
  5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
  1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
  2. Fair. Shows minimal interest but not very eager to learn.
  3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
  **4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.**
  5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
  1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
  2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
  3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
  **4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.**
  5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
  1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
  2. Needs closer supervision than most. Not very dependable.
  3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
  **4. Needs little supervision. Good record of dependability an promptness.**
  5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00121

G. RESPONSE TO SUPERVISION AND INSTRUCTION
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.
2. Hours of Satisfactory work _140_
3. Regular Pay _27.60_
4. Bonus Recommended: _X_ yes; ___ no
5. Total Pay _32.66_

Supervisor's Signature: B Day    Date: 9-25-06
Inmate's Signature: X Ray Thomas    Date: 9-25-06

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature:    Date:

| Month | Sept 06 | | | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|  |  |  |  |  | 1  7 | 2  OFF |
| 3  OFF | 4  H/O | 5  7 | 6  7 | 7  7 | 8  7 | 9  OFF |
| 10  OFF | 11  7 | 12  7 | 13  7 | 14  7 | 15  7 | 16  OFF |
| 17  OFF | 18  7 | 19  7 | 20  7 | 21  7 | 22  7 | 23  OFF |
| 24  OFF | 25  7 | 26  7 | 27  7 | 28  7 | 29  7 | 30  OFF |

CCA-IAM 00122

**U.S. DEPARTMENT OF JUSTICE**             **FEDERAL BUREAU OF PRISONS**

| Inmate's Name | Register No. | Unit |
|---|---|---|
| THOMAS, R | 11340-007 | B2 |
| Evaluation Period | Work Assignment | |
| 09-06 | B2 ORD | |

Bonus Justification    High level of work

_____
Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. **Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.**
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. **Good. Willing Worker. Does a full day's work and wastes little time.**
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. **Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.**
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. **Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.**
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. **Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.**
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. **Needs little supervision. Good record of dependability an promptness.**
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)      Replaces BP-S324, OCT 94

**CCA-IAM 00123**

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   1. Poor. Resentful and hostile. May argue with supervisor.
   2. Fair. Resists or ignores suggestions.
   3. Satisfactory. Generally does what is told without any fuss.
   (4). Good. No hostility or resentment. Tries to improve.
   5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   1. Poor. Negativistic, hostile, annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   (4). Good. Friendly, congenial, helpful; others like to work with.
   5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

   1. Fire or lay off that individual?
   2. Transfer the person to a less demanding job at a lower pay scale?
   (3). Continue to employ the person but without a raise or promotion this time?
   4. Raise the person's pay but keep the person at the same job?
   5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
   1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - (4) - M.
   2. Hours of Satisfactory work  140
   3. Regular Pay  27.60
   4. Bonus Recommended: X yes; ___ no
   5. Total Pay  32.66

Supervisor's Signature: B Day    Date 9-25-06
Inmate's Signature: X Ray Rojas   Date 9-25-06

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature    Date

| Month SePT 06 | | | | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| | | | | | 1  7 | 2  OFF |
| 3  OFF | 4  H/O | 5  7 | 6  7 | 7  7 | 8  7 | 9  OFF |
| 10 OFF | 11  7 | 12  7 | 13  7 | 14  7 | 15  7 | 16  OFF |
| 17 OFF | 18  7 | 19  7 | 20  7 | 21  7 | 22  7 | 23  OFF |
| 24 OFF | 25  7 | 26  7 | 27  7 | 28  7 | 29  7 | 30  OFF |

CCA-IAM 00124

**U.S. DEPARTMENT OF JUSTICE**　　　　　　　　　　　　　　　　　　　　　　**FEDERAL BUREAU OF PRISONS**

| Inmate's Name Thomas, R | Register No. 11340-007 | Unit B2 |
|---|---|---|
| Evaluation Period 08-2006 | Work Assignment B2 ORD | |

Bonus Justification  High Level of Work

_[signature]_ 8/19/06

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. **(Good.)** Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. **(Good.)** Willing Worker. Does a full day's work and wastes little time.
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. **(Good.)** Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. **(Good.)** Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. **(Good.)** Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. **(Good.)** Needs little supervision. Good record of dependability an promptness.
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

**CCA-IAM 00125**

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   1. Poor. Resentful and hostile. May argue with supervisor.
   2. Fair. Resists or ignores suggestions.
   3. Satisfactory. Generally does what is told without any fuss.
   ④. Good. No hostility or resentment. Tries to improve.
   5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   1. Poor. Negativistic, hostile, annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   ④. Good. Friendly, congenial, helpful; others like to work with.
   5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

   1. Fire or lay off that individual?
   2. Transfer the person to a less demanding job at a lower pay scale?
   ③. Continue to employ the person but without a raise or promotion this time?
   4. Raise the person's pay but keep the person at the same job?
   5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
   1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.
   2. Hours of Satisfactory work __161__
   3. Regular Pay __27-60__
   4. Bonus Recommended: _X_ yes; ___ no
   5. Total Pay __37-60__

| Supervisor's Signature | Date 8-14-06 |
| Inmate's Signature X R. Thomas | Date 8-14-06 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |

Month __AUG 2006__

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  | 1  7 | 2  7 | 3  7 | 4  7 | 5  OFF |
| 6  OFF | 7  7 | 8  7 | 9  7 | 10  7 | 11  7 | 12  OFF |
| 13  OFF | 14  7 | 15  7 | 16  7 | 17  7 | 18  7 | 19  OFF |
| 20  OFF | 21  7 | 22  7 | 23  7 | 24  7 | 25  7 | 26  OFF |
| 27  OFF | 28  7 | 29  7 | 30  7 | 31  7 |  |  |

