**Exhibit 50**

**NFPT**
National Federation of Professional Trainers

PO Box 4579 • Lafayette, IN 47903 • 1-800-729-6378 • Fax: 765-471-7369 • www.nfpt.com - nfpt@nfpt.com

Wednesday, November 29, 2006
**Membership Number: 30137**

Roy Thomas
USP Big Sandy
PO Box 2068
Inez, KY 41224

Dear Roy:

We regret to inform you that you have not successfully completed the NFPT examination. The scaled score required to pass the examination is 74. Your score is 73.

Below are the 6 content categories of the exam with a percentage that represents the test weight of that content area and a ranking numeral that indicates your relative performance in answering the questions for that area. The numeral 6 indicates your highest ranking and the numeral 1 your lowest scoring content area.

| Understand Characteristics of Wellness | 10% | 6 |
|---|---|---|
| Professional and Legal Practices | 5% | 5 |
| Identify Client's Goals & Implement Exercise Program | 25% | 4 |
| Exercise Physiology | 25% | 3 |
| Human Anatomy | 15% | 2 |
| Human Physiology | 20% | 1 |

You may choose to re-take the NFPT examination at a cost of $60, payable to NFPT by way of check, money order, or credit card. An additional $20 will charged to you by the test administrator on your scheduled test date, this fee should be paid in cash. NFPT's policy on re-tests does not allow for any one person to take the examination more than three times in one year. Please refer to NFPT's *Candidate Handbook* at www.nfpt.com for more detailed information regarding these and other policies.

We look forward to serving your Personal Trainer Certification needs and encourage you to take this examination again for this certification credential. NFPT Certified Trainers receive benefits far beyond their credential, and we wish for you to take advantage of these services as well. Please contact us at 800-729-6378 with any questions. Thank you and have a great day.

Cordially,

*April Pattee*

April M. Pattee
Director of Human Resources
National Federation of Professional Trainers, NFPT, Inc.

CCA-IAM 00190

# Certification of Completion

This is awarded to

*Roy Thomas*

For Completion of Calisthenics Class

At U.S.P. Big Sandy

This Certificate is awarded on this 9th Day of August, 2006

*J. Brown, Recreation Specialist*

*P. Patterson, SOR*

CCA-IAM 00191



Adult Continuing Education Program

Certificate of

ACHIEVEMENT

This Certifies that

Roy Thomas

has completed the requirements for the class

*Keyboarding*,

and is therefore issued this certificate.

Presented by the Education Department USP Big Sandy

September 30, 2004

S.Walters, Supervisor of Education

V.Jordan, Vocational Trades Instructor

CCA-IAM 00192



# Vocational Training

in

Microsoft Office

*Roy Thomas*

is officially recognized and congratulated
for a successful Exploratory Level completion.

December 31, 2004

_____
Valerie Jordan, Vocational Training Instructor

_____
Susan Walters, Supervisor of Education

CCA-IAM 00193



CCA-IAM 00195



Adult Continuing Education Program

Certificate of ACHIEVEMENT

This Certifies that

Roy Thomas

has completed the requirements for the class

*Keyboarding,*

and is therefore issued this certificate.

Presented by the Education Department USP Big Sandy

September 30, 2004

S. Walters, Supervisor of Education

V. Jordan, Vocational Trades Instructor

CCA-IAM 00196