**Exhibits 51-52, FILED UNDER SEAL**