**Exhibit 53**

# TransCor America, Inc.

## PRISONER RECEIPT

**BILLING**

I am the duly appointed state agent for:
- Agency: _____
- Address: _____ City _____ State _____ Zip _____
- Assignor: _____ Date _____ Time _____
- Phone: ( ___ ) ___ - ___  Miles _____
- Vehicle Number: B-410
- Transportation Number: 276048
- Manifest Numbers: (1) 26580 (2) ___ (3) NONE (4) ___
- Surcharges: ☐ Female ☐ Waiting ☐ Other: ___

**PRISONER INFORMATION**

For the extradition of the below named subject
- Name: MASS-MOVE (36) INMATES
- Inmate No.: ___  SS No.: ___
- Race: ___ Sex: ___ D.O.B.: ___ Height: ___ Weight: ___ Hair: ___ Eyes: ___
- AKA: ___
- Offense: ___
- Next of Kin: ___  Subject Place of Birth: ___
- Address: ___  Phone No.: ___
- Warrant No.: SEE ATTACHED SHEETS
- Booking No.: ___  Authorization No.: ___
- Bond Amount: ___  Court Jurisdiction: ___

**PICK-UP INFORMATION**

- Holding Agency: NORTHEAST CORRECTIONAL CENTER (CCA)
- Street Address: 2240 HUBBARD ROAD  City: YOUNGSTOWN  State: OH
- Contact Person: SGT. CRAWFORD  Phone: # HAS BEEN DISCONNECTED
- Signed Waiver ☐ Date: NONE  Other: INTERSTATE COMPACT
- 2HR ETA C/I Date/Time: ___
- Contact Person: ___

I certify that the ☐ Prisoner ☐ Property ☐ Evidence ☐ Medication ☐ Paperwork was delivered to my C...
I, MSG DRY #300 do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic, that I will bear true faith and allegiance to the Constitution of the United States and that I take this obligation freely, without any reservation and that I will well and faithfully discharge the duties upon which I am appointed.
- Date: 7-2-01  Time: 1130

**DELIVERY INFORMATION**

- Receiving Agency: CENTRAL ARIZONA DETN. CENTER (CCA)
- Street Address: 1155 NORTH PINAL  City: FLORENCE  State: AZ
- Contact Person: MS. CINDY DAVIS  Phone: 520-868-3668  24 Hr. Phone: 520-868-9098
- I certify that the ☐ Prisoner ☑ Property ☐ Evidence ☑ Medication ☑ Paperwork was delivered to my Custody.
- Prisoner delivered by: MSG DRY  I.D. No. 300
- Receiving Officer's Signature: ___  Date: 7/4/01  Time: 0900  I.D. No.: ___
- Printed Signature: GERALD RAZO ASST. SHIFT SUP. G.R.

**ADDITIONAL INFORMATION**
NONE

CCA-IAM 0003