**Exhibit 54**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ismail Abdul Malik, a/k/a Roy Thomas,<br><br>   Plaintiff,<br><br>v.<br><br>District of Columbia, *et al.*,<br><br>   Defendants. | Civil Action No. 1:05-cv-1374 (RMC) |

**DECLARATION OF TIMOTHY J. BOJANOWSKI**

I, TIMOTHY J. BOJANOWSKI, under penalty of perjury of the laws of the United States of America do declare the following:

 1. I am counsel of record for Defendants District of Columbia, Corrections Corporation of America, Inc. and TransCor America, L.L.C, in this action.

 2. I have personal knowledge that the matters in this Declaration are true and accurate, and submit this Declaration in support of Defendants District of Columbia, Corrections Corporation of America, Inc. and TransCor America, L.L.C.'s Motion for Summary Judgment.

 3. Exhibit 1 to the forgoing Defendants District of Columbia, Corrections Corporation of American and TransCor's Statement of Uncontroverted Material Facts in Support of Their Motion for Summary Judgment ("SOF") is a true and accurate copy the Plaintiff's Sentence Monitoring Computation Data, obtained in response to a Bureau of Prison's ("BOP") FOIA request for Plaintiff's BOP Central Inmate File. Plaintiff's date of birth and FBI number have been redacted as identifying information, not essential to the

1807792.1

disposition of this motion, in accordance with the Court's Notice Regarding Privacy and Public Access to Electronic Civil Criminal Files.

4. Exhibit 2 to the forgoing SOF is a true and accurate copy of the CM/ECF docket report in United States District Court for the Northern District of Ohio, Civil Action No. 97-1995-DAP, of which I was counsel of record for defendants.

5. Exhibit 4 to the forgoing SOF is a true and accurate copy of the first page of the Summer 1998 issue of the *TransCor Traveler*, as maintained by TransCor.

6. Exhibit 5 to the forgoing SOF is a true and accurate copy of the Unit Information for TransCor Bus No. 410, printed from TransCor records on February 22, 2006.

7. Exhibit 8 to the forgoing SOF is a true and accurate copy of a two-page June 29, 2001 memorandum from D.C. Department of Corrections, Office of Case Management Services Administrator Edmund P. Walsh to Bruno Stolc, Brian Gardner, and John Walker.

8. Exhibit 9 to the forgoing SOF is a true and accurate copy of the two-page July 2, 2001 CCA-NEOCC Transfer Authorization Form, signed by Brian Gardner, as maintained in TransCor files.

9. Exhibits 10-11 and 53 to the forgoing SOF are true and accurate copies of the TransCor America Activities Log, Prisoner Status Log and Prisoner Receipt, compiled during the July 2-4 mass move from NEOCC to CADC and maintained in TransCor files.

10. Exhibit 12 to the forgoing SOF is a true and accurate copy of TransCor promotional material, maintained in TransCor files.

11.     Exhibit 13 to the forgoing SOF is a true an accurate copy of the Repair Detail Report for TransCor Bus No. 410, printed from TransCor records on February 22, 2006.

12.     Exhibits 14-15 to the forgoing SOF are true and accurate copies of Plaintiff's BOP Personal Property Records, obtained pursuant to a BOP FOIA request for Plaintiff's BOP Central Inmate File.

13.     Exhibits 16-40 to the forgoing SOF are true and accurate copies of pages of Plaintiff's BOP Medical Records, obtained pursuant to a BOP FOIA request, with Plaintiff's authorization, for Plaintiff's BOP Medical File.

14.     Exhibit 41 to the forgoing SOF is a true and accurate copies of pages 1 and 7 of Plaintiff's Superior Court of the District of Columbia Presentence Report in Case No. F-2152-91, obtained pursuant to a BOP FOIA request for Plaintiff's BOP Central Inmate File. Plaintiff's date of birth, home address, telephone number, Social Security Numbers and FBI Number have been redacted as identifying information, not essential to the disposition of this motion, in accordance with the Court's Notice Regarding Privacy and Public Access to Electronic Civil Criminal Files.

15.     Exhibit 42 to the forgoing SOF is a true and accurate copy of Plaintiff's GED test scores, reported on July 26, 2006, and obtained pursuant to a BOP FOIA request for Plaintiff's BOP Central Inmate File.

16.     Exhibits 43 and 50 to the forgoing SOF contains true and accurate copies of Plaintiff's BOP education certificates, obtained pursuant to a BOP FOIA request for Plaintiff's BOP Central Inmate File.

17. Exhibits 44-45 to the forgoing SOF are true and accurate copies of Plaintiff's BOP Inmate Request to Staff Forms, obtained pursuant to a BOP FOIA request for Plaintiff's BOP Central Inmate File.

18. Exhibits 46-49 to the forgoing SOF are true and accurate copies of Plaintiff's BOP Work Performance Ratings, obtained pursuant to a BOP FOIA request for Plaintiff's BOP Central Inmate File.

19. Exhibits 51-52 to the forgoing SOF are true and accurate copies of Plaintiff's BOP Psychology Services Intake records, obtained pursuant to a BOP FOIA request, with Plaintiff's consent for Plaintiff's BOP Central Inmate File and Psychology Data System records. The Psychology Services Intake Screening Summaries (the first page of each exhibit) are contained in Plaintiff's BOP Central Inmate File and the remaining reports were printed from the BOP Psychology Data System on March 4, 2007.

20. Plaintiff Ismail Abdul Malik, a/k/a Roy Thomas, has never provided Defendants in this action with a disclosure any expert testimony or reports upon which he may rely in this case in accordance with FED. R. CIV. P. 26(a)(2), either prior to February 1, 2007, or at any subsequent time up until the execution of this declaration.

21. Plaintiff Ismail Abdul Malik, a/k/a Roy Thomas, has not provided Defendants in this action with any supplement to his Initial Disclosure Statement [Doc. #30] in accordance with FED. R. CIV. P. 26(a)(1), at any time up until the execution of this declaration.

FURTHER DECLARANT SAYETH NAUGHT.

I have reviewed the foregoing, and I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed: July 31, 2007

_____
Timothy J. Bojanowski, (D.C. Bar No. OH0014)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7324
Facsimile: (602) 263-7387

- 5 -

1807792.1