IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**District of Columbia, Corrections Corporation of America, and TransCor,**<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:05-cv-1374 (RMC) |

**DEFENDANTS DISTRICT OF COLUMBIA, CORRECTIONS CORPORATION OF AMERICA, AND TRANSCOR'S NOTICE OF ERRATA**

On August 1, 2007, Defendants District of Columbia, Corrections Corporation of America, and TransCor, by and through counsel undersigned, filed their Motion for Summary Judgment and Statement of Uncontroverted Material Facts in Support of Their Motion for Summary Judgment [See PACER Docket No. 44]. Exhibit 7, part 1 of 2 is in fact all of Exhibit 7, and Exhibit 7, part 2 of 2, is in fact Exhibit 6, part 2.

Dated: August 1, 2007.

　　　　　　　　　　　　　　　　　　s/Timothy J. Bojanowski
　　　　　　　　　　　　　　　　　　Daniel P. Struck, (D.C. Bar No. CO0037)
　　　　　　　　　　　　　　　　　　Timothy J. Bojanowski, (D.C. Bar No. OH0014)
　　　　　　　　　　　　　　　　　　JONES, SKELTON & HOCHULI, P.L.C.
　　　　　　　　　　　　　　　　　　2901 North Central Avenue, Suite 800
　　　　　　　　　　　　　　　　　　Phoenix, Arizona  85012
　　　　　　　　　　　　　　　　　　Telephone: (602) 263-7324
　　　　　　　　　　　　　　　　　　Facsimile: (602) 263-7387

　　　　　　　　　　　　　　　　　　Mariana Bravo, (D.C. Bar No. 473809)
　　　　　　　　　　　　　　　　　　Colleen Durbin, (D.C. Bar No. 473809)
　　　　　　　　　　　　　　　　　　CARR MALONEY, PC
　　　　　　　　　　　　　　　　　　1615 L Street, NW, Suite 500
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　Telephone: (202) 315-5500
　　　　　　　　　　　　　　　　　　Facsimile: (202) 310-5555
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants District of Columbia,*
　　　　　　　　　　　　　　　　　　*Corrections Corporation of America, and*
　　　　　　　　　　　　　　　　　　*TransCor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2007, a true an accurate copy of the foregoing Defendants' District of Columbia, Corrections Corporation of America, and TansCor's Notice of Errata, was sent via first-class mail, postage-prepaid, to:

Ismail Abdul Malik, #11340-007
a/k/a Roy Thomas
**UNITED STATES PENITENTIARY BIG SANDY**
Post Office Box 2068
Inez, Kentucky 41224
*Plaintiff Pro Se*

      s/Dianne Clark