IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL ABDUL MALIK,
a/k/a/ ROY THOMAS,

      Plaintiff,                        Civil Action No. 1:05-cv-1374
                                              (RMC)

v.

DISTRICT OF COLUMBIA, et al.,

      Defendants.

## PLAINTIFF'S MOTION FOR THE EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FILED ON AUGUST 1, 2007

The plaintiff, Ismail Abdul Malik, a/k/a Roy Thomas, pro se, respectfully petitions this Honorable Court to extend the time for the plaintiff to respond to the numerous motions filed by the defendants herein, for an additional 45 days, and in support whereof states the below:

### JURISDICTION

The Court has jurisdiction to entertain this motion pursuant to Fed. R. Civ. P. Rule 6(b). The Court also has jurisdiction pursuant to its inherent authority.

### IMMEDIATE BACKGROUND

On August 1, 2007, the defendants herein, District of Columbia, Corrections Corporation of America, and TransCor filed and mailed copies to the plaintiff of several motions including:

    1. Motion For Leave to File Under Seal;

    2. Motion For Summary Judgment;

    3. Motion For Summary Judgment and State of Uncontroverted Material Facts;

RECEIVED
AUG 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The defendants included with the August 1, 2007, mailing copies of the below:

1. [Defendants] Statement of Uncontroverted Material Facts in Support of Their Motion For Summary Judgment, [LODGED]UNDER SEAL;

2. Transcript of Deposition of David Ryan, taken September 16, 2005;

3. Transcript of Deposition of David Webster, taken on September 21, 2005; and;

4. Transcript of Deposition of Harry S. Reid, taken on September 23, 2005.

The Plaintiff believes that a response to these motions is due within 30 days after Plaintiff's receipt thereof. The Plaintiff received the above-listed documents on or about August 7, 2007, which would dictate a response thereto on or before September 7, 2007. As stated above, the Plaintiff is a pro se, prisoner in these matters and is assisted by another inmate. Plaintiff avers that the circumstances and conditions present in this case justify an extension of time for the Plaintiff to respond to the various motions filed by the Defendants herein.

## REASONS FOR GRANTING AN EXTENSION OF TIME

The Plaintiff, as mentioned above, is a layman, not trained in the law, and proceeding herein pro se, with the assistance of another inmate.

The Plaintiff is confined in a Maximum Security Level 6, Federal Penitentiary, and the access to the Law Library of this prison and to the inmate who is assisting the Plaintiff is very limited.

The Law Library of this federal prison has about 31 computer terminals for use by a population over 1,400 inmates.

The inmate who is assisting the Plaintiff in these filings is confined in a different housing unit from the Plaintiff and the time and opportunity to confer with the inmate is very limited.

The Plaintiff is also litigating another civil matter in this Court wherein the Plaintiff seeks to have returned monies that were fraudulently taken by attorneys from the Plaintiff. The attorneys in that case have also filed an enormous amount of motions and the strain of responding thereto is overwhelming for a pro se prisoner. To compound matters, the defendants herein have submitted the various motions and the lengthy depositions that will have to be read and the issues researched before any responses can be intelligently compiled.

Additionally, the Plaintiff is limited in the number of copying cards and postage stamps that can be purchased each month. The Plaintiff will need to seek and obtain special permission in order to purchase extra books of stamps and copying cards in order to proper file and serve the required responses herein, to oppose the motions filed by the Defendants.

## CONCLUSION

The enormous strain of attempting to respond to so many motions at one time necessitates that the pro se, prisoner Plaintiff herein, be granted an extension of time to file responses to the various motions filed by the Defendants, in order that equity be achieved.

## RELIEF

**WHEREFORE,** due to the above, and for any other reason(s) which may appear to the Court, the Plaintiff, Ismail Abdul Malik, a/k/a Roy Thomas, pro se, respectfully requests that the Court grant a 45 day extension of time for the Plaintiff to respond to the various motions filed by the Defendants on August 1, 2007, up to and including October 22, 2007.

Respectfully submitted,

ISMAIL ABDUL MALIK
a/k/a ROY THOMAS
Reg. No. 11340-007
USP- Big Sandy
P.O. Box 2068
Inex, KY 41224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing Motion For Extension of Time to File upon counsel for the Defendants by placing a copy thereof in the mailroom of this prison, postage prepaid, U.S. Mail, this 12th day of August, 2007, addressed to Timothy J. Bojanowski, Esquire, JONES, SKELTON & HOCHULI, P. L. C., 2901 North Central Avenue, Suite 800, Phoenix, Arizona 85012.

Executed this 12th day of August, 2007, at Inez, KY, pursuant to 28 U.S.C. §1746.

ISMAIL ABDUL MALIK,
a/k/a/ ROY THOMAS
Reg. No. 11340-007