IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**District of Columbia, *et al.*,**<br><br>　　　　　　**Defendants.** | **Civil Action No. 1:05-cv-1374 (RMC)** |

**DEFENDANTS DISTRICT OF COLUMBIA, CORRECTIONS CORPORATION OF AMERICA, AND TRANSCOR'S NOTICE OF NON-OPPOSITION**

　　　　Defendants, through counsel, do not oppose to Plaintiff's Motion for an Extension of Time to Respond to Defendants' Motion Filed on August 1, 2007 [Doc. #46]. The Court previously ordered, that Motions for Summary Judgment were to be filed on August 1, 2007, with Oppositions to be filed on September 1, 2007, and replies to be filed on October 1, 2007. Plaintiff seeks an additional 45 days in which to file his opposition, and requests his opposition be due on October 22, 2007. Defendants only request that the court similarly extend the deadline for submission of Defendants' Reply brief until November 21, 2007. A proposed Order is submitted herewith.

Dated: August 27, 2007

　　　　　　　　　　　　　　　　　　　　　s/Timothy J. Bojanowski
　　　　　　　　　　　　　　　　　　　　　Daniel P. Struck, (D.C. Bar No. CO0037)
　　　　　　　　　　　　　　　　　　　　　Timothy J. Bojanowski, (D.C. Bar No. OH0014)
　　　　　　　　　　　　　　　　　　　　　JONES, SKELTON & HOCHULI, P.L.C.
　　　　　　　　　　　　　　　　　　　　　2901 North Central Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85012
　　　　　　　　　　　　　　　　　　　　　Telephone: (602) 263-7324
　　　　　　　　　　　　　　　　　　　　　Facsimile: (602) 263-7387

        Mariana Bravo, (D.C. Bar No. 473809)
        Colleen Durbin, (D.C. Bar No. 500039)
        CARR MALONEY, PC
        1615 L Street, NW, Suite 500
        Washington, DC 20036
        Telephone: (202) 315-5500
        Facsimile: (202) 310-5555

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August 2007, a true an accurate copy of the foregoing Defendants Corrections Corporation of America and TransCor's Notice of Non-Opposition, was sent via first-class mail, postage-prepaid, to:

Ismail Abdul Malik, #11340-007
a/k/a Roy Thomas
**UNITED STATES PENITENTIARY BIG SANDY**
Post Office Box 2068
Inez, Kentucky 41224
*Plaintiff Pro Se*


s/ Michael N. Giardina