**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**District of Columbia, Corrections Corporation of America, and TransCor,**<br><br>　　　　　**Defendants.** | **Civil Action No. 1:05-cv-1374 (RMC)** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Ismail Abdul Malik, a/k/a Roy Thomas,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**District of Columbia,** *et al.***,**<br><br>　　　　　**Defendants.** | **Civil Action No. 1:05-cv-1374 (RMC)** |

## ORDER

Upon Motion of Plaintiff, Ismail Abdul Malik, for an extension of time and for good cause shown therein, it is this _____ day of _____ 2007:

**ORDERED,** that Plaintiff shall have until October 22, 2007 to file his Opposition to Defendants' Motion for Summary Judgment; it is further,

**ORDERED,** that Defendants shall have until November 21, 2007 to file their Reply Brief in support of their Motion for Summary Judgment**.**

　

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge Rosemary M. Collyer

1818409.1

cc: Ismail Abdul Malik, #11340-007
a/k/a Roy Thomas
**UNITED STATES PENITENTIARY BIG SANDY**
Post Office Box 2068
Inez, Kentucky 41224

Daniel P. Struck, Esq.
Timothy J. Bojanowski, Esq.
**JONES, SKELTON & HOCHULI, P.L.C**.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Mariana Bravo, Esq.
Colleen Durbin, Esq.
**CARR MALONEY, PC**
1615 L Street, NW, Suite 500
Washington, DC 20036

- 2 -

1818409.1