UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL ABDUL MALIK,            :
                               :
       Plaintiff,              :
                               :
v.                             :   Civil Action No. 05-1374 (RMC)
                               :
DISTRICT OF COLUMBIA, *et al.*,:
                               :
       Defendants.             :

## ORDER

This matter is before the Court on Plaintiff's Motion for an Extension of Time to Respond to Defendants' Motion Filed on August 1, 2007. Plaintiff states that he received a copy of Defendants' motion, supporting memorandum and exhibits on or about August 7, 2007. Pl.'s Mot. at 2. Believing that his opposition is due on or about September 7, 2007, Plaintiff requests an extension of 45 days. *Id.* at 4. According to Plaintiff, he requires this additional time due to his restricted access to the law library at USP Big Sandy, few opportunities to consult with the inmate assisting him in this matter, and his obligations with regard to another matter in litigation. *Id.* at 2-3. None of these reasons is compelling.

The Court entered a Scheduling Order on November 6, 2006. That Order set September 2, 2007, as the deadline for the filing of an opposition to any party's dispositive motion.[1] Neither Plaintiff's *pro se* status and nor his current incarceration excuses him

---

[1] September 2, 2007 falls on a Sunday and Monday, September 3, 2007 is a federal holiday. Pursuant to Fed. R. Civ. P. 6(a), Plaintiff's filing deadline becomes the next business day, Tuesday, September 4, 2007.

from his obligations to comply with the rules and orders of this Court.  The Court will not grant Plaintiff the generous extension of time he requests; rather, Plaintiff's filing deadline will be extended by 21 days.

Accordingly, it is hereby

**ORDERED** that Plaintiff's motion for an extension of time [#46] is **GRANTED IN PART**.  Plaintiff shall file his opposition to Defendants' motion for summary judgment on or before September 25, 2007.  Defendants shall file a reply, if any, by October 16, 2007.  No further extensions of time will be granted absent extraordinary circumstances.

**SO ORDERED**.


Date:  September 5, 2007                             /s/
                                    ROSEMARY M. COLLYER
                                    United States District Judge