UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL ABDUL MALIK,              :
                                 :
    Plaintiff,                   :
                                 :
v.                               :   Civil Action No. 05-1374 (RMC)
                                 :
DISTRICT OF COLUMBIA, *et al.*,  :
                                 :
    Defendants.                  :

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the District of Columbia's motion for joinder in CCA's and TransCor's dispositive motion [Dkt. #31, 32] is **GRANTED**. It is further

**ORDERED** that CCA/TransCor's motion for judgment on the pleadings or, in the alternative, for summary judgment [Dkt. #24, 26] is **GRANTED IN PART AND DENIED IN PART**. Because Plaintiff failed to properly exhaust the administrative remedies available to him at the Central Arizona Detention Center, judgment is hereby entered in favor CCA and the District of Columbia; however, because there is a material issue of fact as to whether Plaintiff exhausted his administrative remedies with respect to TransCor, TransCor's motion for summary judgment must be denied.

**SO ORDERED**.

Date: September 6, 2007                     /s/
                                    ROSEMARY M. COLLYER
                                    United States District Judge