IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL ABDUL MALIK,
a/k/a ROY THOMAS,

    Plaintiff,

v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Civil Action No. 1:05:CV-1374
(RMC)

## NOTICE OF APPEAL

Notice is hereby given that ISMAIL ABDUL MALIK, a/k/a ROY THOMAS, plaintiff in the above-captioned matter, appeals to the U.S. Court of Appeals for the District of Columbia Circuit from the Final Judgment entered in this action on September 6, 2007.

Donald Hale
(For) ISMAIL ABDUL MALIK,
a/k/a ROY THOMAS
Reg. No. 11340-007
USP - Big Sandy
P.O. Box 2068
Inez, KY 41224

RECEIVED
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I served a copy of the foregoing motion upon the person(s) listed below entitled to receive a copy thereof by U.S. Mail, postage prepaid, this 20th day of September, 2007.

Clerk of the Court
U.S. District Court
For the D.C. Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001-2866

Executed this 20th day of September, 2007, at Inez, KY pursuant to 28 U.S.C. §1746.

*Ismail Abdul Malik*
*Roy Thomas*
ISMAIL ABDUL MALIK
a/k/a ROY THOMAS
Reg. No. 11340-007
USP- Big Sandy
P.O. Box 2068
Inez, KY 41224