UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ISMAIL ABDUL MALIK                )
a/k/a Roy Thomas, JR.             )
            Plaintiff             )
                                  )
                                  )
    -vs-                          )   CIVIL ACTION NO. 1:05-cv-1374 (RMC)
                                  )
DISTRICT OF COLUMBIA et al.,      )
            Defendants            )

**RECEIVED**

PLAINTIFF'S REPLY TO DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION
TO RECONSIDER THE COURT'S SEPTEMBER 6, 2007
ORDER

OCT 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The plaintiff, ISMAIL ABDUL MALIK, a/k/a ROY THOMAS, JR. (hereinafter referred to as "Malik"), respectfully represents unto this Honorable Court as follows in support of his PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO RECONSIDER THE COURT'S SEPTEMBER 6, 2007, herein:

1. Malik filed a motion seeking an extension of time to respond to the defendants' dispositive motions, including a motion for judgment on the pleadings or, in the alternative for summary judgment. This motion was filed sometime after August 7, 2007.

2. On or about August 17, 2007, Malik was placed in the Special Housing Unit (SHU) of the prison in which he is housed based upon an alleged investigation.

3. Malik was released from the Special Housing Unit (SHU) until on or about September 10, 2007. However, the U. S. Penitentiary-Big Sandy commenced a general lock-down on September 17, 2007, and it was necessary that Malik submit a handwritten motion to the court asking the court not to grant the defendants' motions.

4. In an order dated September 5, 2007, the court granted the

- 2 -

plaintiff an extension of time until September 25, 2007, to file an opposition to the defendants' motions. However, notwithstanding the foregoing extension of time, the court, on September 6, 2007, granted the defendants' motions in part and denied them in part. At any rate, the order was entered 19 days before a response was due.

5. The court erred in entering an order of whatsoever type, nature, and kind before September 25, 2007. The September 6, 2007, was premature in every respect, and as a matter of equity, Malik is entitled to a reconsideration of the September 6, 2007, order.

6. The current pleading is signed by Malik and meets all legal requirements. Malik asserts that Donald Hatch had a power of attorney when he signed the original handwritten motion. The court's failure to reconsider its order would result in a manifest injustice. Contrary to the defendant's opposition, the parties will not be required to litigate the issue a second time because the court has not fully considered Malik's evidence and responsive documents submitted as a result of the defendants' motions and oppositions.

WHEREFORE, the plaintiff, **ISMAIL ABDUL MALIK**, a/k/a Roy Thomas, Jr., respectfully requests that this Honorable Court enter an order reconsidering the court order dated September 6, 2007; and Malik respectfully requests that the court grant such other and further relief that the court might deem just, fair, and appropriate and the nature of the case may require.

*Ismail Abdul Malik 11340007*
**ISMAIL ABDUL MALIK**
a/k/a **ROY THOMAS, JR.**

## CERTIFICATE OF SERVICE

I, ISMAIL ABDUL MALIK, a/k/a Roy Thomas, Jr., do hereby certify that a true copy of the foregoing PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSISITION TO PLAINTIFF'S MOTION TO RECONSIDER THE COURT'S SEPTEMBER 6, 2007, ORDER was duly forwarded via first-class U. S. Mail, postage pre-paid, to Timothy J. Bojanowski, Esquire, Jones Skelton, and Hochuli, P.L.C., 2901 North Central Avenue, Suite 800, Phoenix, Arizona 85012 this 23rd day of October, 2007.

Ismail Abdul Malik 11340007
ISMAIL ABDUL MALIK
a/k/a ROY THOMAS, JR.