# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7142**                                               **September Term, 2007**

05cv01374

Filed On:

Ismail Abdul Malik, *a/k/a* Roy Thomas,
    Appellant

v.

District of Columbia, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 29 2007

CLERK

## <u>ORDER</u>

    Upon consideration of appellees' motion to dismiss or strike notice of appeal, and appellant's motion for voluntary dismissal, it is

    **ORDERED** that the motion for voluntary dismissal be granted, and this case is hereby dismissed. It is

    **FURTHER ORDERED** that the motion to dismiss or strike be dismissed as moot.

    The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Mark Butler
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: *[signature]* Deputy Clerk