UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL ABDUL MALIK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1374 (RMC) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' motion for leave to file exhibits under seal [#43] is GRANTED, and their motion for summary judgment [#44] GRANTED AS CONCEDED. It is further

ORDERED that Plaintiff's motions for appointment of counsel [#53] and to stay further proceedings are DENIED AS MOOT. It is further

ORDERED that JUDGMENT shall be entered for Defendants.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

ROSEMARY M. COLLYER
United States District Judge

DATE: March 10, 2008