UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL ABDUL MALIK,
A/K/A ROY THOMAS
Federal Registration No. 11340-007
U. S. Penitentiary-Big Sandy
Inez, KY 41224,
        Appellant

-vs-                            Civil Action No. 05-1374 (RMC)

DISTRICT OF COLUMBIA, et al.
        Appellees

## NOTICE OF APPEAL

Notice is hereby given that ISMAIL ABDUL MALIK, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final appealable

Order granting summary judgment to the defendant entered in this action on the 10th day of March, 2008.

                                              ISMAIL ABDUL MALIK
                                              A/K/A ROY THOMAS

## CERTIFICATE OF SERVICE

I, ISMAIL ABDUL MALIK, do hereby certify that a true copy of the foregoing NOTICE OF APPEAL was duly forwarded via first-class U. S. Mail,

RECEIVED

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

postage pre-paid, to Timothy J. Bojanowski, Esquire, Jones, Skelton, and

Hochuli, P.L.C., Attorneys At Law, 2901 North Central Avenue, Suite 800,

Phoenix, Arizona 85012, this 21st day of March, 2008.

                                            ISMAIL ABDUL MALIK
                                            A/K/A ROY THOMAS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL ABDUL MALIK,
      Appellant

    -vs-                                      Civil Action No. 05-1374 (RMC)

DISTRICT OF COLUMBIA, et al
      Appellees

APPELLANT'S DESIGNATION OF PARTS
OF RECORD TO BE TRANSMITTED TO
<u>APPELLATE COURT ON APPEAL</u>

      The appellant, ISMAIL ABDUL MALIK, pro se, respectfully represents unto this Honorable Court as follows as his APPELLANT'S DESIGNATION OF PARTS OF RECORD TO BE TRANSMITTED TO APPELLATE COURT ON APPEAL herein:

      1. There are no transcripts generated in this proceeding to be transmitted to the appellate court on appeal.

      2. The appellant hereby designates the original papers and exhibits filed in the district court as the record to be transmitted to the appellate court on appeal.

      WHEREFORE, the appellant, ISMAIL ABDUL MALIK, pro se, respectfully requests that the above-identified parts of the record be transmitted to the appellate court on appeal; and the appellant respectfully requests that this

Honorable Court take such other and further action that the court might deem just, fair, and appropriate under the circumstances set forth herein.

                                                  */s/ Ismail Abdul Malik*
                                                  ISMAIL ABDUL MALIK

## CERTIFICATE OF SERVICE

I, ISMAIL ABDUL MALIK, do hereby certify that a true copy of the foregoing APPELLANT'S DESIGNATION OF PARTS OF RECORD TO BE TRANSMITTED TO APPELLATE COURT ON APPEAL was duly forwarded via first-class U. S. Mail, postage pre-paid, to Timothy J. Bojanowski, Esquire, Jones, Skelton, and Hochuli, P.L.C., Attorneys At Law, 2901 North Central Avenue, Suite 800, Phoenix, Arizona 85012 this 21st day of March, 2008.

                                                  */s/ Ismail Abdul Malik*
                                                  ISMAIL ABDUL MALIK