April 17, 2008

Clerk
United States Court of Appeals
for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, D. C. 20001-2866

       Re: <u>Ismail Abdul Malik, a/k/a Roy Thomas v. District of Columbia et al.</u>
           No. 08-7046
           USDC No. 1:05-cv-01374-RMC

Dear Sir/Madam:

    This Honorable Court entered an order on April 10, 2008, ordering that I pay the $455.00 appellate docketing and filing fees to your office by May 12, 2008. Since I do not qualify for in forma pauperis status, I am paying the $455.00 fee out of funds in my inmate trust account. I am writing at this time to advise you of action taken with respect to the docketing and filing fees.

    Please be advised that I have completed a Form 24, direction to forward funds from my inmate trust account, in the amount of $455 payable to the Clerk of the District Court and delivered the form to my unit team for disbursement. I believe the money should arrive in your office before the May 12 deadline. If not, I request that you advise me immediately.

                                   Very truly yours,

                                   ISMAIL ABDUL MALIK
                                   A/K/A ROY THOMAS

c. Clerk, U. S. District Court

**RECEIVED**

APR 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT