# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ISMAIL ABDUL MALIK, a/k/a Roy Thomas,<br><br>Petitioner,<br><br>v.<br><br>DISTRICT OF COLUMBIA, CORRECTIONS CORPORATION OF AMERICA, and TRANSCOR, INC.,<br><br>Respondents. | No. 08-7046<br><br>Appealed from 05-1374 (RMC) |

## AMENDED NOTICE OF APPEARANCE

NOTICE IS GIVEN that Lori L. Voepel and Daniel P. Struck are appearing in this matter on appeal as counsel of record for Appellee Corrections Corporation of America and Transcor, Inc. Defendant Transcor, Inc. was inadvertently omitted on their Notice of Appearance filed with this Court on May 2, 2008. It is requested that copies of any and all notices, pleadings, correspondence, and/or other matters of record relating to the appeal be served upon the undersigned.

DATED this _____ day of June, 2008.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Daniel P. Struck, Bar #012377
Lori L. Voepel, Bar #015342
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
*Attorneys for Respondents District of Columbia, Corrections Corporation of America, and TransCor, Inc.*

>Mariana Bravo, (D.C. Bar No. 473809)
>Colleen Durbin, (D.C. Bar No. 500039)
>CARR MALONEY, P.C.
>1615 L Street, NW, Suite 500
>Washington, D.C. 20036
>*Attorneys for Respondents District of Columbia, Corrections Corporation of America, and TransCor, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of June 2008, a true an accurate copy of the foregoing AMENDED NOTICE OF APPEARANCE was sent for filing via first-class mail, postage-prepaid, to:

>Clerk of the Court
>U.S. COURT OF APPEALS
>DISTRICT OF COLUMBIA CIRCUIT
>United States District Courthouse
>333 Constitution Avenue, N.W., Room 5423
>Washington, D.C. 20001

I hereby certify that on the same date, a copy of the foregoing was also mailed, via first-class mail, to:

>Ismail Abdul Malik, a/k/a Roy Thomas
>Federal Registration No. 11340-007
>U.S. Penitentiary-Big Sandy
>P.O. Box 2068
>Inez, KY 41224
>*Appellant, Pro Se*

1934036.1