IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ISMAIL ABDUL MALIK,
a/k/a ROY THOMAS,
Federal Registration No. 11340-007
U.S. Penitentiary - Big Sandy
Inez, KY 41224,

        Appellant,

v.

DISTRICT OF COLUMBIA, et al.,

        Appellees.

Civil Action No. 05-1374 (RMC)

## AMENDED NOTICE OF APPEARANCE

NOTICE IS GIVEN that Lori L. Voepel and Daniel P. Struck are appearing in this matter on appeal as counsel of record for Appellee Corrections Corporation of America and Transcor, Inc. Defendant Transcor, Inc. was inadvertently omitted on their Notice of Appearance filed with this Court on April 28, 2008. It is requested that copies of any and all notices, pleadings, correspondence, and/or other matters of record relating to the appeal be served upon the undersigned.

Dated: June 30, 2008

JONES, SKELTON & HOCHULI, P.L.C.

 /s/ Lori L. Voepel
Daniel P. Struck, Bar No. 012377
Lori L. Voepel, Bar No. 015342
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
*Attorneys for Appellees Corrections*
*Corporation of America and Transcor, Inc.*

          Mariana Bravo, (D.C. Bar No. 473809)
          Colleen Durbin, (D.C. Bar No. 500039)
          CARR MALONEY, P.C.
          1615 L Street, NW, Suite 500
          Washington, D.C. 20036
          *Co-Counsel for Appellees Corrections*
          *Corporation of America and Transcor, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2008, the original of the foregoing NOTICE OF APPEARANCE was mailed for filing, via first-class mail to:

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

I hereby certify that on the same date, a copy the foregoing was mailed, via first-class mail to:

Ismail Abdul Malik, a/k/a Roy Thomas
Federal Registration No. 11340-007
U.S. Penitentiary-Big Sandy
PO Box 2068
Inez, KY  41224
*Appellant, Pro Se*

           /s/  Ginger Stahly

1934044.1