CCA-IAM 00126

# WORK PERFORMANCE RATING - INMATE CDFRM

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| Inmate's Name: Roy Thomas | Register No. 11340-007 | Unit B2 |
|---|---|---|
| Evaluation Period 07-2006 | Work Assignment B2 ORD | |

Bonus Justification: High Level of work

_____ 7/25/06
Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. **Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.**
5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. **Good. Willing Worker. Does a full day's work and wastes little time.**
5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. **Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.**
5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. **Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.**
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. **Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.**
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. **Needs little supervision. Good record of dependability an promptness.**
5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

**CCA-IAM 00127**

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   1. Poor. Resentful and hostile. May argue with supervisor.
   2. Fair. Resists or ignores suggestions.
   3. Satisfactory. Generally does what is told without any fuss.
   (4). Good. No hostility or resentment. Tries to improve.
   5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   1. Poor. Negativistic, hostile, annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   (4). Good. Friendly, congenial, helpful; others like to work with.
   5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

   1. Fire or lay off that individual?
   2. Transfer the person to a less demanding job at a lower pay scale?
   (3). Continue to employ the person but without a raise or promotion this time?
   4. Raise the person's pay but keep the person at the same job?
   5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
   1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - (4) - M.
   2. Hours of Satisfactory work __140__
   3. Regular Pay __28.80__
   4. Bonus Recommended: _X_ yes; ___ no
   5. Total Pay __38.80__

Supervisor's Signature  B Say          Date 7-24-06
Inmate's Signature  Roy Thomas         Date 7-24-06

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature                Date

Month __July - 2006__

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 OFF |
| 2 OFF | 3  7 | 4 H/O | 5  7 | 6  7 | 7  7 | 8 OFF |
| 9 OFF | 10  7 | 11  7 | 12  7 | 13  7 | 14  7 | 15 OFF |
| 16 OFF | 17  7 | 18  7 | 19  7 | 20  7 | 21  7 | 22 OFF |
| 23 OFF | 24  7 | 25  7 | 26  7 | 27  7 | 28  7 | 29 OFF |
| 30 OFF | 31  7 |  |  |  |  |  |

CCA-IAM 00128

**U.S. DEPARTMENT OF JUSTICE**  FEDERAL BUREAU OF PRISONS

Inmate's Name: Thomas, R.
Register No.: 11340007
Unit: B2
Evaluation Period: May 06
Work Assignment: B2 ORD
Bonus Justification: High Level of Work

Signature and Date of Dept. Head Approval: [signature] 5/23/06

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the assignment.

A. QUALITY OF WORK
 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
 3. Satisfactory. Makes some mistakes but no more than expected at this level.
 (4). Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
 5. Outstanding. Does superior work

B. QUANTITY OF WORK
 1. Unsatisfactory. Lazy, wastes time, goofs off.
 2. Fair. Does just enough to get by. Has to be prodded occasionally.
 3. Satisfactory. Works steadily but does not push self.
 (4). Good. Willing Worker. Does a full day's work and wastes little time.
 5. Outstanding. Drives self exceptionally hard all the time.

C. INITIATIVE
 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
 2. Fair. Usually relies on others to say what needs to be done.
 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
 (4). Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
 5. Outstanding. Has good ideas on better ways of doing things.

D. INTEREST; EAGERNESS TO LEARN
 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
 2. Fair. Shows minimal interest but not very eager to learn.
 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
 (4). Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

E. ABILITY TO LEARN
 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
 3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
 (4). Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT
 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
 2. Needs closer supervision than most. Not very dependable.
 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
 (4). Needs little supervision. Good record of dependability an promptness.
 5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

CCA-IAM 00129

G. RESPONSE TO SUPERVISION AND INSTRUCTION
   1. Poor. Resentful and hostile. May argue with supervisor.
   2. Fair. Resists or ignores suggestions.
   3. Satisfactory. Generally does what is told without any fuss.
   (4). Good. No hostility or resentment. Tries to improve.
   5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
   1. Poor. Negativistic, hostile, annoying to others.
   2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   (4). Good. Friendly, congenial, helpful; others like to work with.
   5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

   1. Fire or lay off that individual?
   2. Transfer the person to a less demanding job at a lower pay scale?
   (3). Continue to employ the person but without a raise or promotion this time?
   4. Raise the person's pay but keep the person at the same job?
   5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
   1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.
   2. Hours of Satisfactory work __154__
   3. Regular Pay __30.00__
   4. Bonus Recommended: _X_ yes; ___ no
   5. Total Pay __40.00__

| Supervisor's Signature | Date 5-30-06 |
| --- | --- |
| Inmate's Signature | Date 5-30-06 |

Inmate X _Roy Thomas_ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
| --- | --- |

Month __MAY 06__

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| --- | --- | --- | --- | --- | --- | --- |
|  | 1 / 7 | 2 / 7 | 3 / 7 | 4 / 7 | 5 / 7 | 6 / OFF |
| 7 / OFF | 8 / 7 | 9 / 7 | 10 / 7 | 11 / 7 | 12 / 7 | 13 / OFF |
| 14 / OFF | 15 / 7 | 16 / 7 | 17 / 7 | 18 / 7 | 19 / 7 | 20 / OFF |
| 21 / OFF | 22 / 7 | 23 / 7 | 24 / 7 | 25 / 7 | 26 / 7 | 27 / OFF |
| 28 / OFF | 29 / H/O | 30 / 7 | 31 / 7 |  |  |  |

CCA-IAM 00130